**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Acadiana Management Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **72-1442830** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **101 La Rue France, Ste. 500 Lafayette, LA 70508** Number, Street, City, State & ZIP Code  **Lafayette** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Acadiana Management Group, LLC**          Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | **Acadiana Management Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Acadiana Management Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2017**
MM / DD / YYYY

X **/s/ August J. Rantz, IV**                         **August J. Rantz, IV**
Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Bradley L. Drell**                            Date **June 23, 2017**
Signature of attorney for debtor                       MM / DD / YYYY

**Bradley L. Drell**
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
Number, Street, City, State & ZIP Code

Contact phone **(318)445-6471**     Email address

**24387 - LA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Acadiana Management Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2017**    X /s/ August J. Rantz, IV
Signature of individual signing on behalf of debtor

**August J. Rantz, IV**
Printed name

**President**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Acadiana Management Group, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BOKF, NA dba Bank of Oklahoma Attn: Brian Warden 9250 North May Ave. Oklahoma City, OK 73102** | | **Real estate loan** | | | | **$14,117,647.06** |
| **BOKF, NA dba Bank of Oklahoma Attn: Brian Warden 9250 North May Ave. Oklahoma City, OK 73102** | | **LTAC of Edmond, LLC, et al.** | | | | **$6,862,744.00** |
| **BOKF, NA dba Bank of Oklahoma Attn: Brian Warden 9250 North May Ave. Oklahoma City, OK 73102** | | **LTAC of Greenwood, LLC** | | | | **$490,196.00** |
| **Capitol Hill Consulting Group 499 South Capital Street, SW Suite 608 Washington, DC 20003** | | | | | | **$20,000.00** |
| **CHCT Louisiana, LLC 345 Cool Springs Blvd. Franklin, TN 37607** | | **AMG Realty Youngsville, LLC** | | | | **$11,000,000.00** |
| **Computer Configuration Services, 3002 Dow Ave., Suite 402 Tustin, CA 92780** | | | | | | **$12,950.00** |

| Debtor | Acadiana Management Group, LLC | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eastman National Bank**<br>**c/o BOKF NA dba Bank of Oklahoma**<br>**Attn: Brian Warden**<br>**9250 North May Ave.**<br>**Oklahoma City, OK 73102** | | **LTAC of Greenwood, LLC** | | | | $73,529.00 |
| **Eastman National Bank**<br>**c/o BOKF NA dba Bank of Oklahoma**<br>**Attn: Brian Warden**<br>**9250 North May Ave.**<br>**Oklahoma City, OK 73102** | | **Real estate loan** | | | | $2,117,647.06 |
| **Eastman National Bank**<br>**c/o BOKF NA dba Bank of Oklahoma**<br>**Attn: Brian Warden**<br>**9250 North May Ave.**<br>**Oklahoma City, OK 73102** | | **LTAC of Edmond, LLC, et al.** | | | | $1,029,406.00 |
| **Health Care Software, Inc.**<br>**P.O. Box 2430**<br>**Farmingdale, NJ 07727** | | | | | | $33,196.00 |
| **KCI USA**<br>**PO Box 301557**<br>**Dallas, TX 75303-1557** | | | | | | $9,787.26 |
| **NBC Oklahoma**<br>**c/o BOKF NA dba Bank of Oklahoma**<br>**Attn: Brian Warden**<br>**9250 North May Ave.**<br>**Oklahoma City, OK 73102** | | **LTAC of Greenwood, LLC** | | | | $68,628.00 |
| **NBC Oklahoma**<br>**c/o BOKF NA dba Bank of Oklahoma**<br>**Attn: Brian Warden**<br>**9250 North May Ave.**<br>**Oklahoma City, OK 73102** | | **Real estate loan** | | | | $1,976,470.59 |

| Debtor | Acadiana Management Group, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NBC Oklahoma<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102** | | **LTAC of Edmond, LLC, et al.** | | | | **$960,792.00** |
| **PricewaterhouseCoopers LLP<br>P.O. 952282<br>Dallas, TX 75395-2282** | | | | | | **$60,000.00** |
| **Prista Corporation<br>3702 Clendenin Court<br>Austin, TX 78732** | | | | | | **$9,753.30** |
| **R&H Lear 60, LLC<br>4229 Hwy 357<br>Opelousas, LA 70570** | | | | | | **$15,900.00** |
| **Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102** | | **LTAC of Greenwood, LLC** | | | | **$367,647.00** |
| **Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102** | | **Real estate loan** | | | | **$10,588,235.29** |
| **Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102** | | **LTAC of Edmond, LLC, et al.** | | | | **$5,147,058.00** |

Baxter Healthcare Corp
PO Box 730531
Dallas, TX 75373-0531


BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102


Capitol Hill Consulting Group
499 South Capital Street, SW
Suite 608
Washington, DC 20003


CHCT Louisiana, LLC
345 Cool Springs Blvd.
Franklin, TN 37607


Cole Lusby Marketing
212 Elwick Dr
Lafayette, LA 70507


Computer Configuration Services,
3002 Dow Ave., Suite 402
Tustin, CA 92780


Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102


Eight Hats
P.O. Box 53814
Lafayette, LA 70505


Health Care Software, Inc.
P.O. Box 2430
Farmingdale, NJ 07727

Kaeser Blair Incorporated
3771 Solutions Center
Chicago, IL 60677-3007


KCI USA
PO Box 301557
Dallas, TX 75303-1557


LaRue France Tower Partnership
P.O. Box 75010
Metairie, LA 70033-5010


NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102


PolicyStat, LLC
550 Congressional Blvd.
Suite 100
Carmel, IN 46032


PricewaterhouseCoopers LLP
P.O. 952282
Dallas, TX 75395-2282


Prista Corporation
3702 Clendenin Court
Austin, TX 78732


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


R&H Lear 60, LLC
4229 Hwy 357
Opelousas, LA 70570

```
Radar Solutions Limited
537 Cajundome Blvd., Ste. 209
Lafayette, LA 70506



ServerCentral, Inc
111 W Jackson Blvd., Ste. 1600
Chicago, IL 60604



Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102
```

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Acadiana Management Group, LLC**　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**June 23, 2017**　　　　　　　　　　**/s/ August J. Rantz, IV**
　　　　　　　　　　　　　　　　　　　　　**August J. Rantz, IV**/**President**
　　　　　　　　　　　　　　　　　　　　　Signer/Title