

## 24 Month Cash Flow Projection-Consolidated
## July 2017-June 2019

| | July | August | September | October | November | December | January | February |
|---|---|---|---|---|---|---|---|---|
| | **2017** | **2017** | **2017** | **2017** | **2017** | **2017** | **2018** | **2018** |
| **BEGINNING CASH** | **50,000** | **35,740** | **63,926** | **125,699** | **187,472** | **249,245** | **311,018** | **372,792** |
| | | | | | | | | |
| **CASH INFLOWS:** | | | | | | | | |
| **Collections on A/R** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** |
| | | | | | | | | |
| **CASH OUTFLOWS:** | | | | | | | | |
| Operating Expenses | 4,760,449 | 4,760,449 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 |
| Payroll Expenses | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 |
| Rent to Affiliates | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) |
| Minority Share | (747) | (747) | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 |
| **TOTAL PROJECTED OUTFLOWS** | **8,657,281** | **8,657,281** | **8,630,780** | **8,630,780** | **8,630,780** | **8,630,780** | **8,630,780** | **8,630,780** |
| | | | | | | | | |
| **PROJECTED DEBT PAYMENTS/OTHER** | | | | | | | | |
| Equipment Lease | 167,578 | 166,964 | 159,878 | 159,878 | 159,878 | 159,878 | 159,878 | 159,878 |
| Capital Expenses | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 |
| BOK Real Estate  15.6 @ 6%  240 mo | 0 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 |
| BOK Line of Credit  12.7 @ 6%, 120 mo | 0 | 63,500 | 63,500 | 63,500 | 63,500 | 63,500 | 63,500 | 63,500 |
| CHC REIT  5.0 @ 6% 240 mo | 0 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Trade Debt and Vendors  5.5 @ 0% over 60 mo | 300,000 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 |
| **TOTAL PROJECTED DEBT PAYMENTS/OTHER** | **545,578** | **503,131** | **496,045** | **496,045** | **496,045** | **496,045** | **496,045** | **496,045** |
| | | | | | | | | |
| **TOTAL CASH OUTFLOWS** | **9,202,858** | **9,160,412** | **9,126,825** | **9,126,825** | **9,126,825** | **9,126,825** | **9,126,825** | **9,126,825** |
| | | | | | | | | |
| **ENDING CASH** | **35,740** | **63,926** | **125,699** | **187,472** | **249,245** | **311,018** | **372,792** | **434,565** |

* Interest Only on all, except Vendors, for 12 months, beginning August 1



EXHIBIT

A

Post Chapter 11

| March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 434,565 | 496,338 | 564,311 | 632,283 | 700,256 | 779,240 | 744,750 | 711,262 | 679,541 | 650,091 | 622,041 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 | 9,188,598 |
| | | | | | | | | | | |
| 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 |
| 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 |
| (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) | (251,482) |
| 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 | 2,753 |
| 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 | 8,630,780 |
| | | | | | | | | | | |
| 159,878 | 153,679 | 153,679 | 153,679 | 142,667 | 135,496 | 134,494 | 132,728 | 130,456 | 129,056 | 124,599 |
| 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 |
| 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 111,207 | 111,207 | 111,207 | 111,207 | 111,207 | 111,207 |
| 63,500 | 63,500 | 63,500 | 63,500 | 63,500 | 140,295 | 140,295 | 140,295 | 140,295 | 140,295 | 140,295 |
| 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 35,643 | 35,643 | 35,643 | 35,643 | 35,643 | 35,643 |
| 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 | 91,667 |
| 496,045 | 489,845 | 489,845 | 489,845 | 478,834 | 592,308 | 591,306 | 589,539 | 587,267 | 585,868 | 581,411 |
| | | | | | | | | | | |
| 9,126,825 | 9,120,625 | 9,120,625 | 9,120,625 | 9,109,614 | 9,223,088 | 9,222,086 | 9,220,319 | 9,218,047 | 9,216,648 | 9,212,191 |
| | | | | | | | | | | |
| 496,338 | 564,311 | 632,283 | 700,256 | 779,240 | 744,750 | 711,262 | 679,541 | 650,091 | 622,041 | 598,448 |

| February | March | April | May | June |
|---|---|---|---|---|
| **2019** | **2019** | **2019** | **2019** | **2019** |
| **598,448** | **574,855** | **553,752** | **548,396** | **586,904** |
| | | | | |
| | | | | |
| **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** | **9,188,598** |
| | | | | |
| 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 | 4,730,448 |
| 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 | 4,149,061 |
| (251,482) | (251,482) | (251,482) | (251,482) | (251,482) |
| 2,753 | 2,753 | 2,753 | 2,753 | 2,753 |
| **8,630,780** | **8,630,780** | **8,630,780** | **8,630,780** | **8,630,780** |
| | | | | |
| | | | | |
| 124,599 | 122,110 | 106,362 | 62,498 | 58,782 |
| 78,000 | 78,000 | 78,000 | 78,000 | 78,000 |
| 111,207 | 111,207 | 111,207 | 111,207 | 111,207 |
| 140,295 | 140,295 | 140,295 | 140,295 | 140,295 |
| 35,643 | 35,643 | 35,643 | 35,643 | 35,643 |
| 91,667 | 91,667 | 91,667 | 91,667 | 91,667 |
| **581,411** | **578,922** | **563,174** | **519,310** | **515,594** |
| | | | | |
| **9,212,191** | **9,209,702** | **9,193,954** | **9,150,090** | **9,146,374** |
| | | | | |
| **574,855** | **553,752** | **548,396** | **586,904** | **629,128** |

**ALBUQUERQUE**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 |
| Operating Expenses | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 |
| Payroll Expenses | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 |
| | | | | | | | | | |
| **EBITDA** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** |
| **RENT To Affiliates** | **40,427** | **40,427** | **40,427** | **40,427** | **40,427** | **40,427** | **40,427** | **40,427** | **40,427** |
| **OTHER Revenue** | **39,371** | **39,371** | **39,371** | **39,371** | **39,371** | **39,371** | **39,371** | **39,371** | **39,371** |
| **Minority Share** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **42,928** | **42,928** | **42,928** | **42,928** | **42,928** | **42,928** | **42,928** | **42,928** | **42,928** |
| Equipment Lease | $ 14,651 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 |
| Taxes | | | | | | | | | |
| Capital Expenses | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **3,277** | **3,890** | **3,890** | **3,890** | **3,890** | **3,890** | **3,890** | **3,890** | **3,890** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 | 877,638 |
| | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 | 461,550 |
| | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 | 452,958 |
| | | | | | | | | | | | |
| | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) | (36,871) |
| | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 | 40,427 |
| | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 | 39,371 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 | 42,928 |
| | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 14,038 | $ 12,639 | $ 9,224 | $ 9,224 |
| | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 3,890 | 3,890 | 3,890 | 3,890 | 3,890 | 3,890 | 3,890 | 3,890 | 5,289 | 8,704 | 8,704 |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---:|---:|---:|---:|
| 877,638 | 877,638 | 877,638 | 877,638 |
| 461,550 | 461,550 | 461,550 | 461,550 |
| 452,958 | 452,958 | 452,958 | 452,958 |
| | | | |
| **(36,871)** | **(36,871)** | **(36,871)** | **(36,871)** |
| **40,427** | **40,427** | **40,427** | **40,427** |
| **39,371** | **39,371** | **39,371** | **39,371** |
| **0** | **0** | **0** | **0** |
| | | | |
| **42,928** | **42,928** | **42,928** | **42,928** |
| $ 9,224 | $ 9,224 | $ 5,023 | $ 1,307 |
| | | | |
| 25,000 | 25,000 | 25,000 | 25,000 |
| | | | |
| | | | |
| **8,704** | **8,704** | **12,905** | **16,621** |

**AMG**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 |
| Operating Expenses | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 |
| Payroll Expenses | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 |
| | | | | | | | | | |
| **EBITDA** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** |
| **RENT To Affiliates** | | | | | | | | | |
| **OTHER Revenue** | | | | | | | | | |
| **Minority Share** | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** |
| Equipment Lease | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 | 676,575 |
| | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 | 239,818 |
| | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 | 398,850 |
| | | | | | | | | | | | |
| | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** | **37,907** |
| | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 | $ 2,630 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** | **32,277** |

| | March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|---|
| | 676,575 | 676,575 | 676,575 | 676,575 |
| | 239,818 | 239,818 | 239,818 | 239,818 |
| | 398,850 | 398,850 | 398,850 | 398,850 |
| | | | | |
| | **37,907** | **37,907** | **37,907** | **37,907** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **37,907** | **37,907** | **37,907** | **37,907** |
| $ | 2,630 | $ 771 | $ 771 | $ 771 |
| $ | - | $ - | $ - | $ - |
| | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | |
| | | | | |
| | **32,277** | **34,136** | **34,136** | **34,136** |

**Edmond**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 |
|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 |
| Operating Expenses | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 |
| Payroll Expenses | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 |
| | | | | | | | | |
| **EBITDA** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** |
| **RENT To Affiliates** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** |
| **OTHER Revenue** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** |
| **Minority Share** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | |
| **TOTAL EBITDAR** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** |
| Equipment Lease | $ 60,590 | $ 60,590 | $ 59,977 | $ 59,977 | $ 59,977 | $ 59,977 | $ 59,977 | $ 59,977 |
| Taxes | | | | | | | | |
| Capital Expenses | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| | | | | | | | | |
| | | | | | | | | |
| **Balance** | **61,545** | **61,545** | **62,158** | **62,158** | **62,158** | **62,158** | **62,158** | **62,158** |

| | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 |
| | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 |
| | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 |
| | | | | | | | | | | |
| | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** |
| | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** |
| | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** |
| | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | |
| | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** |
| | $ 59,977 | $ 59,977 | $ 59,977 | $ 59,977 | $ 55,389 | $ 48,218 | $ 48,218 | $ 48,218 | $ 45,946 | $ 45,946 |
| | | | | | | | | | | |
| | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | **62,158** | **62,158** | **62,158** | **62,158** | **66,746** | **73,917** | **73,917** | **73,917** | **76,189** | **76,189** |

| January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|---|---|
| 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 | 1,522,113 |
| 811,630 | 811,630 | 811,630 | 811,630 | 811,630 | 811,630 |
| 642,994 | 642,994 | 642,994 | 642,994 | 642,994 | 642,994 |
| | | | | | |
| **67,488** | **67,488** | **67,488** | **67,488** | **67,488** | **67,488** |
| **44,787** | **44,787** | **44,787** | **44,787** | **44,787** | **44,787** |
| **24,860** | **24,860** | **24,860** | **24,860** | **24,860** | **24,860** |
| **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | |
| **137,135** | **137,135** | **137,135** | **137,135** | **137,135** | **137,135** |
| $ 44,904 | $ 44,904 | $ 44,904 | $ 32,914 | $ 31,500 | $ 31,500 |
| | | | | | |
| 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| | | | | | |
| | | | | | |
| **77,231** | **77,231** | **77,231** | **89,221** | **90,635** | **90,635** |

**24 month Projection**
**July 2017-June 2019**

\* Rent and Service adjustment

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 |
|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 |
| Operating Expenses | 397,319 | 397,319 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 |
| Payroll Expenses | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 |
| | | | | | | | | |
| **EBITDA** | **(5,335)** | **(5,335)** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** |
| **RENT To Affiliates** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **OTHER Revenue** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Minority Share  14%** | **(747)** | **(747)** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** |
| | | | | | | | | |
| **TOTAL EBITDAR** | **(4,588)** | **(4,588)** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** |
| Equipment Lease | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 |
| Taxes | | | | | | | | |
| Capital Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | |
| | | | | | | | | |
| **Balance** | **(14,928)** | **(14,928)** | **6,572** | **6,572** | **6,572** | **6,572** | **6,572** | **6,572** |

| | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 |
| | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 |
| | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 |
| | | | | | | | | | | |
| | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** |
| | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** |
| | | | | | | | | | | |
| | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** |
| | $ 7,341 | $ 7,341 | $ 7,341 | $ 7,341 | $ 917 | $ 917 | $ 917 | $ 917 | $ 917 | $ 917 |
| | | | | | | | | | | |
| | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | **6,572** | **6,572** | **6,572** | **6,572** | **12,996** | **12,996** | **12,996** | **12,996** | **12,996** | **12,996** |

| January 2019 | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|---|---|
| 662,812 | 662,812 | 662,812 | 662,812 | 662,812 | 662,812 |
| 372,318 | 372,318 | 372,318 | 372,318 | 372,318 | 372,318 |
| 270,828 | 270,828 | 270,828 | 270,828 | 270,828 | 270,828 |
| | | | | | |
| **19,666** | **19,666** | **19,666** | **19,666** | **19,666** | **19,666** |
| **0** | **0** | **0** | **0** | **0** | **0** |
| **0** | **0** | **0** | **0** | **0** | **0** |
| **2,753** | **2,753** | **2,753** | **2,753** | **2,753** | **2,753** |
| | | | | | |
| **16,913** | **16,913** | **16,913** | **16,913** | **16,913** | **16,913** |
| $ 917 | $ 917 | $ 917 | $ 340 | $ 340 | $ 340 |
| | | | | | |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | |
| | | | | | |
| **12,996** | **12,996** | **12,996** | **13,573** | **13,573** | **13,573** |

**Houma**

## 24 month Projection
## July 2017-June 2019

\* Rent adjustment

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 |
| Operating Expenses | 535,033 | 535,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 |
| Payroll Expenses | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 |
| | | | | | | | | | |
| **EBITDA** | **89,606** | **89,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** |
| **RENT To Affiliates** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **OTHER Revenue** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Minority Share** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **89,606** | **89,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** | **94,606** |
| Equipment Lease | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 |
| Taxes | | | | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **78,934** | **78,934** | **83,934** | **83,934** | **83,934** | **83,934** | **83,934** | **83,934** | **83,934** |

| April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 |
| 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 | 530,033 |
| 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 | 427,199 |
| | | | | | | | | | | |
| 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | |
| 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 | 94,606 |
| $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 | $ 5,672 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 | 83,934 |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|
| 1,051,838 | 1,051,838 | 1,051,838 | 1,051,838 |
| 530,033 | 530,033 | 530,033 | 530,033 |
| 427,199 | 427,199 | 427,199 | 427,199 |
| | | | |
| **94,606** | **94,606** | **94,606** | **94,606** |
| **0** | **0** | **0** | **0** |
| **0** | **0** | **0** | **0** |
| **0** | **0** | **0** | **0** |
| | | | |
| **94,606** | **94,606** | **94,606** | **94,606** |
| $ 5,672 | $ 5,672 | $ 4,740 | $ 4,740 |
| $ - | $ - | $ - | $ - |
| 5,000 | 5,000 | 5,000 | 5,000 |
| | | | |
| | | | |
| **83,934** | **83,934** | **84,866** | **84,866** |

**Lafayette**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 |
| Operating Expenses | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 |
| Payroll Expenses | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 |
| | | | | | | | | | |
| **EBITDA** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** |
| **RENT To Affiliates** | **128,268** | **128,268** | **128,268** | **128,268** | **128,268** | **128,268** | **128,268** | **128,268** | **128,268** |
| **OTHER Revenue** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Minority Share** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **82,682** | **82,682** | **82,682** | **82,682** | **82,682** | **82,682** | **82,682** | **82,682** | **82,682** |
| Equipment Lease | $ 23,070 | $ 23,070 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 |
| Taxes | | | | | | | | | |
| Capital Expenses | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **49,612** | **49,612** | **55,630** | **55,630** | **55,630** | **55,630** | **55,630** | **55,630** | **55,630** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 | 678,377 |
| | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 | 444,602 |
| | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 | 279,360 |
| | | | | | | | | | | | |
| | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) | (45,586) |
| | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 | 128,268 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | |
| | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 | 82,682 |
| | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 17,052 | $ 15,285 | $ 15,285 | $ 15,285 | $ 15,285 | $ 15,285 |
| | | | | | | | | | | | |
| | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 55,630 | 55,630 | 55,630 | 55,630 | 55,630 | 55,630 | 57,397 | 57,397 | 57,397 | 57,397 | 57,397 |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---:|---:|---:|---:|
| 678,377 | 678,377 | 678,377 | 678,377 |
| 444,602 | 444,602 | 444,602 | 444,602 |
| 279,360 | 279,360 | 279,360 | 279,360 |
|  |  |  |  |
| **(45,586)** | **(45,586)** | **(45,586)** | **(45,586)** |
| **128,268** | **128,268** | **128,268** | **128,268** |
| **0** | **0** | **0** | **0** |
| **0** | **0** | **0** | **0** |
|  |  |  |  |
| **82,682** | **82,682** | **82,682** | **82,682** |
| $ 15,285 | $ 15,285 | $ 11,004 | $ 11,004 |
|  |  |  |  |
| 10,000 | 10,000 | 10,000 | 10,000 |
|  |  |  |  |
|  |  |  |  |
| **57,397** | **57,397** | **61,678** | **61,678** |

**Las Vegas**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 |
| Operating Expenses | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 |
| Payroll Expenses | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 |
| | | | | | | | | | |
| **EBITDA** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** |
| **RENT To Affiliates** | | | | | | | | | |
| **OTHER Revenue** | | | | | | | | | |
| **Minority Share** | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** |
| Equipment Lease | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 | $ 8,447 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 | 683,386 |
| | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 | 346,454 |
| | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 | 315,121 |
| | | | | | | | | | | | |
| | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** | **21,812** |
| $ | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 | 8,447 |
| $ | - | - | - | - | - | - | - | - | - | - | - |
| | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** | **8,364** |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---|---|---|---|
| 683,386 | 683,386 | 683,386 | 683,386 |
| 346,454 | 346,454 | 346,454 | 346,454 |
| 315,121 | 315,121 | 315,121 | 315,121 |
| | | | |
| **21,812** | **21,812** | **21,812** | **21,812** |
| | | | |
| | | | |
| | | | |
| | | | |
| **21,812** | **21,812** | **21,812** | **21,812** |
| $ 8,447 | $ 8,447 | $ 3,663 | $ 3,663 |
| $ - | $ - | $ - | $ - |
| 5,000 | 5,000 | 5,000 | 5,000 |
| | | | |
| | | | |
| **8,364** | **8,364** | **13,148** | **13,148** |

**Muncie**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 |
| Operating Expenses | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 |
| Payroll Expenses | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 |
| | | | | | | | | | |
| **EBITDA** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** |
| **RENT To Affiliates** | | | | | | | | | |
| **OTHER Revenue** | | | | | | | | | |
| **Minority Share** | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** |
| Equipment Lease | $ 30,966 | $ 30,966 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **78,435** | **78,435** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 |
| | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 | 600,618 |
| | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 | 577,473 |
| | | | | | | | | | | | |
| | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** | **113,401** |
| | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 | $ 30,511 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** | **78,890** |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---:|---:|---:|---:|
| 1,291,492 | 1,291,492 | 1,291,492 | 1,291,492 |
| 600,618 | 600,618 | 600,618 | 600,618 |
| 577,473 | 577,473 | 577,473 | 577,473 |
| | | | |
| **113,401** | **113,401** | **113,401** | **113,401** |
| | | | |
| | | | |
| | | | |
| | | | |
| **113,401** | **113,401** | **113,401** | **113,401** |
| $ 30,511 | $ 30,511 | $ 3,610 | $ 3,610 |
| $ - | $ - | $ - | $ - |
| 4,000 | 4,000 | 4,000 | 4,000 |
| | | | |
| | | | |
| **78,890** | **78,890** | **105,791** | **105,791** |

**Tulsa**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 |
| Operating Expenses | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 |
| Payroll Expenses | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 |
| | | | | | | | | | |
| **EBITDA** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| **RENT To Affiliates** | | | | | | | | | |
| **OTHER Revenue** | | | | | | | | | |
| **Minority Share** | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| Equipment Lease | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 | $ 11,263 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **4,070** | **4,070** | **4,070** | **4,070** | **4,070** | **4,070** | **4,070** | **4,070** | **4,070** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 |
| | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 |
| | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 |
| | | | | | | | | | | | |
| | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| $ | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 | 5,063 |
| $ | - | - | - | - | - | - | - | - | - | - | - |
| | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** | **10,270** |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---:|---:|---:|---:|
| 872,184 | 872,184 | 872,184 | 872,184 |
| 461,712 | 461,712 | 461,712 | 461,712 |
| 392,139 | 392,139 | 392,139 | 392,139 |
| | | | |
| **18,333** | **18,333** | **18,333** | **18,333** |
| | | | |
| | | | |
| | | | |
| | | | |
| **18,333** | **18,333** | **18,333** | **18,333** |
| $ 2,574 | $ 2,574 | $ 1,222 | $ 1,222 |
| $ - | $ - | $ - | $ - |
| 3,000 | 3,000 | 3,000 | 3,000 |
| | | | |
| | | | |
| **12,759** | **12,759** | **14,111** | **14,111** |

**Wichita**

## 24 month Projection
## July 2017-June 2019

| | July 2017 | August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 | February 2018 | March 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Collections on A/R | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 |
| Operating Expenses | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 |
| Payroll Expenses | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 |
| | | | | | | | | | |
| **EBITDA** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| **RENT To Affiliates** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** |
| **OTHER Revenue** | | | | | | | | | |
| **Minority Share** | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL EBITDAR** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** |
| Equipment Lease | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 |
| Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Capital Expenses | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | |
| | | | | | | | | | |
| **Balance** | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** |

| | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 | 872,184 |
| | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 | 461,712 |
| | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 | 392,139 |
| | | | | | | | | | | | |
| | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** | **18,333** |
| | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** | **38,000** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** | **56,333** |
| | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 2,948 | $ 1,946 | $ 1,946 | $ 1,946 | $ 1,946 | $ 1,946 | $ 1,946 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **48,385** | **48,385** | **48,385** | **48,385** | **48,385** | **49,387** | **49,387** | **49,387** | **49,387** | **49,387** | **49,387** |

| March 2019 | April 2019 | May 2019 | June 2019 |
|---:|---:|---:|---:|
| 872,184 | 872,184 | 872,184 | 872,184 |
| 461,712 | 461,712 | 461,712 | 461,712 |
| 392,139 | 392,139 | 392,139 | 392,139 |
| | | | |
| **18,333** | **18,333** | **18,333** | **18,333** |
| **38,000** | **38,000** | **38,000** | **38,000** |
| | | | |
| | | | |
| | | | |
| **56,333** | **56,333** | **56,333** | **56,333** |
| $ 1,946 | $ 624 | $ 624 | $ 624 |
| $ - | $ - | $ - | $ - |
| 5,000 | 5,000 | 5,000 | 5,000 |
| | | | |
| | | | |
| **49,387** | **50,709** | **50,709** | **50,709** |