# EXHIBIT A
## Acadiana Management Group, LLC

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Capitol Hill Consulting Group
499 South Capital Street, SW
Suite 608
Washington, DC 20003

CHCT Louisiana, LLC
345 Cook Springs Blvd.
Franklin, TN 37607

Computer Configuration Services
3002 Dow Ave., Suite 402
Tustin, CA 92780

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Health Care Software, Inc.
PO Box 2430
Farmingdale, NJ 07727

KDI USA
PO Box 301557
Dallas, TX 75303-1557

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Pricewaterhouse Coopers LLP
PO 952282
Dallas, TX 75395-2282

Prista Corporation
3702 Clendenin Court
Austin, TX 78732

R&H Lear 60, LLC
4229 Hwy 357
Opelousas, LA 70570

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## Albuquerque-AMG Specialty Hospital, LLC

Acadiana Management Group, LLC
101 La Rue France St., Ste. 500
Lafayette, LA 70508

Airgas USA, LLC
PO Box 676015
Dallas, TX 75367-6015

Avant Healthcare Professionals
1211 State Road 436, Ste 227
Casselberry, FL 32707

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Café at Gibson
6300 Jefferson St. NE
Albuquerque, NM 87109

Cardinal Health
c/o Bank of America
PO Box 57130
Los Angeles, CA 90074-7130

CHFG Albuquerque, LLC
101 La Rue France, Ste. 100
Lafayette, LA 70508

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

FMS Albuquerque Acute
PO Box 749959
Los Angeles, CA 90074-9959

Gerald Demarest, MD
2805 Alcazar St. NE
Albuquerque, NM 87110

Infectious Diseases and Internal
Attn.: Jeffrey Ross, MD
500 Walter St., NE Ste. 104
Albuquerque, NM 87102-2541

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

MobileXUSA
The Highlands
930 Ridgebrooks Road
Sparks Glencoe, MD 21152-9390

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

RehabCare Group, Inc.
PO Box 503534
St. Louis, MO 63150-3534

Sysco Business Service
24500 Northwest Freeway
Cypress, TX 77429

TRI CORE
PO Box 25627
Albuquerque, NM 87125-5627

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Universal Hospital Services, Inc.
PO Box 851313
Minneapolis, MN 55485-1313

Westways Staffing Services, Inc.
c/o Republic Business Credit
PO Box 203152
Dallas, TX 75320-3152

# EXHIBIT A
## AMG Hospital Company II, LLC

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

CHCT Louisiana, LLC
345 Cook Springs Blvd.
Franklin, TN 37607

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

**EXHIBIT A**
**AMG Hospital Company, LLC**

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

CHCT Louisiana, LLC
345 Cook Springs Blvd.
Franklin, TN 37607

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## AMG Realty I, LLC

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## AMG Realty Youngsville, LLC

CHCT Louisiana, LLC
345 Cool Springs Blvd.
Franklin, TN 37607

# EXHIBIT A
## Central Indiana - AMG Specialty Hospital, LLC

Acadiana Management Group, LLC
101 La Rue France St., Ste. 500
Lafayette, LA 70508

Avant Healthcare Professionals
PO Box 60839
Charlotte, NC 28260-0839

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Cardinal Health
c/o Bank of America Lockbox
5303 Collections Center Dr.
Chicago, IL 60693

Community Health Network, Inc.
1500 N. Ritter Ave.
Indianapolis, IN 46219

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

FocusOne Solutions LLC
PO Box 3037
Omaha, NE 68103-0037

Fresenius Management Services
16343 Collection Center Drive
Chicago, IL 60693

Hancock Physician Network, LLC
156 West Muskegon Dr.
Greenfield, IN 46140

Hancock Regional Hospital
801 N State Street
Greenfield, IN 46140

Indiana University Health
2501 Reliable Pkwy
Chicago, IL 60686-0025

IB Ball Memorial Radiology
250 N. Shadeland Ave.
Indianapolis, IN 46219

IU Health Ball Memorial Hospital
3854 Solutions Center
Chicago, IL 60677-3008

Joerns, LLC (Joerns Recovery Care)
Key Bank - Lockbox 71322
895 Central Ave. Ste 600
Cincinnati, OH 45202

KCI USA
PO Box 301557
Dallas, TX 75303-1557

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

PiccFusion
PO Box 367
Yorktown, IN 47396

Quality Building Maintenance Inc.
7998 Georgetown Rd., Ste. 500
Indianapolis, IN 46268

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## CHFG Albuquerque, LLC

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## Houma - AMG
## Specialty Hospital, LLC

Acadian Ambulance
PO Box 92970
Lafayette, LA 70509-2970

Acadian Management Group
1010 La Rue France, Suite 500
Lafayette, LA 70508

Acell Inc
PO Box 347766
Pittsburgh, P A 15251-4766

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Centurion Medical Products
PO Box 842816
Boston, MA 02284-2816

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Houma Healthcare Properties
PO Box 1457
Hammond, LA 70404

Instutional Pharmacies of LA
106 Abigayle's Row
Scott, LA 70583

Intersate Capital Corp
PO Box 915183
Dallas, TX 75391-5183

IPFS Corp.
PO Box 730223
Dallas, TX 75373-0223

Louisiana Dept. Of Health
Attn: A/R Hospital Assessments
PO Box 3797
Baton Rouge, LA 70821-3797

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

OTIS Elevator Company
PO Box 730400
Dallas, TX 75373-0400

Radar Solutions Limited
537 Cajundome Blvd. Ste. 209
Lafayette, LA 70506

Terrebonne General Medical Center
8166 min Street
PO Box 6037
Houma, LA 70361

Trane US Inc.
PO Box 845053
Dallas, TX 75284-5053

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Universal Hospital Services
PO Box 851313
Minneapolis, MN 55485-1313

**EXHIBIT A**
**Las Vegas - AMG Specialty Hospital, LLC**

Acadiana Management Group, LLC
101 La Rue France St., Ste. 500
Lafayette, LA 70508

Anthony Pollard DO
1860 Jasmine Joy Ct.
Las Vegas, NV 89117

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Brady Industries, LLC
7055 Lindell Road
Las Vegas, NV 89118

CareFusion 211, Inc.
88253 Expedite Way
Chicago, IL 60695-0001

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Joerns Healthcare
PO Box 713222
Cincinnati, OH 45271-3322

Kolesar & Leatman
400 S. Rampart blvd. Ste. 400
Las Vegas, NV 89145

Mantro Mobile Imaging
8778 S. Maryland Pkwy, Ste 105
Las Vegas, NV 89123-6705

Medical Transport Company, LLC
163 N. Gibson Road
Henderson, NV 89014

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Owens & Minor
PO Box 841420
Dallas, TX 75284-1420

Professional Nursing Consult Serv
8778 S. Maryland Pkwy, Ste. 105
Las Vegas, NV 89123-6705

Quest Diagnostics
12323 Collections Center Dr.
Chicago, IL 60693-0123

Radar Solutions Limited
537 Cajundome Blvd. Ste. 209
Lafayette, LA 70506

Sysco
PO Box 93537
Las Vegas, NV 89193

THC of Nevada
6720 Placid St.
Las Vegas, NV 89119

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

United Blood Services
PO Box 53022
Phoenix, AZ 85072

# EXHIBIT A
## LTAC Hospital of Edmond, LLC

3M
PO Box 844127
Dallas, TX 75284-4127

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Cardinal Health 411 Inc.
c/o Bank of America
PO Box 847384
Dallas, TX 75284-7384

CHFG Edmond
101 La Rue France, Ste. 500
Lafayette, LA 70508

Diagnostic Mobile Xray, Inc.
PO Box 3637
Edmond, OK 73083

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Joerns Healthcare
PO Box 713222
Cincinnati, OH 45271-3322

KCI USA
PO Box 301557
Dallas, TX 75303-1557

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

Mercy Hospital OK City Radiology
Attn: Karen Cicerelli
645 Mary Ville Centere Dr Ste 100
Saint Louis, MO 63141

Mercy Hospital
Oklahoma City
PO Box 505017
Saint Louis, MO 63150-5017

Mercy Specialized Billing Services
PO Box 505125
Saint Louis, MO 63150-5125

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

OK Independent Provider Network
15601 Kestral Park Court
Edmond, OK 73013

Radar Solutions Limited
537 Cajundome Blvd., Ste. 209
Lafayette, LA 70506

Stability Biologics
2910 Poston Ave.
Nashville, TN 37203

Sysco Business Service
24500 Northwest Freeway
Cypress, TX 77419

The Beckerley Group, PLLC
Robert Becklery
4401 Stirrup Lane
Edmond, OK 73034

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Zahid Ahmad, MD
c/o Edmond Hospital1100 E. Ninth Street
Edmond, OK 73034-5705

**EXHIBIT A**
**LTAC Hospital of Greenwood, LLC**

| | | |
|---|---|---|
| Acadiana Management Group, LLC<br>101 La Rue France St., Ste. 500<br>Lafayette, LA 70508 | Aramark Aramark<br>Chicago Lockbox 27310 Network Place<br>Chcago, IL 60673-1273 | Aramark Dallas<br>Lockbox<br>PO Box 978839<br>Dallas, TX 75397-8839 |
| BOKF, NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 | Combined Benefits ADM<br>377 Hwy 21, Ste 100<br>Madisonville, LA 70447 | Delta Oncology, Inc.<br>333 Hwy 82 W<br>Greenwood, MS 38930-6538 |
| Eastman National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 | FocusOne Solutions LLC<br>PO Box 3037<br>Omaha, NE 68103-0037 | Greenwood Acute<br>Greenwood MS Impatient Services<br>16343 Collections Center Drive<br>Chicago, IL 60693 |
| Greenwood Leflore Hospital<br>Attn. Tara Woodard, Controller<br>PO Box1410<br>Greenwood, MS 38935-1410 | Integral Therapy Solutions, LLC<br>702 Hwy 82 West, Ste B<br>Greenwood, MS 38930 | IPFS Corp.<br>PO Box 730223<br>Dallas, TX 75373-0223 |
| Medline Industries, Inc.<br>Dept. 1080<br>PO Box 121080<br>Dallas, TX 75312-1080 | Mobile Medic Amb Serv Inc<br>PO Box 198408<br>Atlanta, GA 30384-8408 | Morris & Dickerson Co<br>PO Box 51367<br>Shreveport, LA 71135 |
| NBC Oklahoma<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 | Prime Care Nursing<br>PO Box 852<br>Greenville, MA 38702 | Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 |
| Universal Hospital Services, Inc.<br>PO Box 851313<br>Minneapolis, MN 55485-1313 | | |

# EXHIBIT A
## LTAC Hospital of Louisiana - Denham Springs, LLC

3M
PO Box 844127
Dallas, TX 75284-4127

Acadiana Management Group, LLC
101 La Rue France St., Ste. 500
Lafayette, LA 70508

BOKF, NA dba Bank of Oklahoma
Attn: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

CHFG Denham Springs, LLC
101 La Rue France, Suite 500
Lafayette, LA 70508

Durwin Walker, MD
34870 La. Hwy. 1019
Denham Springs, LA 70706

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Gertrude Chimeka - Anyanwoke, MD
4560 North Blvd., Ste. 101
Baton Rouge, LA 70806

Impact Network, LLC
c/o Mohammad Pirzadah, MD
13636 Highland Rd
Baton Rouge, LA 70810

IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223

Jimbo Fundrasing LLC
c/o Ronnie Rantz
9340 Greystone Drive
Denham Springs, LA 70726

Lake Laboratory Services
Our Lady of the Lake
PO Box 14790
Baton Rouge, LA 70898-4790

Louisiana Dept. Of Health
Attn. A/R - Hospital Assessments
PO Box 3797
Baton Rouge, LA 70821-3797

Medline Industries, Inc.
Dept. 1080
PO Box 121080
Dallas, TX 75312-1080

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Avenue
Oklahoma City, OK 73102

Apeter Monteyne, MD
609 East Worthy Street
Gonzales, LA 70737

Radar Solutions Limited
537 Cajundome Blvd. Ste. 209
Lafayette, LA 70506

Reinheart Food Service
918 Edwards Ave.
New Orleans, LA 70123

Satuyanarayana Malur, MD
741 Grand Lakes Drive
Baton Rouge, LA 70810

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
Attn.: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

# EXHIBIT A
## LTAC Hospital of Louisiana, LLC

| | | |
|---|---|---|
| Acadiana Management Group, LLC<br>101 La Rue France St., Ste. 500<br>Lafayette, LA 70508 | Advantage Medical Professionals<br>3340 Severn Ave. Ste 320<br>Metairie, LA 70002-7410 | AMG Realty<br>Youngsville, LLC<br>101 La Rue France, Ste. 500<br>Lafayette, LA 70508 |
| BOKF, NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 | CHCT Louisiana, LLC<br>345 Cool Springs Blvd.<br>Franklin, TX 37607 | ClarkCo., LLC<br>209 Waterford Drive<br>Lafayette, LA 70508 |
| Eastman National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 | FMC Dialysis Srvs<br>West Lafayette<br>16343 Collections Center Dr.<br>Chicago, IL 60693 | Focus One Solutions LLC<br>PO Box 3037<br>Omaha, NE 68103-0037 |
| IPFS Corporation<br>PO Box 730223<br>Dallas, TX 75373-0223 | Joerns Healthcare<br>PO Box 713222<br>Cincinnati, OH 45271-3322 | Lafayette LA Inpatient Services<br>16343 Collections Center Dr.<br>Chicago, IL 60693 |
| Louisiana Dept. Of Health<br>Attn. A/R - Hospital Assessments<br>PO Box 3797<br>Baton Rouge, LA 70821-3797 | Medline Industries, Inc.<br>Dept. 1080<br>PO Box 121080<br>Dallas, TX 75312-1080 | NBC Oklahoma<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 |
| Our Lady of Lourdes<br>PP Pt. Financial Services<br>Attn. Leisa Kartsimas<br>4801 Ambassador Caffrey Pkwy<br>Lafayette, LA 70508 | Our Lady of Lourdes RMC<br>Accounting Department<br>Attn: Christina Meche<br>4801 Ambassador Caffrey Pkwy.<br>Lafayette, LA 70508 | Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 |

# EXHIBIT A
## LTAC Hospital of Wichita, LLC

| | | |
|---|---|---|
| 3M<br>PO Box 844127<br>Dallas, TX 75284-4127 | Acell Inc.<br>PO Box 347766<br>Pittsburgh, P A 15251-4766 | Affiliated Medical Services Lab<br>PO Box 12127<br>Wichita, KS 67277-2127 |
| Airgas USA, LLC<br>PO Box 676015<br>Dallas, TX 75367-6015 | BOKF, NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 | Cardinal Health<br>c/o Bank of America Lockbox<br>5042 Collections Center Drive<br>Chicago, IL 60693 |
| CHFG Wichita, LLC<br>101 La Rue France, Ste. 100<br>Lafayette, LA 70508 | Division of Health Care Finance<br>Attn: Ericson Willett<br>Landon State Off Bldg Rm 900N<br>900 SW Jackson St.<br>Topeka, KS 66612-1220 | Eastman National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 |
| Medline Industries, Inc.<br>Dept. 1080<br>PO Box 121080<br>Dallas, TX 75312-1080 | Midwest Vascular Access, LLC<br>8005 W 110th Street, Ste 210<br>Overland Park, KS 66210 | NBC Oklahoma<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 |
| Olive Tree Banquets<br>2949 N. Rock Rd. Ste 100<br>Wichita, KS 67226 | Philips Healthcare<br>PO Box 100355<br>Atlanta, GA 30384-0355 | Radar Solutions, Limited<br>537 Cajundome Blvd. Ste 209<br>Lafayette, LA 70506 |
| Rental Treatment Centers - West, IN<br>PO Box 781607<br>Philadelphia, P A 19178-1607 | Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 | United Services, Inc.<br>555 N. Woodlawn<br>Bldg. 1, Ste 290<br>Wichita, KS 67218 |
| Vijay Khurana, MD<br>1431 S. Bluffview #216<br>Wichita, KS 67218 | Wichita Radiological Group, PA<br>551 N. Hillside, Ste. 320<br>Wichita, KS 67214-4926 | |

**EXHIBIT A**
**Tulsa - AMG Specialty Hospital, LLC**

| | | |
|---|---|---|
| Acadiana Management Group, LLC<br>101 La Rue France St., Ste. 500<br>Lafayette, LA 70508 | Accountable HealthCare Staffing<br>PO Box 732800<br>Dallas, TX 75373-2800 | BOKF, NA dba Bank of Oklahoma<br>Attn: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 |
| Cardinal Health<br>c/o Bank of America Lockbox<br>5303 Collections Center Dr.<br>Chicago, IL 60693 | Cityplex Towers<br>2488 East 81st St. Ste. 188<br>Tulsa, OK 74137 | Eastman National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 |
| FMCNA North Tulsa JV<br>PO Box 749959<br>Los Angeles, CA 90074-9959 | GE Healthcare<br>PO Box 96483<br>Chicago, IL 60693 | Medline Industries, Inc.<br>Dept. 1080<br>PO Box 121080<br>Dallas, TX 75312-1080 |
| NBC Oklahoma<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Avenue<br>Oklahoma City, OK 73102 | Oklahoma Surgical Hospital<br>2448 E. 81 St., Ste 300<br>Tulsa, OK 74137 | Pulmonary Medicine Associates, I<br>6585 South Yale, Ste. 1200<br>Tulsa, OK 74136 |
| Radar Solutions Limited<br>537 Cajundome Blvd. Ste. 209<br>Lafayette, LA 70506 | Regional Medical Laboratory<br>Department 2821<br>Tulsa, OK 74182 | Robinson Medical Resource<br>PO Box 202056<br>Dallas, TX 75320-2056 |
| Sodexo, Inc. & Affiliates<br>2488 E 81st Street<br>Tulsa, OK 74137 | Total Medical Personnel<br>PO Box 26243<br>Oklahoma City, OK 73126 | Trustmark National Bank<br>c/o BOKF NA dba Bank of Oklahoma<br>Attn.: Brian Warden<br>9250 North May Ave.<br>Oklahoma City, OK 73102 |
| Vishal Aggarwal<br>7107 S. Yale Suite #341<br>Tulsa, OK 74136 | Z.S. Medical Services, Inc.<br>6313 E. 85th Ct.<br>Tulsa, OK 74137 | |