UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]   CASE NO. 17-50799

DEBTORS   CHAPTER 11

---

MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

**NOW INTO COURT**, through the undersigned counsel, comes Acadiana Management Group, L.L.C., AMG Hospital Company, L.L.C., AMG Hospital Company II, L.L.C., Albuquerque - AMG Specialty Hospital, L.L.C., Central Indiana - AMG Specialty Hospital, L.L.C., Tulsa - AMG Specialty Hospital, L.L.C., LTAC Hospital of Louisiana - Denham Springs, L.L.C., Las Vegas - AMG Specialty Hospital, L.L.C., LTAC Hospital of Greenwood, L.L.C., LTAC of Louisiana, L.L.C., Houma - AMG Specialty Hospital, L.L.C., LTAC Hospital of Edmond, L.L.C., LTAC Hospital of Wichita, L.L.C., AMG Realty I, L.L.C., CHFG Albuquerque, L.L.C., and AMG Realty Youngsville, L.L.C., as debtors and debtors-in-possession (collectively, the "Debtors-in-Possession"), who pursuant to Local Bankruptcy Rule 9013-1(C), respectfully requests expedited hearings on various emergency various "First Day" motions filed in the above captioned cases that all seek emergency and/or preliminary relief, and respectfully represents as follows:

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

1.

The Debtors have filed the following Motions ("First Day Motions") seeking emergency and/or preliminary or interim relief after hearing in the above captioned cases:

- a) Motion for Emergency Order Authorizing Use of Case Collateral and for Final Order After a Final Hearing on the Use of Cash Collateral;

- b) Motion for Order Authorizing (i) Continued Use of Business Forms and Records; (ii) Maintain of Existing Corporate Bank Accounts and Cash Management Systems; and (iii) Waiving Requirements of 11 U.S.C. § 345;

- c) Motion of the Debtors Pursuant to § 105(a) of the Bankruptcy Code for Authorization to Pay Pre-Petition Claims of Critical Vendors;

- d) Debtors' Motion for Entry of an Order Authorizing Debtors to Pay Obligations Under Pre-Petition Insurance Policies; Remove, Supplement, Modify or Purchase Insurance Coverage; and Honor the Terms of Insurance Financing Agreements and Pay Premiums Thereunder;

- e) Motion for Authority to Pay Pre-Petition Employee Wages, Compensation and Employee Benefits; and

- f) Motion for an Interim Order (A) Determining Adequate Assurance of Payment for Debtors' Utility Services, (B) Restraining Utilities from Alternating, Disconnection or Refusing the Debtors Service, and (C) Schedule a Final Hearing.

2.

Each individual First Day Motion contains the reasons why immediate and/or preliminary or interim relief is required to be granted to avoid irreparable harm to the Debtors' estates for purposes of Federal Rules of Bankruptcy Procedure 6003 and 4001.

3.

Pursuant to Local Bankruptcy Rule 9013-1(C), the undersigned counsel certifies that he has conferred with the Office of the United States Trustee who has no objection to the expedited setting of these Motions, and that, to the best of his knowledge, no other party and interest has retained counsel so that seeking consent to the expedited hearing from said counsel is therefore impractical.

**WHEREFORE**, the Debtors pray that the above delineated First Day Motions be set for expedited hearings on June 27, 2017, at 10:00 a.m., and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 23rd day of June, 2017.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll # 29967)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]  CASE NO. 17-50799

    DEBTORS  CHAPTER 11

---

## CERTIFICATE OF SERVICE

This is to certify that the ***Motion for Expedited Hearing*** was served on the Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101, by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 23rd day of June, 2017.

                              /s/ Bradley L. Drell
                              OF COUNSEL

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814