# Notice Recipients

District/Off: 0536–4   User: eprice   Date Created: 6/26/2017
Case: 17–50799   Form ID: 309F   Total: 469

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP
cr          CHCT Louisiana, LLC
7371657     Candy Burkenbine
7372768     Jan M. Hayden
7372764     Lacey Rochester
                                                                            TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Acadiana Management Group, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
ust      Office of U. S. Trustee       300 Fannin St., Suite 3196       Shreveport, LA 71101
db       AMG Hospital Company, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
db       AMG Hospital Company II, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
db       Albuquerque–AMG Specialty Hospital, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
db       Central Indiana – AMG Specialty Hospital, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       Tulsa – AMG Specialty Hospital, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       LTAC Hospital of Louisiana – Denham Springs, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       Las Vegas – AMG Specialty Hospital, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       LTAC Hospital of Greenwood, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       LTAC Hospital of Louisiana, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       Houma – AMG Specialty Hospital, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       LTAC Hospital of Edmond, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       LTAC Hospital of Wichita, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
db       AMG Realty I, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
db       CHFG Albuquerque, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
db       AMG Realty Youngsville, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
aty      Bradley L. Drell       POB 6118       Alexandria, LA 71307–6118
aty      Jan Marie Hayden       Baker Donelson       201 St. Charles Avenue, 36th Floor       New Orleans, LA 70170
smg      State of Louisiana, Dept. of Labor       Delinquent Accounts Unit       POB 44127       Baton Rouge, LA 70804
smg      Louisiana Department of Revenue and Taxation       Attn: Bankruptcy Division       P.O. Box 66658       Baton Rouge, LA 70896
smg      Louisiana Department of Labor       Attn: Lorraine Roach       P.O. Box 94094       Baton Rouge, LA 70804–9094
7371638  121 Medical Inc.       8100 Wyoming Blvd NE Ste 181       Albuquerque, NM 87113
7371962  3M       P.O. Box 844127       Dallas, TX 75284–4127
7371639  3M Cogent, Inc.       POB 845552       Dallas, TX 75284
7372187  A–1 Vacuum Service       P.O. Box 1833       Gray, LA 70359
7372191  ACell Inc       P.O. Box 347766       Pittsburgh, PA 15251–4766
7372193  ALSCO       PO Box 12625       Pensacola, FL 32591
7371637  AMG Hospital Company, LLC       101 LaRue France, Suite 500       Lafayette, LA 70508
7372251  AMG Realty Youngsville, LLC       101 La Rue France, Ste. 500       Lafayette, LA 70508
7371641  AMR Southwest       POB 56141       Los Angeles, CA 90074–6141
7371963  AMS Diagnostics, LLC       P.O. Box 47121       Wichita, KS 67201
7372488  AT&T       P.O. Box 105414       Atlanta, GA 30348–5414
7371965  AT&T       P.O. Box 5001       Carol Stream, IL 60197–5001
7371964  AT&T       POB 105068       Atlanta, GA 30348–5068
7372320  ATMOS Energy       PO Box 790311       Saint Louis, MO 63179–0311
7371642  Abbott Laboratories, Inc.       POB 100997       Atlanta, GA 30380
7372188  Acadian Ambulance       P.O. Box 92970       Lafayette, LA 70509–2970
7372246  Acadiana Acute Care Assoc.       P.o. Box 8272       Fort Worth, TX 76124–0272
7372189  Acadiana Management Group       101 La Rue France, Suite 500       Lafayette, LA 70508
7372247  Acadiana Radiology Group, LLC       P.O. Box 4628       Jackson, MS 39296
7372569  Access to Care       3645 N. Briarwood Lane, Ste. D       Muncie, IN 47304
7372485  Accountable HealthCare Staffing       P.O. Box 732800       Dallas, TX 75373–2800
7372248  Advantage Medical Professionals       3340 Severn Ave., Ste. 320       Metairie, LA 70002–7410
7372089  Affiliated Anesthesiologists, LL       Dept 96–0431       Oklahoma City, OK 73196–0431
7371967  Affiliated Medical Services Lab       P.O. Box 12127       Wichita, KS 67277–2127
7372570  Ahmed Atef Behery, MD       12911 Freedom Dr.       Fishers, IN 46037
7371968  Air City Emerg Physicians, LLC       P.O. Box 98737       Las Vegas, NV 89193–8787
7371644  Airgas USA LLC       110 West 7th Ste Ste 1300       Tulsa, OK 74119
7372249  Airgas USA, LLC       P.O. Box 676015       Dallas, TX 75267–6015
7371646  Albuquerque AMG Specialty Hospital, LLC       101 La Rue France, Suite 500       Lafayette, LA 70508
7371645  Albuquerque Ambulance Services       POB 911592       Denver, CO 80291
7371647  AliMed, Inc. Accounts Receivable       P.O. Box 9135       Dedham, MA 02027
7372192  All Industrial Medical Services       855 Belanger St., Ste. 108       Houma, LA 70360
7372   Ambu Inc       P.O. Box 347818       Pittsburgh, PA 15251–4918
7371648  AmeriPride Services       PO Box 1147       Bemidji, MN 56619–1147
7371649  American Medical Response       P.O. Box 56141       Los Angeles, CA 90074–6141
7371650  American Quality Foods       PO Box 519       Arden, NC 28704

| | | | | |
|---|---|---|---|---|
| 7372571 | American Solutions for Business | 8479 Solution Center | Chicago, IL 60677–8004 | |
| 7371651 | Americorp Financial, LLC | P.O. Box 633553 | Cincinnati, OH 45263–3553 | |
| 7372090 | Amtee Medical, Inc. | 3709 Promontory Point Dr. | Suite 114 | Austin, TX 78744 |
| 7372091 | Amundsen Food Equipment | 1740 W. Main St. | Oklahoma City, OK 73106 | |
| 7372092 | Angelwear Scrubs Etc., LLC | 3949 Tinker Diagonal St. | Del City, OK 73115 | |
| 7371652 | Angiodynamics Inc | PO Box 1549 | Albany, NY 12201–1549 | |
| 7372487 | Angiodynamics Inc | PO Box 1549 | Albany, NY 12201–1549 | |
| 7372321 | Aramark Aramark Chicago Lockbox | 27310 Network Place | Chicago, IL 60673–1273 | |
| 7372322 | Aramark Dallas Lockbox | P.O. Box 978839 | Dallas, TX 75397–8839 | |
| 7372489 | Audit MicroControls, Inc. | P.O. Box 3369 | Eatonton, GA 31024 | |
| 7371939 | August J. Rantz, IV | 301 Turtledove Trail | Lafayette, LA 70508 | |
| 7372195 | Austin Fire Systems LLC | P.O. Box 411 | Prairieville, LA 70769 | |
| 7372572 | Avant Healthcare Professionals | P.O. Box 60839 | Charlotte, NC 28260–0839 | |
| 7371653 | Avant Healthcare Professionals, | 1211 State Road 436, Ste. 227 | Casselberry, FL 32707 | |
| 7370410 | BOKF, NA dba Bank of Oklahoma | Attn: Brian Warden | 9250 North May Ave. | Oklahoma City, OK 73102 |
| 7371969 | Background Research Services LLC | P.O. Box 3083 | Slidell, LA 70459 | |
| 7372093 | Baolien Tu, MD | 4200 S. Douglas, Ste. 108 | Oklahoma City, OK 73109 | |
| 7370409 | Baxter Healthcare Corp | PO Box 730531 | Dallas, TX 75373–0531 | |
| 7372575 | Bio–Med BSC | PO Box 39259 | Indianapolis, IN 46239 | |
| 7372094 | Boston Scientific Corp | PO Box 951653 | Dallas, TX 75395–1653 | |
| 7371654 | Brady Industries, LLC | 7055 Lindell Road | Las Vegas, NV 89118 | |
| 7372095 | Brian P. Levy, MD | 124 N. Bryant Ave., Ste. C4 | Edmond, OK 73034–6273 | |
| 7371970 | Briggs | Attn: Credit Services | 7300 Westown Pkwy W | Des Moines, IA 50233 |
| 7372492 | Briggs Corporation | PO Box 1355 | Des Moines, IA 50306–1355 | |
| 7372096 | Briggs Healthcare/HealthSmart | Attn: Credit Services | 4900 University Ave., Ste. #200 | West Des Moines, IA 50266 |
| 7372097 | CDW Direct | PO Box 75723 | Chicago, IL 60675–5723 | |
| 7370412 | CHCT Louisiana, LLC | 345 Cool Springs Blvd. | Franklin, TN 37607 | |
| 7371658 | CHFG Albuquerque, LLC | 101 La Rue France, Ste. 100 | Lafayette, LA 70508 | |
| 7372098 | CHFG Edmond | 101 La Rue France, Ste. 500 | Lafayette, LA 70508 | |
| 7371971 | CHFG Wichita, LLC | 101 La Rue France, Ste. 500 | Lafayette, LA 70508 | |
| 7372495 | CITYPLEX TOWERS | 2488 East 81st St., Ste. 188 | Tulsa, OK 74137 | |
| 7371656 | Cafe at Gibson | 6300 Jefferson St. NE | Albuquerque, NM 87109 | |
| 7371661 | Canon Financial Services | 14904 Collections Center Dr. | Chicago, IL 60693 | |
| 7370411 | Capitol Hill Consulting Group | 499 South Capital Street, SW | Suite 608 | Washington, DC 20003 |
| 7372493 | Cardinal Health | C/O Bank of America | 5303 Collections Center Dr. | Chicago, IL 60693 |
| 7371662 | Cardinal Health | C/O Bank of America | P.O. Box 57130 | Los Angeles, CA 90074–7130 |
| 7371972 | Cardinal Health | C/O Bank of America Lockbox | 5042 Collections Center Dr. | Chicago, IL 60693 |
| 7372099 | Cardinal Health 411, Inc. | c/o Bank of America | P.O. Box 847384 | Dallas, TX 75284–7384 |
| 7371973 | Cardinal Health Medical Products | P.O. Box 70539 | Chicago, IL 60673 | |
| 7372323 | Cardinal Health SPD | Cardinal Health 108, Inc. | 14265 Collections Center Drive | Chicago, IL 60693 |
| 7371663 | CenterPoint Energy Svcs, Inc. | P.O. Box 301149 | Dallas, TX 75303–1149 | |
| 7371974 | Central Consolidated, Inc | 3435 W. Harry St. | Wichita, KS 67213 | |
| 7371975 | Central Kansas Commercial Laundr | P.O. Box 29 | Hoisington, KS 67544 | |
| 7371976 | Central Power Systems & Services | P.O. Box 877625 | Kansas City, MO 64187–7625 | |
| 7372198 | Centurion Medical Products | P.O. Box 842816 | Boston, MA 02284–2816 | |
| 7371664 | Chest Medicine of New Mexico | Attn: Jeffrey M. Dorf, MD | 4273 Montgomery Blvd. NE | Suite 200 Albuquerque, NM 87109 |
| 7372100 | Chickasaw Telecom IN | 5 North McCormick St. | Oklahoma City, OK 73127–6620 | |
| 7372101 | Chris Martin, M.D. | 105 S. Bryant Ave., #300 | Edmond, OK 73034–6331 | |
| 7372102 | City of Edmond | P.O. Box 2970 | Edmond, OK 73083–4541 | |
| 7372256 | ClarkCo, LLC | 209 Waterford Drive | Lafayette, LA 70508 | |
| 7372103 | Clean Air Essentials | 797 75 Remittance Dr, Dept 1185 | Chicago, IL 60675–1185 | |
| 7372576 | Cogentix Medical | VB Box 116 | P.O. Box 9202 | Minneapolis, MN 55480 |
| 7370413 | Cole Lusby Marketing | 212 Elwick Dr | Lafayette, LA 70507 | |
| 7371665 | Combined Benefits ADM | 377 Hwy 21, Ste. 100 | Madisonville, LA 70447 | |
| 7371666 | Comcast Cable | P.O. Box 34744 | Seattle, WA 98124–1744 | |
| 7372578 | Community Health Network Inc | 1500 N. Ritter Ave. | Indianapolis, IN 46219 | |
| 7372579 | Community Occupational Health Sv | 7169 Solutions Center | Chicago, IL 60677–7001 | |
| 7371667 | Community Outreach Program | 5025 E. Washington St., Ste. 114 | Phoenix, AZ 85034 | |
| 7372497 | Complete Facility Services, LLC | 8177 South Harvard #153 | Tulsa, OK 74137 | |
| 7370414 | Computer Configuration Services, | 3002 Dow Ave., Suite 402 | Tustin, CA 92780 | |
| 7372580 | Cover Tek | 551 Silicon Dr., Ste 100 | Southlake, TX 76092 | |
| 7372498 | Covidien LP | PO Box 120823 | Dallas, TX 75312–0823 | |
| 7372105 | Cox Communications, Inc. | P.O. Box 248851 | Oklahoma City, OK 73124–8851 | |
| 7372200 | Cross Cut Shredders LLC | 306 Venture Blvd. | Houma, LA 70360 | |
| 7372106 | Cummins Southern Plains | 5800 West Reno | P.O. Box 270006 | Oklahoma City, OK 73127 |
| 7371668 | Curaspan Health Group, Inc. | P.O. Box 122869 | Dallas, TX 75312–2869 | |
| 7372500 | Curbell Medical Products, Inc. | 62882 Collection Center Drive | Chicago, IL 60693–0628 | |
| 7372501 | Custom Medical Solutions | 7100 Northland Circle | Minneapolis, MN 55428 | |
| 7371669 | DG's Deli & Market | 1418 Dr. Martin Luther King Jr. | NE | Albuquerque, NM 87106 |
| 7372636 | DG's Deli & Market | 1418 Dr. Martin Luther King Jr. | NE | Albuquerque, NM 87106 |
| 7372107 | DTG Medical Electronics Inc | 19961 W 162nd | Olathe, KS 66062 | |
| 7372201 | Daikin | 24827 Network Place | Chicago, IL 60673 | |

| | | | | |
|---|---|---|---|---|
| 7372326 | Daniel Plunkett, MD | 45601 Hwy 430 | Vaiden, MS 39176 | |
| 7372327 | Data Systems Managment, Inc. | P.O. Box 1348 | Columbus, MS 39703 | |
| 7372582 | Delaware County Treasurer | 100 W. Main St., Room 102 | Muncie, IN 47305−2881 | |
| 7372328 | Delta Oncology, Inc | 333 Hwy 82 W | Greenwood, MS 38930−6538 | EHOB, Inc 250 N Belmont Ave. Indianapolis, IN 46222 |
| 7372635 | Dex Media East, Inc | PO BOX 78041 | Phoenix, AZ 85062−8041 | |
| 7372108 | Diagnostic Mobile XRay, Inc. | P.O. Box 3637 | Edmond, OK 73083 | |
| 7371977 | Digital Office Systems Inc | 530 S. Hydraulic | Wichita, KS 67211 | |
| 7371978 | Direct Supply, Inc | Box 88201 | Milwaukee, WI 53288−0201 | |
| 7371979 | Division of Health Care Finance | Attn: Ericson Willett | Landon State Off Bldg, Rm 900N 900 SW Jackson St. Topeka, KS 66612−1220 | |
| 7372258 | Doumit Land Management Services | 12111 Moon Harvest Lane | Cypress, TX 77433 | |
| 7372583 | Dr. Anthony Dowell | 220 N. Alden Rd. | Muncie, IN 47304 | |
| 7372502 | Drager Medical, Inc | 3135 Quarry Rd | Telford, PA 18969 | |
| 7372259 | Dynamic Infusion Therapy, Inc. | 12700 Park Central Dr, Ste. 520 | Dallas, TX 75251 | |
| 7372109 | Dynamic Medical Solutions, Inc | 3500 S. Boulevard, Ste. 18B | Edmond, OK 73013 | |
| 7371980 | EHOB, Inc | 250 N Belmont Ave. | Indianapolis, IN 46222 | |
| 7372505 | EHOB, Inc | 250 N Belmont Ave. | Indianapolis, IN 46222 | |
| 7372506 | EMSA | P.O. Box 21228 Dept 5 | Tulsa, OK 74121−1228 | |
| 7372110 | EMSA | P.O. Box 21228 Dept 64 | Tulsa, OK 74121−1228 | |
| 7372111 | Earl's Rib Palace | 2121 S. Broadwway | Edmond, OK 73013 | |
| 7372112 | Earthlink Business | P.O. Box 88104 | Chicago, IL 60680−1104 | |
| 7370415 | Eastman National Bank | c/o BOKF NA dba Bank of Oklahoma | Attn: Brian Warden 9250 North May Ave. Oklahoma City, OK 73102 | |
| 7372638 | Ecolab Inc | PO Box 32027 | New York, NY 10087−2027 | |
| 7372202 | Economical Janitorial & Paper | 29060 Network Place | Chicago, IL 60673−1290 | |
| 7372639 | Educational Enterprises of NM | P.O. Box 92140 | Albuquerque, NM 87199 | |
| 7370416 | Eight Hats | P.O. Box 53814 | Lafayette, LA 70505 | |
| 7372640 | Express Transportation of NM | 2451 Executive Dr., Ste. 107 | Saint Charles, MO 63303 | |
| 7371981 | FFF Enterprises | P.O. Box 840150 | Los Angeles, CA 90084−0150 | |
| 7372260 | FMC Dialysis Srv West Lafayette | 16343 Collections Center Dr. | Chicago, IL 60693 | |
| 7372507 | FMCNA North Tulsa JV | P.O. Box 749959 | Los Angeles, CA 90074−9959 | |
| 7372642 | FMS Albuquerque Acute | PO Box 749959 | Los Angeles, CA 90074−9959 | |
| 7372113 | Faith Electric, Inc | 6712 N. Coltrane Rd. | Edmond, OK 73034 | |
| 7372584 | Favorite Healthcare Staffing Inc | P.O. Box 83356 | Kansas City, MO 64180−3356 | |
| 7372641 | First Presbyterian Church | 215 Locust NE | Albuquerque, NM 87102 | |
| 7372203 | FocusOne Solutions LLC | P.O. Box 3037 | Omaha, NE 68103−0037 | |
| 7372262 | Frank Courmier, MD | 404 Red Robin Trail | Lafayette, LA 70508 | |
| 7372586 | Fresenius Management Services | 16343 Collection Center Drive | Chicago, IL 60693 | |
| 7372114 | Fresenius Medical Care | P.O. Box 749959 | Los Angeles, CA 90074−9959 | |
| 7372330 | Fresenius USA Marketing | P.O. Box 3936 | Boston, MA 02241 | |
| 7371982 | Fukuda Denshi USA Inc | 17725−C N.E. 65th St. | Redmond, WA 98052 | |
| 7372509 | GE Healthcare | PO Box 96483 | Chicago, IL 60693 | |
| 7372587 | Gehl Wright | 2100 S. Woodbridge Dr. | Yorktown, IN 47396 | |
| 7372205 | Generator Power Systems of LA | 74030 Hwy 1077, Ste. 1 | Covington, LA 70435 | |
| 7371983 | George Lay Signs, Inc. | P.O. Box 246 | Wichita, KS 67201−0245 | |
| 7372644 | Gerald Demarest, MD | 2805 Alcazar St. NE | Albuquerque, NM 87110 | |
| 7372206 | Gifted Nurses, LLC | P.O. Box 202056 | Dallas, TX 75320−2056 | |
| 7372645 | Global Nutrition Services, LLC | 4425 Juan Tabo Blvd. NE | Suite 140 Albuquerque, NM 87111 | |
| 7372510 | Grainger | 10707 E. Pine Street | Tulsa, OK 74116−1547 | |
| 7372264 | Grainger | P O Box 419267 | Dept 418−847934239 Kansas City, MO 64141−6267 | |
| 7372116 | Greenleaf Compaction, Inc. | Dept. #2008 | P.O. Box 29661 Phoenix, AZ 85038−9661 | |
| 7372332 | Greenwood Acute | Greenwood MS Impatient Services | 16343 Collections Center Dr. Chicago, IL 60693 | |
| 7372333 | Greenwood Leflore Hospital | Attn: Tara Woodard, Controller | P.O. Box 1410 Greenwood, MS 38935−1410 | |
| 7372334 | Greenwood Utilities | P.O. Box 866 | Greenwood, MS 38935−0866 | |
| 7372207 | Gregory Maidoh, MD | 855 Belanger St., Ste. 201 | Houma, LA 70360 | |
| 7372208 | Guillot's Sanitary Supplies, INC | P.O. Box 750940 | New Orleans, LA 70175−0940 | |
| 7371984 | HD Supply Facilities Maint. LTD | P.O. Box 509058 | San Diego, CA 92150−9058 | |
| 7372117 | Hagar Restaurant Service Inc | 6200 N W 2nd St. | Oklahoma City, OK 73127−6520 | |
| 7372588 | Hancock County Treasurer | 111 American Legion Pl, Ste. 205 | Greenfield, IN 46140 | |
| 7372589 | Hancock Physician Network, LLC | 156 West Muskegon Dr. | Greenfield, IN 46140 | |
| 7372590 | Hancock Regional Hospital | 801 N. State Street | Greenfield, IN 46140 | |
| 7372265 | Hanger Clinic | P.O. Box 650846 | Dallas, TX 75265−0846 | |
| 7372511 | Health Care Logistics | PO Box 400 | Circleville, OH 43100−0400 | |
| 7370417 | Health Care Software, Inc. | P.O. Box 2430 | Farmingdale, NJ 07727 | |
| 7371986 | Health Care Systems, Inc. | 5755 Carmichael Pkwy | Montgomery, AL 36117 | |
| 7372513 | HealthRide | 8086 S Yale Ave, Ste. 127 | Tulsa, OK 74136 | |
| 7372648 | Healthcare Extranets, LLC | PO Box 92200 | Albuquerque, NM 87199−2200 | |
| 7372592 | Heartland Ambulance Services | 400 West Airpark Dr., Ste. A | Muncie, IN 47303−1886 | |
| 7372118 | Hill−Rom Company, Inc. | P.O. Box 643592 | Pittsburgh, PA 15264−3592 | |
| 7372594 | Holt Construction Group | 8846 E 33rd Street | Indianapolis, IN 46226 | |
| 7372650 | Hospira WorldWide Inc | 75 Remittance Dr., Ste. 6136 | Chicago, IL 60675−6136 | |
| 7372209 | Houma Healthcare Properties, LLC | P.O. Box 1457 | Hammond, LA 70404 | |
| 7372210 | Houma Radiology | P.O. Box 3837 | Houma, LA 70361−3837 | |
| 7372515 | ID Consultants, PLLC | 8609 Willow Springs Court | Broken Arrow, OK 74011 | |

| | | | | |
|---|---|---|---|---|
| 7371987 | IDC | 1100 N. St. Francis #130 | Wichita, KS 67214 | |
| 7372211 | IDEXX Distribution Inc | P.O. Box 101327 | Atlanta, GA 30392–1327 | |
| 7371988 | IPFS Corporation | 30 Montgomery Street | Suite 1000 | Jersey City, NJ 07302 |
| 7372215 | IPFS Corporation | PO Box 730223 | Dallas, TX 75373–0223 | |
| 7372603 | IU Ball Memorial Radiology | 250 N. Shadeland Ave. | Indianapolis, IN 46219 | |
| 7372604 | IU Health Ball Memorial Hospital | 3854 Solutions Center | Chicago, IL 60677–3008 | |
| 7372605 | IU Health Ball Memorial Physicia | Dr. Paul Stewart | 3854 Solutions Center | Chicago, IL 60677–3008 |
| 7372120 | Imperial Coffee | P O Box 150040 | Tulsa, OK 74115 | |
| 7372596 | Indiana Nephrology & Internal Me | PC–Corporate Office | 9011 N. Meridan St., Ste. 225 | Indianapolis, IN 46260 |
| 7372597 | Indiana University Health | 2227 Reliable Pkwy. | Chicago, IL 60686–0022 | |
| 7372598 | Indiana University Health | 2501 Reliable Pkwy | Chicago, IL 60686–0025 | |
| 7372651 | Infectious Diseases and Internal | ATTN: Jeffrey Ross, MD | 500 Walter St., NE, Ste. 104 | Albuquerque, NM 87102–2541 |
| 7371989 | Infusion LLC | 1909 E. Central Ave | Wichita, KS 67214 | |
| 7372212 | Insignia Marketing, Inc | 10800 Gosling Rd. #131627 | Spring, TX 77393 | |
| 7372213 | Instutional Pharmacies of LA | 106 Abigayle's Row | Scott, LA 70583 | |
| 7372336 | Integral Therapy Solutions, LLC | 702 Hwy 82 West, Ste. B | Greenwood, MS 38930 | |
| 7372599 | Integrated Rental Services, Inc | 1800 Williamson Court | Louisville, KY 40223 | |
| 7372121 | Intermetro Industries Corp | 75 Remittance Dr., Dept 3044 | Chicago, IL 60675–3044 | |
| 7372214 | Interstate Capital Corporation | P.O. Box 915183 | Dallas, TX 75391–5183 | |
| 7372602 | Iron Mountain | PO Box 27128 | New York, NY 10087–7128 | |
| 7372653 | Iron Mountain | PO Box 601002 | Pasadena, CA 91189–1002 | |
| 7372606 | Jack Feliciano, MD, Inc. | 16531 Stonewolf Blvd. | Noblesville, IN 46060 | |
| 7372268 | James A Noriega Jr | 203 W. Brentwood Blvd., Ste. 2 | Lafayette, LA 70506 | |
| 7372517 | James R Higgins, MD | 7912 E 31st Court, Ste. 320 | Tulsa, OK 74145 | |
| 7372338 | Joerns Healthcare | P.O. Box 713222 | Cincinnati, OH 45271–3322 | |
| 7372607 | Joerns Healthcare | P.O. Box 714305 | Cincinnati, OH 45271–4305 | |
| 7372518 | Joerns, LLC (Joerns RecoverCare) | Key Bank–Lock Box 713222 | 895 Central Ave., Ste. 600 | Cincinnati, OH 45202 |
| 7372608 | Joerns, LLC (Joerns RecoverCare) | Key Bank–Lock Box 713222 | 895 Central Ave., Ste. 600 | Cincinnati, OH 45202 |
| 7372123 | John Chiaffitelli, MD | First Care Medical Services, P.C | P.O. Box 891195 | Oklahoma City, OK 73189–1195 |
| 7372271 | Jorge Belgodere MD | 229 Princeton Woods Loop | Lafayette, LA 70508 | |
| 7372272 | Justin Ardoin MD | 204 Englewood Dr. | Lafayette, LA 70503 | |
| 7370419 | KCI USA | PO Box 301557 | Dallas, TX 75303–1557 | |
| 7372034 | Kaeser & Blair Incorporated | 3771 Solutions Center | Chicago, IL 60677–3007 | |
| 7372035 | Kansas Medical Center | P.O. Box 268840 | Oklahoma City, OK 73126–8840 | |
| 7372274 | Kenneth Spiller MD | 102 Oakwood Dr. | Lafayette, LA 70503 | |
| 7372275 | Kevin A. Courville MD | 109 Woodbridge Dr. | Lafayette, LA 70508 | |
| 7372611 | Key Surgical | 8101 Wallace Road | Eden Prairie, MN 55344 | |
| 7370420 | LaRue France Tower Partnership | P.O. Box 75010 | Metairie, LA 70033–5010 | |
| 7372276 | Lafayette LA Inpatient Services | 16343 Collections Center Dr. | Chicago, IL 60693 | |
| 7372277 | Lafayette Physical Rehab Hospita | 101 La Rue France, Ste. 100 | Lafayette, LA 70508 | |
| 7372124 | Leaf | PO Box 742647 | Cincinnati, OH 45274–2647 | |
| 7372341 | Leaf | PO Box 742647 | Cincinnati, OH 45274–2647 | |
| 7372278 | LifeNet Health | P.O. Box 79636 | Baltimore, MD 21279–0636 | |
| 7372125 | Linen King, LLC | PO Box 701683 | Tulsa, OK 74170 | |
| 7372126 | Lorraine T. Wilson MD PC | 13901 McAuley Blvd., #303 | Oklahoma City, OK 73134 | |
| 7372219 | Louisiana Dept. of Health | Attn: A/R – Hospital Assessments | P.O. Box 3797 | Baton Rouge, LA 70821–3797 |
| 7372279 | Louisiana Dept. of Health | Attn: A/R – Hospital Assessments | P.O. Box 3797 | Baton Rouge, LA 70821–3797 |
| 7372657 | Lovelace Downtown | P.O. Box 91268 | Denver, CO 80291 | |
| 7372127 | Mac Systems | P.O. Box 27665 | Tulsa, OK 74149 | |
| 7372128 | Majors Medical Supply | 415 West Wilshire Blvd., Ste. A | Oklahoma City, OK 73116–7702 | |
| 7372129 | Marlin Business Bank | P.O. Box 13604 | Philadelphia, PA 19101–3604 | |
| 7372342 | Masimo Americas, Inc. | 28932 Network Place | Chicago, IL 60673–1289 | |
| 7372521 | Masimo Americas, Inc. | P.O. Box 51210 | Los Angeles, CA 90051–5510 | |
| 7372130 | Matheson Tri Gas Inc | Dept 3028 | P.O. Box 123028 | Dallas, TX 75312 |
| 7372658 | Matrix Care, Inc. | BIN # 32 | P.O. Box 1414 | Minneapolis, MN 55480–1414 |
| 7372522 | Maxim Staffing Solutions | 12558 Collections Center Drive | Chicago, IL 60693 | |
| 7372131 | MedCenterDisplay, LLC | 11408 Otter Creek South | Mabelvale, AR 72103 | |
| 7372134 | MedRide Oklahoma Critical Care | P.O. Box 950488 | Oklahoma City, OK 73195 | |
| 7372525 | MedSupport Transport & Mazon Ass | P.O. Box 166858 | Irving, TX 75016–6858 | |
| 7372036 | Medical Equip Services of Kansas | 9121 N. Osage St. | Valley Center, KS 67147 | |
| 7372280 | Medical Specialist of Acadiana | 106 Gatesmere Court | Lafayette, LA 70508 | |
| 7372132 | Medical Technology Associates | 6840 Cross Bayou Drive | Largo, FL 33777 | |
| 7372659 | Medicus Hospitalists West, LLC | 22 Roulston Road | Windham, NH 03087 ( | |
| 7372038 | MedicusHealth | 4767 Broadmoor Ave SE, Ste. 6 | Kentwood, MI 49512 | |
| 7372037 | Medline Industries, Inc. | Dept 1080 | P.O. Box 121080 | Dallas, TX 75312–1080 |
| 7372039 | Medwise Services, LLC | 556 South Oliver St. | Wichita, KS 67218 | |
| 7372282 | Mehandi Haran MD | 403 Ember Grove Crossing | Lafayette, LA 70508 | |
| 7372135 | Mercy Clinic Oklahoma Comm. | Dr. Tawk) | Mercy Specialized Billing Servic | P.O. Box 505125    Saint Louis, MO 63150–5125 |

| | | | | |
|---|---|---|---|---|
| 7372136 | Mercy Hospital OK CITY–Radiology | Attn: Karen Cicerelli | 645 Mary Ville Centre Dr. | Suite 100 Saint Louis, MO 63141 |
| 7372137 | Mercy Hospital Oklahoma City | P.O. Box 505017 | Saint Louis, MO 63150–5017 | |
| 7372138 | Mercy Specialized Billing Svcs | P.O. Box 505125 | Saint Louis, MO 63150–5125 | |
| 7372040 | Mercy Surgical Dressing Group, I | 4 Zesta Dr. | Pittsburgh, PA 15205 | |
| 7372661 | Mesa Detection Agency, Inc. | P.O. Box 91328 | Albuquerque, NM 87199 | |
| 7372041 | MidWest Vascular Access, LLC | 8005 W 110th St., Ste. 210 | Overland Park, KS 66210 | |
| 7372042 | Midwest Surgical, PA | Dr. Jace Hyder | 1431 S. Bluffview, Ste. 210 | Wichita, KS 67218 |
| 7372344 | Mobile Medic Amb Ser Inc | P.O. Box198408 | Atlanta, GA 30384–8408 | |
| 7372526 | MobileXUSA | PO Box 17462 | Baltimore, MD 21297–0518 | |
| 7372662 | MobileXUSA The Highlands | 930 Ridgebrooks Road | Sparks Glencoe, MD 21152–9390 | |
| 7372663 | Monarch Labs | 17875 Sky Park Circle, Ste K | Irvine, CA 92614 | |
| 7372345 | Morris & Dickson Co | P.O. Box 51367 | Shreveport, LA 71135 | |
| 7372283 | Motorola Solutions, Inc. | P.O. Box 404059 | Atlanta, GA 30384–4059 | |
| 7372527 | NBC Oklahoma | c/o BOKF NA dba Bank of Oklahoma | Attn: Brian Warden | 9250 North May Ave. Oklahoma City, OK 73102 |
| 7370421 | NBC Oklahoma | c/o BOKF NA dba Bank of Oklahoma | Attn: Brian Warden | 9250 North May Ave. Oklahoma City, OK 73102 |
| 7372614 | NBLW, Inc. d/b/a Med–Rec Systems | P.O. Box 40471 | Indianapolis, IN 46240 | |
| 7372664 | National Recall Alert Center | 123 E Main St. #609 | Marlton, NJ 08053 | |
| 7372665 | New Mexico Dysphagia Specialist, | P.O. Box 91385 | Albuquerque, NM 87199 | |
| 7372528 | Norlem Technology Consulting, In | Attn: Joe Howard | 10830 E. 45th St. S, Ste. 302 | Tulsa, OK 74146 |
| 7372666 | Nova Biomedical | PO Box 983115 | Boston, MA 02298–3115 | |
| 7372529 | Nursefinders | PO Box 910738 | Dallas, TX 75391–0738 | |
| 7372615 | OFFICE DEPOT | PO Box 633301 | Cincinnati, OH 45263–3301 | |
| 7372222 | OFFICE DEPOT | PO Box 660113 | Dallas, TX 75266–0113 | |
| 7372669 | OFFICE DEPOT | PO Box 660113 | Dallas, TX 75266–0113 | |
| 7372142 | OK Independent Provider Network | 15601 Kestral Park Court | Edmond, OK 73013 | |
| 7372224 | OTIS Elevator Company | P.O. Box 730400 | Dallas, TX 75373–0400 | |
| 7372148 | OU Medical Center | P.O. Box 277362 | Atlanta, GA 30384–7362 | |
| 7372139 | Oak Farms Tulsa | PO Box 972384 | Dallas, TX 75397–2384 | |
| 7372140 | Occupational Health Centers | P.O. Box 75410 | Oklahoma City, OK 73147–0410 | |
| 7372668 | Occupational Health Centers of | the Southwest, PA | PO Box 9009 | Broomfield, CO 80021–9009 |
| 7372043 | Office Depot | P.O. Box 88040 | Chicago, IL 60680–1040 | |
| 7372143 | Oklahoma Blood Institute | 1001 N. Lincoln Rd. | Oklahoma City, OK 73104 | |
| 7372144 | Oklahoma Critical Care Transport | P.O. Box 950488 | Oklahoma City, OK 73195 | |
| 7372145 | Oklahoma Heart Hospital | P.O. Box 268864 | Oklahoma City, OK 73126 | |
| 7372146 | Oklahoma Natural Gass | P.O. Box 219296 | Kansas City, MO 64121–9296 | |
| 7372532 | Oklahoma Surgical Hospital | 2448 E. 81 St., Ste. 300 | Tulsa, OK 74137 | |
| 7372044 | Olive Tree Banquets | 2949 N Rock Rd., Ste. 100 | Wichita, KS 67226 | |
| 7372147 | Omnicell | PO Box 204650 | Dallas, TX 75320–4650 | |
| 7372223 | OptiMedical | P.O. Box 932005 | Atlanta, GA 31193–2005 | |
| 7372285 | Our Lady of Lourdes | PP Pt. Financial Services | Attn: Leisa Kartsimas | 4801 Ambassador Caffrey Pkwy Lafayette, LA 70508 |
| 7372286 | Our Lady of Lourdes RMC | Accounting Dept. | Attn: Christina Meche | 4801 Ambassador Caffrey Pkwy Lafayette, LA 70508 |
| 7372287 | Our Lady of The Lake Regional | Medical Center | Lab Services | 5000 Hennessy Blvd. Baton Rouge, LA 70808 |
| 7372225 | PPO Plus | P.O.Box 742924 | Atlanta, GA 30374–2924 | |
| 7372149 | Panera Bread | PO Box 504888 | Saint Louis, MO 63150–4888 | |
| 7372150 | PathoGenius Laboratories | 4321 Marsha Sharp Freeway | Door #2 | Lubbock, TX 79407 |
| 7372533 | Pathology Laboratory Assoicates | Department 2731 | Tulsa, OK 74182–2731 | |
| 7372045 | Patient Point Hospital Solutions | 11408 Otter Creek South Rd. | Mabelvale, AR 72103 | |
| 7372670 | Patterson Medical | P.O. Box 93040 | Chicago, IL 60673–3040 | |
| 7372152 | Performance Health Supply, Inc. | P.O. Box 03040 | Chicago, IL 60673–3040 | |
| 7372046 | Philips Healthcare | PO Box 100355 | Atlanta, GA 30384–0355 | |
| 7372047 | Phoenix Textile Corporation | P.O. Box 1328 | Saint Peters, MO 63376–0023 | |
| 7372288 | Physician Utilities Inc | Dr. Kitakule | 2309 E. Main St., Ste. 202 | New Iberia, LA 70560 |
| 7372535 | Physio–Control, Inc | 12100 Collections Center Dr | Chicago, IL 60693 | |
| 7372616 | PiccFusion | PO Box 367 | Yorktown, IN 47396 | |
| 7370422 | PolicyStat, LLC | 550 Congressional Blvd. | Suite 100 | Carmel, IN 46032 |
| 7372226 | Praxair Distribution, Inc | Dept CH 10660 | Palatine, IL 60055–0660 | |
| 7372536 | Precision Dynamics Corporation | P.O. Box 71549 | Chicago, IL 60694–1995 | |
| 7372048 | Premier Hospitalists of Kansas | P.O. Box 20077 | Wichita, KS 67208 | |
| 7372617 | Prevail Prosthetics & Orthotics | 7735 W. Jefferson Blvd., Ste. C | Fort Wayne, IN 46804 | |
| 7370423 | PricewaterhouseCoopers LLP | P.O. 952282 | Dallas, TX 75395–2282 | |
| 7372346 | Prime Care Nursing | P O Box 852 | Greenville, MS 38702 | |
| 7370424 | Prista Corporation | 3702 Clendenin Court | Austin, TX 78732 | |
| 7372671 | ProTech Services | 9601 Mendoza Ave NE | Albuquerque, NM 87109 | |
| 7372289 | Professional Anesthesia Services | P.O. Box 77263 | Baton Rouge, LA 70879 | |
| 7372537 | Prohab Therapy Specialists | 1405 4th Ave. NW #296 | Ardmore, OK 73401 | |
| 7372049 | Public Works & Utilities | P.O. Box 2922 | Wichita, KS 67201–2922 | |
| 7372538 | Pulmonary Medicine Associates, I | 6585 South Yale, Ste 1200 | Tulsa, OK 74136 | |
| 7372050 | Pulmonary and Sleep Consultants | 848 N. St. Francis, Ste. 2945 | Wichita, KS 67214 | |
| 7370425 | Purchase Power | PO Box 371874 | Pittsburgh, PA 15250–7874 | |
| 7372618 | Quality Building Maintenance Inc | 7998 Georgetown Rd., Ste. 500 | Indianapolis, IN 46268 | |

| | | | |
|---|---|---|---|
| 7372672 | Quality Sleep Solutions, Inc. | 1009 Golf Course Rd., Ste. 109 | Rio Rancho, NM 87124 |
| 7372154 | Questcare EM Oklahoma LLC | P.O. Box 678216 | Dallas, TX 75267–8216 |
| 7370426 | R&H Lear 60, LLC | 4229 Hwy 357 | Opelousas, LA 70570 |
| 7372051 | RC Medical, Inc. | P.O. Box 833 | Tolland, CT 06084 |
| 7372230 | RR Donnelley | P.O. Box 932721 | Cleveland, OH 44193 |
| 7370427 | Radar Solutions Limited | 537 Cajundome Blvd., Ste. 209 | Lafayette, LA 70506 |
| 7372156 | Radiology Consultants, PC | 4625 S. Western Ave. | Oklahoma City, OK 73109–3831 |
| 7372348 | Ravi Pande, MD | 1105 Jane Lane | Greenwood, MS 38930 |
| 7372620 | Ravin Sarin MD | P.O. Box 506 | Yorktown, IN 47396 |
| 7372157 | Red Plains Professional, Inc | 2933 South Bryant Ave | Edmond, OK 73013 |
| 7372541 | Regional Medical Laboratory | Department 2803 | Tulsa, OK 74182–0001 |
| 7372540 | Regional Medical Laboratory | Department 2821 | Tulsa, OK 74182 |
| 7372674 | RehabCare Group, Inc | PO Box 503534 | Saint Louis, MO 63150–3534 |
| 7372621 | Reid Health | 1100 Reid Pkwy | Richmond, IN 47374–1157 |
| 7372228 | Reinhart FoodService | 918 Edwards Avenue | New Orleans, LA 70123 |
| 7372542 | Reliable Building Services | 6528 E 101st St., Ste. D1 #429 | Tulsa, OK 74133 |
| 7372675 | Renal Medicine Associates LTD | 3821 Masthead St. NE | Albuquerque, NM 87109–4679 |
| 7372158 | Renal Treatment Centers – West | P.O. Box 781607 | Philadelphia, PA 19178–1607 |
| 7372229 | Respiratory Services, Inc. | 59038 Amber Street | Slidell, LA 70461–5334 |
| 7372054 | Respironics, Inc | P.O. Box 405740 | Atlanta, GA 30384–5740 |
| 7372292 | Richard Fei, MD | 204 L'Lansfair Dr. | Lafayette, LA 70503 |
| 7372159 | Robinson Medical | PO Box 202056 | Dallas, TX 75320–2056 |
| 7372543 | Robinson Medical Resource | P.O. Box 202056 | Dallas, TX 75320–2056 |
| 7372231 | Russell Henry, MD | 4379 HWY 311 | Houma, LA 70360 |
| 7372676 | Russell Sigler Inc. | PO Box 749472 | Los Angeles, CA 90074–9472 |
| 7372544 | SHC Services | PO Box 677896 | Dallas, TX 75267–7896 |
| 7372055 | SHI International Corp. | 290 Davidson Ave. | Somerset, NJ 08873 |
| 7372677 | SHI International Corp. | P.O. Box 952121 | Dallas, TX 75395–2121 |
| 7372293 | SLEMCO | P O Box 90866 | Lafayette, LA 70509–0866 |
| 7372056 | Scrubs and Beyond | P.O. Box 95304 | Grapevine, TX 76099–9734 |
| 7372622 | Seals Ambulance Inc | PO Box 660882 | Dallas, TX 75266 |
| 7370428 | ServerCentral, Inc | 111 W Jackson Blvd., Ste. 1600 | Chicago, IL 60604 |
| 7371226 | Sheriff, Lafayette Parish | POB 3508 | Lafayette LA 70502 |
| 7372349 | Shred–It USA | 28883 Network Place | Chicago, IL 60673–1288 |
| 7372160 | Smart Image Systems | 2709 S. I–35 Service Rd. | Oklahoma City, OK 73129 |
| 7372545 | Sodexo, Inc & Affiliates | 2488 E 81st Street | Tulsa, OK 74137 |
| 7372161 | Sonata Diagnostic Imaging | P.O. Box 3575 | Edmond, OK 73083–3575 |
| 7372232 | Sono Tech Enterprises, Inc. | P.O. Box 24447 | New Orleans, LA 70184 |
| 7372233 | Southeast Neuroscience Center | 8120 Main St., Ste. 400 | Houma, LA 70360–3403 |
| 7372350 | Southern Duplicating of Clarksda | 4345 Hwy 61 S | Clarksdale, MS 38614 |
| 7372678 | Southwest Door Svcs. Ltd. Co. | P.O. Box 44728 | Rio Rancho, NM 87174 |
| 7372623 | Spacelabs Healthcare | P.O. Box 404151 | Atlanta, GA 30384–4151 |
| 7372058 | Speech, Swallowing and Voice Ctr | 940 North Tyler Rd, Ste. 201 | Wichita, KS 67212 |
| 7372624 | Sri Krishna Vasireddy, M.D. | 7904 W. Abercrombie Dr. | Muncie, IN 47304 |
| 7372162 | Stability Biologics | 2910 Poston Ave. | Nashville, TN 37203 |
| 7372059 | Staples Dept DAL | P.O. Box 83689 | Chicago, IL 60696–3689 |
| 7372546 | SteadMed Medical LLC | 3801 Hulen Street | Fort Worth, TX 76107 |
| 7372163 | Stericycle, Inc. | P.O. Box 6575 | Carol Stream, IL 60197–6575 |
| 7372679 | Stericycle, Inc. | P.O. Box 6578 | Carol Stream, IL 60197–6578 |
| 7372351 | Strohe Consulting | 605 Buchanan Street | Lafayette, LA 70501 |
| 7372680 | Stryker | PO Box 29387 | Phoenix, AZ 85038–9387 |
| 7372164 | Stryker Flex Financial | 25652 Network Place | Chicago, IL 60673–1256 |
| 7372165 | Suntech Mechanical | 3724 E. 2nd St., Ste. D | Edmond, OK 73034 |
| 7372681 | Superior Ambulance SVC, INC | P.O. Box 6482 | Albuquerque, NM 87197 |
| 7372166 | Superior Linen Service | 6959 E. 12th Street | Tulsa, OK 74112–5605 |
| 7372060 | Supply Access Center, Inc | P.O. Box 3625 | Chatsworth, CA 91313–3625 |
| 7372234 | Surgical & Hospital Supplies | P.O. Box 7033 | Houma, LA 70360 |
| 7372167 | Sysco Business Service | 24500 Northwest Freeway | Cypress, TX 77429 |
| 7372061 | Sysco Kansas City | P.O. Box 40 | Olathe, KS 66051–0040 |
| 7372626 | TJ Uniforms | 1533 W. Tipton St., Ste. B | Seymour, IN 47274 |
| 7372686 | TLC Plumbing & Utility | 5000 Edith Blvd., NE | Albuquerque, NM 87107 |
| 7372687 | TRI CORE | PO Box 25627 | Albuquerque, NM 87125–5627 |
| 7372549 | Tacy Medical, Inc. | PO Box 15807 | Fernandina Beach, FL 32035–3114 ( |
| 7372550 | Team Medical | 3317 S Higley Rd., Ste. 114–245 | Gilbert, AZ 85297 |
| 7372625 | Telemedicine Solutions LLC | 425 N. Martingale Rd., Ste. 1250 | Schaumburg, IL 60173 |
| 7372684 | Tennant Sales and Service Co. | P.O. Box 71414 | Chicago, IL 60694–1414 |
| 7372235 | Terrebonne General Medical Ctr | 8166 Main Street    P.O. Box 6037 | Houma, LA 70361 |
| 7372169 | The Beckerley Group, PLLC | Robert Becklery    4401 Stirrup Lane | Edmond, OK 73034 |
| 7372685 | The Groundskeeper Outside Soluti | P.O. Box 43820 | Tucson, AZ 85733–3820 |
| 7372170 | The Pathology Group | PO Box 268984 | Oklahoma City, OK 73126–8984 |
| 7372552 | The Uniform Shoppe, Inc. | 6221 E 61st Street | Tulsa, OK 74136 |
| 7372171 | Timothy L Grode M.D. | 13313 N. Meridian Ave., Bldg. D | Oklahoma City, OK 73120–8380 |
| 7371941 | Timothy W. Howard | 204 Bevington Drive | Lafayette, LA 70508 |
| 7372553 | Total Medical Personnel | P.O. Box 26243 | Oklahoma City, OK 73126 |
| 7372236 | Trane U.S. Inc. | PO Box 845053 | Dallas, TX 75284–5053 |
| 7372296 | Tri–Tec Medical, Inc. | 2255 Germantown Rd. South | Germantown, TN 38138 |
| 7372688 | Tri–anim Health Services | 25197 Network Place | Chicago, IL 60673–1251 |
| 7372554 | Trust Healthcare, LLC | Accounting Office    1145 S. Utica G–1 | Tulsa, OK 74104 |

| | | |
|---|---|---|
| 7370429 | Trustmark National Bank   c/o BOKF NA dba Bank of Oklahoma   Attn: Brian Warden   9250 North May Ave.   Oklahoma City, OK 73102 | |
| 7372555 | Tulsa County Sheriff's Department   500 S. Denver Ave.   Tulsa, OK 74103 | |
| 7372556 | Tulsa Emergency Medical Center   P.O. Box 22063   Dept 0289   Tulsa, OK 74121–2063 | |
| 7372557 | Tulsa Vein Institute   2440 E 81st Street   Tulsa, OK 74137 | |
| 7372700 | U. S. Department of Health and Human Services   Chief Counsel, Office of General Counsel   1200 Main Tower Building, Suite 1330   Dallas TX 75202 | |
| 7372172 | U.S. Med–Equip. Inc.   P.O. Box 41321   Houston, TX 77241 | |
| 7372691 | US Hospital Personnel, Inc   P.O. Box 743451   Los Angeles, CA 90074–3451 | |
| 7372067 | US Med–Equip Inc   P.O. Box 41321   Houston, TX 77241 | |
| 7372068 | USIC Locating Services, Inc.   P.O. Box 713359   Cincinnati, OH 45271 | |
| 7372063 | Underground Vaults & Storage   P.O. Box 1723   Hutchinson, KS 67504–1723 | |
| 7372064 | Unified Services, Inc.   555 N Woodlawn Bldg. 1, Ste. 290   Wichita, KS 67208 | |
| 7372689 | United Blood Services   PO BOX 53022   Phoenix, AZ 85072 | |
| 7372065 | United Healthcare   Community Plan of Midwest KS   P.O. Box 7550   Phoenix, AZ 85011 | |
| 7372628 | United Hospital Services, LLC   Dept. 78756   P.O. Box 78000   Detroit, MI 48278–0756 | |
| 7372352 | United Parcel Service   P.O. Box 7247–0244   Philadelphia, PA 19170–0001 | |
| 7372173 | Unity EMS   1275 N Air Depot Midwest   Oklahoma City, OK 73110 | |
| 7372174 | Universal Hospital Services   P.O. Box 851313   Minneapolis, MN 55485–1313 | |
| 7372692 | VIC the PICC   1351 E. Pine St., Ste. F   Lodi, CA 95240 | |
| 7372175 | Valley Proteins, Inc   PO Box 643393   Cincinnati, OH 45264 | |
| 7372238 | Valley Supply Co. of Houma, Inc.   P.O. Box 307   Houma, LA 70361 | |
| 7372298 | Vapotherm, Inc.   P.O. Box 74008627   Chicago, IL 60674–7400 | |
| 7372176 | Vapotherm, Inc. Lockbox   P.O. Box 674866   Detroit, MI 48267–4866 | |
| 7372631 | Vascular Access Plus   4417 Serengeti Circle   Carmel, IN 46074 | |
| 7372561 | Verathon   PO Box 935117   Atlanta, GA 31193–5117 | |
| 7372070 | Via Christi Health Lab   929 N. St. Francis   Wichita, KS 67214 | |
| 7372071 | Via Christi Hospitals – Wichita   P.O. Box 47887   Wichita, KS 67201 | |
| 7372072 | Via Christi OCC Medicine   P.O. Box 2865   Wichita, KS 67201–2865 | |
| 7372562 | Video Revolution Inc   7030 S Lewis Ave, Bldg. #1   Tulsa, OK 74136 | |
| 7372073 | Vijay Khurana, MD   1431 S Bluffview #216   Wichita, KS 67218 | |
| 7372563 | Vishal Aggarwal   7107 S. Yale, Ste #341   Tulsa, OK 74136 | |
| 7372632 | Wells Fargo Financial Leasing   P.O. Box 10306   Des Moines, IA 50306–0306 | |
| 7372074 | Wesley Medical Center   P.O. Box 403101   Atlanta, GA 30384–3101 | |
| 7372075 | Westar Energy   P.O. Box 758500   Topeka, KS 66675–8500 | |
| 7372240 | Westport Linen Services   510 Kornmeyer Plaza   Baton Rouge, LA 70806 | |
| 7372693 | Westways Staffing Services, Inc   c/o Republic Business Credit   P.O. Box 203152   Dallas, TX 75320–3152 | |
| 7372633 | Wexford Labs, Inc.   325 Leffingwell   Kirkwood, MO 63122 | |
| 7372076 | Wichita Nephrology Group, PA   818 N. Emporia, Ste. 310   Wichita, KS 67214 | |
| 7372077 | Wichita Radiological Group PA   551 N. Hillside, Ste. 320   Wichita, KS 67214–4926 | |
| 7372354 | Willow Anesthesia   PO Box 2819   Oxford, MS 38655–2819 | |
| 7372564 | Witty Ideas, Inc.   115 S. Main   Bristow, OK 74010 | |
| 7372299 | YP   PO Box 5010   Carol Stream, IL 60197–5010 | |
| 7372565 | Z.S. Medical Services, Inc   6313 E. 85th Ct.   Tulsa, OK 74137 | |
| 7372177 | Zahid Ahmad, MD   c/o Edmond Hospital   1100 E. Ninth Street   Edmond, OK 73034–5705 | |
| 7372566 | Ziad Sous, MD   6313 E 85th Ct   Tulsa, OK 74137 | |
| 7372078 | Zoll Medical Corporation   Worldwide Headquarters   269 Mill Road   Chelmsford, MA 01824–4105 | |
| 7372634 | zCover Inc.   100–13551 Verdun Place   Richmond, BC, V6V 1W5 Canada | |

TOTAL: 464