UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]   CASE NO. 17-50799

    DEBTORS   CHAPTER 11

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the Debtors' equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in the Chapter 11 cases:

A. **Acadiana Management Group, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard. August J. Rantz, IV, and Timothy W. Howard each own 50% of Acadiana Management Group, L.L.C.

B. **AMG Hospital Company, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard. August J. Rantz, IV, and Timothy W. Howard each own 50% of AMG Hospital Company L.L.C.

C. **Albuquerque - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company, L.L.C.

D. **AMG Hospital Company II, L.L.C.** is owned by Rantz IV Enterprises, L.L.C. and Timothy W. Howard. Rantz IV Enterprises, L.L.C. and Timothy W. Howard each own 50% of AMG Hospital Company II, L.L.C.

E. **Central Indiana - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C.

F. **Tulsa - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 99% of Tulsa-

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

AMG Specialty Hospital, L.L.C.

G. **LTAC Hospital of Louisiana - Denham Springs, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 97% of LTAC Hospital of Louisiana - Denham Springs, L.L.C.

H. **Las Vegas - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 99% of Las Vegas - AMG Specialty Hospital, L.L.C.

I. **LTAC Hospital of Greenwood, L.L.C.** is owned by AMG Hospital Company, L.L.C. and a third party. AMG Hospital Company, L.L.C. owns 86.38% of LTAC Hospital of Greenwood, L.L.C.

J. **LTAC of Louisiana, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard.

K. **Houma - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company, L.L.C.

L. **LTAC Hospital of Edmond, L.L.C.** is owned by AMG Hospital Company, L.L.C.

M. **LTAC Hospital of Wichita, L.L.C.** is owned by AMG Hospital Company, L.L.C.

N. **AMG Realty I, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of AMG Realty I, L.L.C. August J. Rantz, IV, owns 33 1/3% of AMG Realty I, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of AMG Realty I, L.L.C.

O. **CHFG Albuquerque, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of CHFG Albuquerque, L.L.C. August J. Rantz, IV, owns 33 1/3% of CHFG Albuquerque, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of CHFG Albuquerque, L.L.C.

P. **AMG Realty Youngsville, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of AMG Realty Youngsville, L.L.C. August J. Rantz, IV, owns 33 1/3% of AMG Realty Youngsville, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of AMG Realty Youngsville, L.L.C.

Alexandria, Louisiana, this 28th day of June, 2017.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll # 29967)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA  71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**

# United States Bankruptcy Court
## Western District of Louisiana

In re **Acadiana Management Group, LLC**  
                  Debtor(s)

Case No. **17-50799**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Acadiana Management Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2017**  
Date

**/s/ Bradley L. Drell**  
**Bradley L. Drell 24387 - LA**  
Signature of Attorney or Litigant  
Counsel for **Acadiana Management Group, LLC**  
**Gold, Weems, Bruser, Sues & Rundell**  
**POB 6118**  
**Alexandria, LA 71307-6118**  
**(318)445-6471 Fax:(318)445-6476**

In re  **AMG Hospital Company, LLC**                           Case No.  **17-50800**
                                    Debtor(s)                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **AMG Hospital Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**June 28, 2017**                                    **/s/ Bradley L. Drell**
Date                                                **Bradley L. Drell 24387 - LA**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **AMG Hospital Company, LLC**
                                                    **Gold, Weems, Bruser, Sues & Rundell**
                                                    **POB 6118**
                                                    **Alexandria, LA 71307-6118**
                                                    **(318)445-6471 Fax:(318)445-6476**

# United States Bankruptcy Court
## Western District of Louisiana

In re __AMG Hospital Company II, LLC__        Case No. __17-50801__
Debtor(s)        Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __AMG Hospital Company II, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 28, 2017__        /s/ Bradley L. Drell
Date        **Bradley L. Drell 24387 - LA**
Signature of Attorney or Litigant
Counsel for __AMG Hospital Company II, LLC__
**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  **Albuquerque-AMG Specialty Hospital, LLC**  Case No. **17-50802**

Debtor(s)  Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Albuquerque-AMG Specialty Hospital, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for **Albuquerque-AMG Specialty Hospital, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Central Indiana - AMG Specialty Hospital, LLC**    Case No.   **17-50803**
Debtor(s)    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Central Indiana - AMG Specialty Hospital, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Central Indiana - AMG Specialty Hospital, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Tulsa - AMG Specialty Hospital, LLC**  
Debtor(s)

Case No.  **17-50804**  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tulsa - AMG Specialty Hospital, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2017**  
Date

/s/ Bradley L. Drell  
**Bradley L. Drell 24387 - LA**  
Signature of Attorney or Litigant  
Counsel for **Tulsa - AMG Specialty Hospital, LLC**  
Gold, Weems, Bruser, Sues & Rundell  
POB 6118  
Alexandria, LA 71307-6118  
(318)445-6471 Fax:(318)445-6476

In re  **LTAC Hospital of Louisiana - Denham Springs, LLC**       Case No.  **17-50805**
                                              Debtor(s)            Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **LTAC Hospital of Louisiana - Denham Springs, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for  **LTAC Hospital of Louisiana - Denham Springs, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

# United States Bankruptcy Court
## Western District of Louisiana

In re **Las Vegas - AMG Specialty Hospital, LLC** Case No. **17-50806**
Debtor(s)                                   Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Las Vegas - AMG Specialty Hospital, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for **Las Vegas - AMG Specialty Hospital, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

| | | | |
|---|---|---|---|
| In re | LTAC Hospital of Greenwood, LLC | Case No. | **17-50807** |
| | Debtor(s) | Chapter | **11** |

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **LTAC Hospital of Greenwood, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for  **LTAC Hospital of Greenwood, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

# United States Bankruptcy Court
## Western District of Louisiana

In re  **LTAC Hospital of Louisiana, LLC**                        Case No. **17-50808**
                                        Debtor(s)                 Chapter  **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LTAC Hospital of Louisiana, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for   **LTAC Hospital of Louisiana, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

| | | | |
|---|---|---|---|
| In re | **Houma - AMG Specialty Hospital, LLC** | Case No. | **17-50809** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Houma - AMG Specialty Hospital, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for **Houma - AMG Specialty Hospital, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

In re   **LTAC Hospital of Edmond, LLC**                                  Case No.   **17-50810**
                                               Debtor(s)                  Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LTAC Hospital of Edmond, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for   **LTAC Hospital of Edmond, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

In re   LTAC Hospital of Wichita, LLC                                  Case No.   **17-50811**
                                  Debtor(s)                            Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LTAC Hospital of Wichita, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for   **LTAC Hospital of Wichita, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

# United States Bankruptcy Court
## Western District of Louisiana

| | | | |
|---|---|---|---|
| In re | **AMG Realty I, LLC** | Case No. | **17-50812** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AMG Realty I, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for **AMG Realty I, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  CHFG Albuquerque, LLC   Case No. **17-50813**
Debtor(s)  Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **CHFG Albuquerque, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2017**  /s/ Bradley L. Drell
Date  **Bradley L. Drell 24387 - LA**
Signature of Attorney or Litigant
Counsel for  **CHFG Albuquerque, LLC**
**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re  **AMG Realty Youngsville, LLC**                     Case No.  **17-50814**
Debtor(s)                                                  Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **AMG Realty Youngsville, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2017** | **/s/ Bradley L. Drell** |
| Date | **Bradley L. Drell 24387 - LA** |
| | Signature of Attorney or Litigant |
| | Counsel for  **AMG Realty Youngsville, LLC** |
| | **Gold, Weems, Bruser, Sues & Rundell** |
| | **POB 6118** |
| | **Alexandria, LA 71307-6118** |
| | **(318)445-6471 Fax:(318)445-6476** |