## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
## BY MANAGER OF AMG HOSPITAL COMPANY II, LLC,
## A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **AMG Hospital Company II, LLC**, and all Members and Managers of **AMG Hospital Company II, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **AMG Hospital Company II, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF AMG HOSPITAL COMPANY, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **AMG Hospital Company, LLC**, and all Members and Managers of **AMG Hospital Company, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **AMG Hospital Company, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF AMG REALTY I, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **AMG Realty I, LLC**, and all Members and Managers of **AMG Realty I, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **AMG Realty I, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

### COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
### BY MANAGER OF AMG REALTY YOUNGSVILLE, LLC,
### A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **AMG Realty Youngsville, LLC**, and all Members and Managers of **AMG Realty Youngsville, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **AMG Realty Youngsville, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF CENTRAL INDIANA - AMG SPECIALTY HOSPITAL, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Central Indiana - AMG Specialty Hospital, LLC**, and all Members and Managers of **Central Indiana - AMG Specialty Hospital, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Central Indiana - AMG Specialty Hospital, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
## BY MANAGER OF CHFG ALBUQUERQUE, LLC,
## A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **CHFG Albuquerque, LLC**, and all Members and Managers of **CHFG Albuquerque, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **CHFG Albuquerque, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
## BY MANAGER OF HOUMA - AMG SPECIALTY HOSPITAL, LLC,
## A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Houma - AMG Specialty Hospital, LLC**, and all Members and Managers of **Houma - AMG Specialty Hospital, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Houma - AMG Specialty Hospital, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
## BY MANAGER OF LAS VEGAS - AMG SPECIALTY HOSPITAL, LLC,
## A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Las Vegas - AMG Specialty Hospital, LLC**, and all Members and Managers of **Las Vegas - AMG Specialty Hospital, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Las Vegas - AMG Specialty Hospital, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF LTAC HOSPITAL OF EDMOND, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **LTAC Hospital of Edmond, LLC**, and all Members and Managers of **LTAC Hospital of Edmond, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **LTAC Hospital of Edmond, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF LTAC HOSPITAL OF GREENWOOD, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **LTAC Hospital of Greenwood, LLC**, and all Members and Managers of **LTAC Hospital of Greenwood, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **LTAC Hospital of Greenwood, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF LTAC HOSPITAL OF LOUISIANA - DENHAM SPRINGS, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **LTAC Hospital of Louisiana - Denham Springs, LLC**, and all Members and Managers of **LTAC Hospital of Louisiana - Denham Springs, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **LTAC Hospital of Louisiana - Denham Springs, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF LTAC HOSPITAL OF WICHITA, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **LTAC Hospital of Wichita, LLC**, and all Members and Managers of **LTAC Hospital of Wichita, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **LTAC Hospital of Wichita, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY
## BY MANAGER OF LTAC OF LOUISIANA, LLC,
## A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **LTAC of Louisiana, LLC**, and all Members and Managers of **LTAC of Louisiana, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **LTAC of Louisiana, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF TULSA - AMG SPECIALTY HOSPITAL, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Tulsa - AMG Specialty Hospital, LLC**, and all Members and Managers of **Tulsa - AMG Specialty Hospital, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Tulsa - AMG Specialty Hospital, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF ACADIANA MANAGEMENT GROUP, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Acadiana Management Group, LLC**, and all Members and Managers of **Acadiana Management Group, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Acadiana Management Group, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*

## COMBINED RESOLUTION AND CERTIFICATE OF AUTHORITY BY MANAGER OF ALBUQUERQUE - AMG SPECIALTY HOSPITAL, LLC, A LIMITED LIABILITY COMPANY

The undersigned, August J. Rantz, IV, hereby certifies that he is the duly acting Manager of **Albuquerque - AMG Specialty Hospital, LLC**, and all Members and Managers of **Albuquerque - AMG Specialty Hospital, LLC**, agree that the entity shall petition the U.S. Bankruptcy Court, Western District of Louisiana, for relief under Chapter 11, Title 11 of the United States Code, and hereby retains the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC, as counsel to the debtor and debtor in possession in the case.

All Members and Managers of **Albuquerque - AMG Specialty Hospital, LLC**, consented to this Resolution, and as Manager, hereby certify pursuant to the Company's Operating Agreement that I am authorized to make this certificate.

Thus done and signed on the 28th day of June, 2017.

_____
August J. Rantz, IV, *Manager*