

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

17-50799 Acadiana Management Group, LLC, et al    Chapter: 11

(1) Emergency Motion to Use Cash Collateral and for Final Order After a Final Hearing on the Use of Cash Collateral filed by DIP

(2) Emergency Motion Authorizing (i) Continued Use of Existing Business Forms and Records; (ii) Maintenance of Existing Corporate Bank Accounts and Cash Management System; and (iii) Waiving Requirements of 11 U.S.C. § 345 filed by DIP

(3) Emergency Motion for Entry of Order Authorizing Debtors to Pay Obligations Under Prepetition Insurance Policies; Renew, Supplement, Modify, or Purchase Insurance Coverage; and Honor the Terms of the Insurance Financing Agreements and Pay Premiums Thereunder filed by DIP

(4) Emergency Motion of the Debtor Pursuant to Section 105(a) of the Bankruptcy Code for Authorization to Pay Pre-Petition Claims of Critical Vendors filed by DIP

(5) Emergency Motion for Authority to Pay Prepetition Employee Wages, Compensation, and Employee Wages filed by DIP

(6) Emergency Motion for an Interim Order (a) Determining Adequate Assurance of Payment for Debtors' Utility Services, and (b) Restraining Utilities from Altering, Disconnecting or Refusing the Debtors Service, and (c) Scheduling a Final Hearing on the Interim Relief Sought Herein filed by DIP

APPEARANCES:

Bradley L. Drell & Gene Taylor representing DIP
Rudy Cerone & Sarah Edwards for Bank of Oklahoma
Tim Lupinacci and Lacey Rochester for CHCT Louisiana

RULING: (1) Motion is granted on an interim basis. Additional interim hearing will be held on July 11, 2017 and final hearing will be held on August 8, 2017.

(2) Motion is granted.

(3) Motion is granted.

(4) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.

(5) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.

(6) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.


**ORDER TO BE PREPARED BY:** Parties



Date: June 27, 2017