

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

17-50799 Acadiana Management Group, LLC, et al    Chapter: 11

(1)   Emergency Motion to Use Cash Collateral and for Final Order
      After a Final Hearing on the Use of Cash Collateral filed by
      DIP

(2)   Emergency Motion Authorizing (i) Continued Use of Existing
      Business Forms and Records; (ii) Maintenance of Existing
      Corporate Bank Accounts and Cash Management System; and
      (iii) Waiving Requirements of 11 U.S.C. § 345 filed by DIP

(3)   Emergency Motion for Entry of Order Authorizing Debtors to
      Pay Obligations Under Prepetition Insurance Policies; Renew,
      Supplement, Modify, or Purchase Insurance Coverage; and
      Honor the Terms of the Insurance Financing Agreements and
      Pay Premiums Thereunder filed by DIP

(4)   Emergency Motion of the Debtor Pursuant to Section 105(a) of
      the Bankruptcy Code for Authorization to Pay Pre-Petition
      Claims of Critical Vendors filed by DIP

(5)   Emergency Motion for Authority to Pay Prepetition Employee
      Wages, Compensation, and Employee Wages filed by DIP

(6)   Emergency Motion for an Interim Order (a) Determining
      Adequate Assurance of Payment for Debtors' Utility Services,
      and (b) Restraining Utilities from Altering, Disconnecting
      or Refusing the Debtors Service, and (c) Scheduling a Final
      Hearing on the Interim Relief Sought Herein filed by DIP

APPEARANCES:

Bradley L. Drell & Gene Taylor representing DIP
Rudy Cerone & Sarah Edwards for Bank of Oklahoma
Tim Lupinacci and Lacey Rochester for CHCT Louisiana

RULING: (1) Motion is granted on an interim basis. Additional
interim hearing will be held on July 11, 2017 and final hearing
will be held on August 8, 2017.

(2) Motion is granted.

(3) Motion is granted.

(4) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.

(5) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.

(6) Motion is granted on an interim basis. Final hearing is set for July 25, 2017.

**ORDER TO BE PREPARED BY:** Parties

Date: June 27, 2017