# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

IN RE:

**ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]**   **CASE NO. 17-50799**

        DEBTORS   **CHAPTER 11**

## MOTION TO ALLOW PAYMENT OF MANAGEMENT GROUP FEES TO ACADIANA MANAGEMENT GROUP, LLC

**NOW INTO COURT**, through undersigned counsel, come Albuquerque - AMG Specialty Hospital, L.L.C., Central Indiana - AMG Specialty Hospital, L.L.C., Tulsa - AMG Specialty Hospital, L.L.C., LTAC Hospital of Louisiana - Denham Springs, L.L.C., Las Vegas - AMG Specialty Hospital, L.L.C.,, LTAC of Louisiana, L.L.C., Houma - AMG Specialty Hospital, L.L.C., LTAC Hospital of Edmond, L.L.C., LTAC Hospital of Wichita, L.L.C., and LTAC Hospital of Greenwood, L.L.C. (collectively, the "Movants"), pursuant to 11 U.S.C. §§ 105, 363 and Local Bankruptcy Rule 2016-2(B) prays for an entry of interim and final orders authorizing the Movants to pay management fees in accordance with pre-petition practice to Acadiana Management Group, LLC ("AMG"), and respectfully represent as follows:

### JURISDICTION

1.

This Court has jurisdiction over the instant Chapter 11 cases and this Motion pursuant to 28

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

U.S.C. §§ 157 and 1334. This Motion is a core proceeding as defined in 28 U.S.C. §157(b)(2).

**BACKGROUND**

2.

On June 23, 2017 ("Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to Bankruptcy Code §§1107 and 1108. No trustee or examiner has been appointed, and no unsecured creditors' committee has been established.

3.

Pre-petition, AMG provided billing, accounts payable, management, oversight, legal, financial, accounting, and other services pursuant to management agreements with each of the individual debtors which operate long term acute care hospitals across the country. An exemplar of said agreement is attached hereto as Exhibit A.

4.

While the fees to be paid to AMG vary as to the percentages for management and billing services, the total compensation in all of the agreements is 9% of revenue collected.

5.

Without the services of AMG the hospitals would be unable to operate, as bills would not be paid, receivables would not be collected, and the legal and oversight functions provided by AMG would cease inasmuch as AMG's employees would not be paid and no one would be able to perform these functions at or for the individual hospitals.

6.

The Movants would show that outside medical billing companies charge between 4 and 14 %

for billing services alone. Given the extensive back office support given to each of the AMG hospitals, AMG's fees are well within the market range and the services provided are currently indispensable to the operations of all the debtors.

## RELIEF REQUESTED

7.

Through the motion, the debtors, and specifically the Movants to this motion, seek the Court's authorization pursuant to § 363 of the Bankruptcy Code and Local Bankruptcy Rule 2016-2(B) for authorization to pay the 9% management fee to AMG, to allow the debtors' hospitals to continue to operate as they did pre-petition.

8.

Moreover, despite initial objection announced in open Court, BOKF, NA dba Bank of Oklahoma, on its own account and as administrative agent for Eastman National Bank, NBC Oklahoma, and Trustmark National Bank consent to the entry on an interim basis for payment of the management fees without a hearing, with an interim hearing to be set to confirm or revoke said compensation requested to be held on July 11, 2017 at 10:00 a.m. and a final hearing to be determined at the interim hearing.

9.

BOKF, NA's consent to this motion is premised on AMG using the collected management fees in accordance with this Court's cash collateral order and attached budget which will be entered shortly.

**WHEREFORE**, the Movants pray that this Court, on an exparte basis with an interim hearing to confirm or revoke the relief granted in the exparte order on July 11, 2017 at 10:00 a.m., allow the Movants to pay management fees to Acadiana Management Group, LLC up to 9% of revenue collected, and that this Court set a final hearing to confirm or revoke the authorization for said

payment, and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 3rd day of July, 2017.

Respectfully submitted,

**GOLD, WEEMS. BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll # 29967)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**

UNITED STATES BANKRUPTCY Court
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]  CASE NO. 17-50799

DEBTOR  CHAPTER 11

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Motion to Allow Payment of Management Group Fees to Acadiana Management Group, LLC* on the following:

1. Office of the United States Trustee, Gail McCulloch, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101; and

2. BOKF, NA dba Bank of Oklahoma, Rudy J. Cerone and Sarah Edwards, McGlinchey Stafford, PLLC, 601 Poydras Street, 12th Floor, New Orleans, LA 70130.

Alexandria, Louisiana, this 3rd day of July, 2017.

                                          /s/Bradley L. Drell
                                           OF COUNSEL

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814