UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
    ACADIANA MANAGEMENT GROUP, L.L.C., et al.[1]    Case No. 17-50799
    (Debtors)    Chapter 11
    Jointly Administered

NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

COMES NOW Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, through undersigned counsel, and pursuant to 11 U.S.C. §§1102(a) and 1102(b)(1) hereby gives notice that the following unsecured creditors of the above-named debtors are among those holding unsecured claims and are willing to serve and, therefore, are appointed to serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. §1103.

The committee members' names are listed on Attachment "A" which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment "A" as well as the parties listed on the Certificate of Service.

    Respectfully submitted,

    HENRY G. HOBBS, JR.
    Acting United States Trustee
    Region 5, Judicial Districts
    of Louisiana and Mississippi

    By:/s/ Gail Bowen McCulloch
    GAIL BOWEN McCULLOCH

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., CaseNo. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814.

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

# ATTACHMENT A

## MEMBERS OF UNSECURED CREDITORS' COMMITTEE

**INTERIM CHAIR:**
Medline Industries, Inc.
Shane Reed
Three Lakes Drive
Northfield, IL 60093
262-367-7501 x2252
sreed@medline.com

Accountable Healthcare Staffing
Lamar Starling
999 Yamato Road, Suite 210
Boca Raton, FL 33431

CHCT Louisiana, LLC
Page Barnes (Tim Lupinacci)
3326 Aspen Grove Drive, Suite 150
Franklin, TN 37067

Rehabilitation Hospital of Acadiana LLC
James Morgan (Steffes)
4018 Old Jeanerette Road
New Iberia, LA 70563

Stability Biologics LLC
Brian Martin
2910 Poston Avenue
Nashville, TN 37203

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing *NOTICE OF APPOINTMENT OF UNSECURED COMMITTEE* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

Acadiana Management Group, LLC
101 LaRue France, Suite, 500
Lafayette, LA 70508

Bradley L. Drell
Heather M. Mathews
B. Gene Taylor, III
Gold Weems, Bruser, Sues & Rundell
P.O. Box 6118
Alexandria, LA 71307-6118

*Committee Members:*

**INTERIM CHAIR:**
Medline Industries, Inc.
Shane Reed
Three Lakes Drive
Northfield, IL 60093
262-367-7501 x2252
sreed@medline.com

Accountable Healthcare Staffing
Lamar Starling
999 Yamato Road, Suite 210
Boca Raton, FL 33431

CHCT Louisiana, LLC
Page Barnes (Tim Lupinacci)
3326 Aspen Grove Drive, Suite 150
Franklin, TN 37067

Rehabilitation Hospital of Acadiana LLC
James Morgan (Steffes)
4018 Old Jeanerette Road
New Iberia, LA 70563

Stability Biologics LLC
Brian Martin
2910 Poston Avenue
Nashville, TN 37203

*Special Notice Requests:*

Robert M. Hirsh
Jordana L. Renert
Arent Fox, LLP
1675 Broadway
New York, NY 10019

Bartley P. Bourgeois
Bartley Bourgeois/Cohn Law
10754 Linkwood Court, Ste. 1
Baton Rouge, LA 70810

Rudy J. Cerone
Sara E. Edwards
McGlinchey, Stafford, Mintz
601 Poydras Street, 12th Floor
New Orleans, LA 70130

Jan Marie Hayden
Lacey E. Rochester
Baker Donelson
201 St Charles Avenue, 36th Floor
New Orleans, LA 70170

Timothy M. Lupinacci
420 20th Street North, Suite 1400
Birmingham, AL 35203

Darryl T. Landwehr
1010 Common Street, Suite 1710
New Orleans, LA 70112

Alan H. Goodman
Poydras Street, Suite 1500
New Orleans, LA 70112-4004

Matt D. McConnell
McConnell Law Offices
P.O. Box 52024
Lafayette, LA 70505

Michael F. Holbein
Frank N. White
Arnall Golden Gregory, LLP
171 17th Street NW, Suite 210
Atlanta, GA 30363-1031

Amy Pritchard Williams
Troutman Sanders, LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202

*20 Largest Unsecured Creditors:*

BOKF, NA, dba Bank of Oklahoma
ATTN: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73103

Capitol Hill Consulting Group
499 South Capital Street, SW
Suite 608
Washington, DC 20003

CHCT Louisiana, LLC
345 Cool Springs Blvd.
Franklin, TN 37607

Computer Configuration Services
3002 Dow Ave., Suite 402
Tustin, CA 92780

Eastman National Bank
c/o BOKF NA dba Bank of Oklahoma
ATTN: Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Health Care Software, Inc.
P.O. Box 2430
Farmingdale, NJ 07727

KCI USA
P.O. Box 301557
Dallas, TX 75303-1557

NBC Oklahoma
c/o BOKF NA dba Bank of Oklahoma
ATTN:  Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Pricewaterhouse Coopers, LLP
P.O. Box 952282
Dallas, TX 75395-2282

Prista Corporation
3702 Eldndenin Court
Austin, TX 78732

R&H Lear 60, LLC
4229 Hwy 357
Opelousas, LA 70570

Trustmark National Bank
c/o BOKF NA dba Bank of Oklahoma
ATTN:  Brian Warden
9250 North May Ave.
Oklahoma City, OK 73102

Acadian Ambulance
P.O. Box 92970
Lafayette, LA 70509-2970

ACell, Inc.
P.O. Box 347766
Pittsburgh, PA 15251-47866

Centurion Medical Products
P.O. Box 842816
Boston, MA 02284-2816

Houma Healthcare Properties, LLC
P.O. Box 1457
Hammond, LA 70404

Institutional Pharmacies of LA
106 Abigayle's Row
Scott, LA 70583

Interstate Capital Corporation
P.O. Box 915183
Dallas, TX 75391-5183

Otis Elevator Company
P.O. Box 730400
Dallas, TX 75373-0400

Terrebonne General Medical Center
8166 Main Street
P.O. Box 6037
Houma, LA 70361

Trane U.S. Inc.
P.O. Box 845053
Dallas, TX 75284-5050

Diagnostic Mobile XRay, Inc.
P.O. Box 3637
Edmond, OK 73083

Mercy Hospital OK City-Radiology
ATTN: Karen Cicerelli
645 Mary Ville Centre Drive, Ste. 100
St. Louis, MO 63141

Mercy Hospital Oklahoma City
P.O. Box 505017
St. Louis, MO 63150-5017

Mercy Specialized Billing Services
P.O. Box 505125
St. Louis, MO 63150-5125

OK Independent Provider Network
15601 Kestral Park Court
Edmond, OK 73013

Stability Biologics
2910 Poston Avenue
Nashville, TN 37203

The Beckerley Group, PLLC
Robert Becklery
4401 Stirrup Lane
Edmond, OK 73034

Zahid Ahmad, MD
c/o Edmond Hospital
1100 E. Ninth Street
Edmond, OK 73034-5705

Advantage Medical Professionals
3340 Severn Ave.
Suite 320
Metairie, LA 70002-7410

ClarkCo, LLC
209 Wwaterford Drive
Lafayette, LA 70508

FMC Dialysis Service
West Lafayette
16343 Collections Center Dr.
Chicago, IL 60693

Lafayette LA Inpatient Services
16343 Collections Center Dr.
Chicago, IL 60693

Our Lady of Lourdes
PP Pt. Financial Services
ATTN: Leisa Kartsimas
4801 Ambassador Caffrey Parkway
Lafayette, LA 70508

Our Lady of Lourdes
RMC-Accounting Department
ATTN: Christina Meche
4801 Ambassador Caffrey Parkway
Lafayette, LA 70508

Affiliated Medical Services Lab
P.O. Box 12127
Wichita, KS 67277-2127

CHFG Wichita, LLC
101 LaRue France
Suite 500
Lafayette, LA 70508

Division of Health Care Finance
ATTN: Ericson Willett
Landon State Office Bldg., Room 900N
900 SW Jackson Street
Topeka, KS 66612-1220

MidWest Vascular Access, LLC
8005 W 110th Street, Suite 210
Overland Park, KS 66210

Olive Tree Banquets
2949 N. Rock Road
Suite 100
Wichita, KS 67226

Phillips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

| | |
|---|---|
| Renal Treatment Centers-West, In<br>P.O. Box 781607<br>Philadelphia, PA 19178-1607 | Vijay Khurana, MD<br>1431 S Bluffview #216<br>Wichita, KS 67218 |
| Unified Services, Inc.<br>555 N. Woodlawn<br>Building 1, Ste. 290<br>Wichita, KS 67208 | Wichita Radiological Group PA<br>551 N. Hillside, Ste. 320<br>Wichita, KS 67214-4926 |
| Date: July 28, 2017 | */s/ G. Sue Newcomer*<br>G. Sue Newcomer<br>Legal Assistant<br>Office of the United States Trustee<br>300 Fannin Street, Suite 3196<br>Shreveport, LA 71101<br>Telephone No. (318) 676-3456 |