**SO ORDERED.**

**SIGNED August 10, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-50799 |
| ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

**ORDER ON MOTION FOR ENTRY OF AN ORDER APPROVING REJECTION OF UNEXPIRED REAL PROPERTY LEASE REGARDING ALBUQUERQUE-AMG SPECIALTY HOSPITAL, LLC**

Considering the foregoing *Motion for Entry of an Order Approving Rejection of Unexpired Real Property Lease Regarding Albuquerque-AMG Specialty Hospital, LLC,*

**IT IS ORDERED** that the Motion is GRANTED allowing Albequerque-AMG Specialty Hospital, LLC's to reject their lease dated April 30, 2012, as amended May 1, 2012, with CHFG

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

Albequerque, LLC, which shall be effective on the date of this order.

**IT IS FURTHER ORDERED** that the rejection of said lease will not affect any real property leases by CHFG Albuquerque, LLC to any third party.

### 

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
    Bradley L. Drell (Bar Roll #24387)
    Heather M. Mathews (Bar Roll # 29967)
    B. Gene Taylor, III (Bar Roll #33407)
    P. O. Box 6118
    Alexandria, LA 71307-6118
    Telephone: (318) 445-6471
    Facsimile: (318) 445-6476
    e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**

and

**McGLINCHEY STAFFORD, PLLC**

By: /s/ Rudy J. Cerone
    Rudy J. Cerone (La. Bar No. 14137)
    Sarah E. Edwards (La. Bar No. 36444)
    601 Poydras Street, 12th Floor
    New Orleans, Louisiana 70130
    Telephone: (504) 586-1200
    Facsimile: (504) 596-2800
    Email: rcerone@mcglinchey.com
    Email: sedwards@mcglinchey.com
**ATTORNEYS FOR BOKF, NA DBA BANK OF OKLAHOMA**