**SO ORDERED.**

**SIGNED September 20, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-50799 |
| ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

### ORDER ON MOTION FOR GENERAL AUTHORITY TO CLOSE THE GREENWOOD FACILITY AND FOR ENTRY OF AN ORDER APPROVING REJECTION OF EQUIPMENT LEASE, OFFICE LEASE AND HOSPITAL LEASE

Considering the foregoing *Motion for General Authority to Close the Greenwood Hospital Facility and for Entry of an Order Approving Rejection of Equipment Lease, Office Lease and Hospital Lease*:

**IT IS FURTHER ORDERED** that the Motion is GRANTED allowing LTAC Hospital of

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

Greenwood, LLC general authority to close its Greenwood Facility, in accordance with the procedures outlined in the Motion.

**IT IS FURTHER ORDERED** that the Motion is GRANTED allowing LTAC Hospital of Greenwood, LLC's rejection of its equipment, office and hospital leases as outlined in the Motion.

###

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
     Bradley L. Drell (Bar Roll #24387)
     Heather M. Mathews (Bar Roll # 29967)
     B. Gene Taylor, III (Bar Roll #33407)
     Chelsea M. Tanner (TX Bar Roll #24102558)
     P. O. Box 6118
     Alexandria, LA 71307-6118
     Telephone: (318) 445-6471
     Facsimile: (318) 445-6476
     e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**