# Acadiana Management Group
# Medical Director Contract Summary

## Albuquerque-AMG

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Infectious Diseases & Internal Medicine (Jeffrey Ross) | 4/1/2012 | Medical Director | 16,783.78 | Yes |
| Gerald Demarest, MD | 12/1/2013 | Wound/Internal Med | 18,000.00 | Yes |
| Sarah L. Baron, M.D. | 9/15/2014 | Internal Medicine | 0.00 | Yes |
| Candy Burkenbine, M.D. | 1/20/2015 | Internal Medicine | 18,300.00 | **REJECT** |
| Chest Medicine of New Mexico (Dorf) | 9/1/2014 | Pulmonary | 700.00 | Yes |
| Mary E. Brennan | 12/2/2016 | Internal Medicine | 0.00 | Yes |
| Pathology Associates of Albuquerque, PA | 2/1/2017 | Lab Director | 0.00 | Yes |

## LTAC Hospital of Louisiana

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Physician Utilities, Inc. (Kitakule) | 9/30/2016 | Pulmonology | 4,000.00 | Yes |
| Jorge Belgodere, M.D. | 9/30/2016 | Internal Medicine | 4,000.00 | Yes |
| Medical Specialist of Acadiana (Cesar Ramirez) | 12/1/2014 | Internal Medicine | 6,000.00 | Yes |
| James Noriega, M.D. | 12/1/2012 | Internal Medicine | 4,000.00 | Yes |
| Frank Courmier, M.D. | 9/1/2014 | Pulmonology | 6,000.00 | Yes |
| Mehandi Haran, M.D. | 2/1/2015 | Pulmonology | 2,000.00 | Yes |
| Kevin Courville, M.D. | 3/1/2015 | Cardiology | 10,000.00 | Yes |
| ClarkCo, LLC (Dr. Rod Clark) | 6/15/2015 | Nephrology | 15,000.00 | Yes |
| Justin Ardoin, M.D. | 11/1/2015 | Pulmonology | 2,000.00 | Yes |
| Kenneth Spiller, M.D. | 9/12/2014 | Internal Medicine | 6,000.00 | Yes |

## Houma-AMG Specialty Hospital

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Gregory Miadoh, M.D. | 3/1/2008 | Internal Medicine | 5,000.00 | Yes |
| Russell Henry, M.D. | 10/1/2012 | Internal Medicine | 7,400.00 | Yes |
| Raja Talluri, M.D. | 5/1/2014 | Internal Medicine | 15,000.00 | Yes |
| Eric Jukes, MD | 3/16/2017 | Surgery | 2,400.00 | Yes |

## LTAC Hospital of Edmond

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Timothy L. Grode, M.D. | 7/1/2013 | Pulmonary Dir. | 18,215.34 | Yes |
| The Beckerley Group, PLLC | 4/1/2017 | Internal Medicine | 24,650.00 | Yes |
| Saquib Sheikh, M.D. | 4/1/2017 | Internal Medicine | 0.00 | Yes |
| Brian Levy, M.D. | 6/1/2017 | QA/UR-Int Med | 14,600.00 | Yes |
| Zahid Ahmad, M.D. | 5/1/2013 | Nephrology | 17,500.00 | Yes |
| John Chiaffitelli, D.O. | 10/1/2014 | Urgent Care | 1,575.00 | **REJECT** |
| OK Independent Provider Network, LLC | 11/30/2015 | Urgent Care | 251,720.00 | **REJECT** |
| Chris Martin, M.D. | 8/22/2014 | Urgent Care | 4,400.00 | Yes |
| Baolien Tu, M.D. | 9/1/2016 | Wound Care | 6,650.00 | Yes |
| University of OK Health Sciences Center (Crowely) | 5/1/2016 | Nephrology | 0.00 | Yes |
| Mercy Clinic OK Communities, Inc. (Tawk) | 10/15/2015 | Medical Director | 11,300.19 | Yes |
| Lorraine T. Wilson, MD, PC | 9/1/2016 | Nephrology | 7,500.00 | Yes |

EXHIBIT A

# Acadiana Management Group
# Medical Director Contract Summary

## LTAC Hospital of Wichita

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Vijay Khurana, M.D. | 2/1/2014 | Internal Medicine | 17,500.00 | **REJECT** |
| IDC LLC (Hartman) | 10/1/2015 | Infectious Disease | 4,000.00 | **REJECT** |
| Wichita Nephrology Group (Moussa) | 10/14/2013 | Nephrology | 0.00 | **REJECT** |
| MidWest Surgical (Jace Hyder, MD) | 6/9/2016 | Surgery | 2,250.00 | **REJECT** |
| Premier Hospitalists of Kansas | 10/1/2014 | Internal Medicine | 12,850.00 | **REJECT** |
| Pulmonary and Sleep Consultants of Kansas | 7/1/2011 | Pulmonology | 16,360.00 | **REJECT** |

## Central Indiana-AMG Specialty Hospital

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Indiana Univ. Health Ball Memorial Physicians, Inc. | 1/1/2015 | Pulmonary | 7,133.00 | Yes |
| Anthony Dowell, M.D. | 2/1/2014 | Internal Medicine | 11,301.20 | **REJECT** |
| IU Ball (Stewart) | 1/1/2013 | Wound Care | 19,800.00 | Yes |
| Jack Feliciano, M.D., Inc. | 5/1/2014 | Internal Medicine | 4,500.00 | Yes |
| Ravi Sarin, M.D. | 8/1/2012 | Internal Medicine | 14,500.00 | Yes |
| Sri K. Vasireddy, M.D | 1/1/2015 | Internal Medicine | 5,472.50 | Yes |
| Ahmed Behery, M.D. | 1/1/2016 | Internal Medicine | 7,951.75 | Yes |
| Indiana Nephrology & Internal Medicine, PC | 10/1/2014 | Nephrology/Int Med | 7,500.00 | Yes |
| Hancock Physicians Network | 6/25/2016 | Multi-Specialty | 99,219.00 | Yes |

## Tulsa-AMG Specialty Hospital

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Visha Aggarwal, MD | 9/1/2013 | Geriatrics | 42,000.00 | **REJECT** |
| Pulmonary Medicine Associates, Inc. | 3/1/2014 | Pulmonology | 77,500.00 | **REJECT** |
| Tulsa Vein Institute | | Wound Care | 14,503.41 | **REJECT** |
| Z.S. Medical Services (Sous) | 3/1/2014 | Urgent Care | 144,858.00 | **REJECT** |
| ID Consultants, PLLC | 8/1/2015 | Infectious Disease | 2,250.00 | **REJECT** |
| James Higgins, M.D. | 10/28/2015 | Cardiology | 440.00 | **REJECT** |
| Ziad Sous, M.D. | | Internal Medicine | 17,500.00 | **REJECT** |

## Las Vegas-AMG Specialty Hospital

| PHYSICIAN | EFF DATE | SPECIALITY | Pre-Petition Balance | ACCEPT |
|---|---|---|---|---|
| Anthony Pollard, D.O. | 4/1/2002 | Internal Med | 8,000.00 | Yes |
| Nawaz A. Qureshi, M.D. | 1/2/2015 | Pulmonology | 4,000.00 | Yes |
| Eugene Porreca, M.D. | 1/1/2016 | Wound Care | 3,000.00 | Yes |
| Ming Wei Wu, D.O. | 3/1/2016 | Wound Care | 3,750.00 | Yes |