UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:     CASE NO. 17-50799

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1]     CHAPTER 11

DEBTORS     JOINTLY ADMINISTERED

## MOTION TO REJECT PHYSICIAN CONTRACTS

**NOW INTO COURT**, through the undersigned counsel, comes LTAC Hospital of Wichita, LLC ("Debtor"), who moves the Court for entry of an order approving the rejection of physician contracts, and respectfully represents:

1.

This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The legal predicates for relief requested herein are 11 U.S.C. § 365 and Bankruptcy Rule 6006.

2.

On June 23, 2017, Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108. The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

Rules of Bankruptcy Procedure. An official committee of unsecured creditors has been appointed and has retained counsel in the Chapter 11 cases. No trustee or examiner has been requested or appointed in the Chapter 11 cases.

3.

Debtor, LTAC Hospital of Wichita, LLC, is a party to certain pre-petition physician contracts. *See* Exhibit "A" Medical Director Contract Summary.

4.

The said physician contracts, including each effective date of such contract is as follows:

a) Dr.Vijay Khurana (2/1/2014)
b) IDC, LLC (10/1/2015)
c) Wichita Nephrology Group (10/14/2013)
d) Midwest Surgical, Dr. Jace Hyder (6/9/2016)
e) Premier Hospitalists of Kansas (10/1/2014)
f) Pulmonary and Sleep Consultants of Kansas (7/1/2011)

*See* Exhibit "A"

5.

Debtor shows that pursuant to the Motion for General Authority to Close the Wichita Facility and for Entry of an Order Approving Rejection of Associated Leases filed in these proceedings and incorporated herein by reference, that Debtor wishes to close its Wichita facility located at 8080 E. Pawnee Street, Wichita, Kansas 67207. The Wichita facility has suffered from three significant resignations from key leadership personnel this year, which have left the hospital unable to maintain its normal operations. Consequently, the Wichita facility has been steadily losing money and it is no longer profitable to continue its operation. In October of 2017 alone, the facility lost $87,563.00. The forecasted losses for the remainder of the year are $111,917.00, before payment of professional fees and Medline fees. As such, Debtor wishes to close the facility as soon as possible to mitigate further

loss. For the reasons stated herein, the continuation of Debtor's operations at this location are no longer profitable and the closure of this facility would be in the best interest of Debtor and the estate.

6.

In connection with the closing of its Wichita facility, Debtor wishes to reject the associated physician contracts described herein and above. *See* Exhibit "A."

7.

11 U.S.C. § 365(a) provides that a debtor in possession, subject to the Court's approval, may assume or reject any executory contract or unexpired lease. A debtor's decision to assume or reject an executory contract is governed by the "business judgment" standard. *See In re Beare*, 1771 BR 879 (Bankr. W.D. Tenn. 1994); *In re Bradlee Stores, Inc.*, 194 BR 555 (S.D.N.Y. 1996); *In re National Sugar Refining Co.*, 26 B.R. 765 (Bankr. S.D.N.Y. 1983). Courts generally do not second guess a debtor's business judgment, unless so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim or caprice. *See In re Wheeling-Pittsburg Steel Corp.*, 72 BR 845, 849 (Bankr. W.D. Pa. 1987). Instead, "courts accord the debtor's business judgment a great amount of deference since the decision to assume or reject an executory contract is an administrative not a judicial matter." *Id.*

8.

Debtor has satisfied the business judgment standard for rejection of the above described physician contracts and rejection of the contracts is in the best interest of the Debtor and its creditors.

9.

Pursuant to Federal Rule of Bankruptcy Procedure 6006(c), notice of this motion shall be given to the other party of the contracts at issue, and to the Office of the United States Trustee. Given the nature of the relief requested and Federal Rule of Bankruptcy Procedure 6006(c), the

Debtor submits that no further notice is necessary.

**WHEREFORE**, the Debtor, LTAC Hospital of Wichita, LLC, respectfully requests that the Court enter an order approving LTAC Hospital of Wichita, LLC's rejection of the physician contracts listed herein, and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 22nd day of November, 2017.

Respectfully submitted,

**GOLD, WEEMS. BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll # 29967)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: CASE NO. 17-50799

ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1] CHAPTER 11

DEBTORS JOINTLY ADMINISTERED

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Motion to Reject Physician Contracts* on the following:

1. Office of the United States Trustee, Gail McCulloch, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101;

2. Dr. Vijay Khurana, 1431 S. Bluffview, Suite 216, Wichita, Kansas 67218;

3. IDC, LLC, 1100 N. St. Francis, Suite 130, Wichita, Kansas 67214;

4. Wichita Nephrology Group, 818 N. Emporia, Suite 310, Wichita, Kansas 67214;

5. Midwest Surgical, Dr. Jace Hyder, 1431 S. Bluffview, Suite 210, Wichita, Kansas 67218;

6. Premier Hospitalists of Kansas, PO Box 20077, Wichita, Kansas 67208; BD Registered Agent Inc., 301 N. Main St. Suite 600, Wichita, KS 67202; and

7. Pulmonary and Sleep Consultants of Kansas, Attn: Dr. John Flesher, 848 N. St. Francis, Suite 2945, Wichita, Kansas 67214,

by placing a copy of same in the U. S. Mail, properly addressed, with prepaid postage affixed.

---

[1]AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

Alexandria, Louisiana, this 22nd day of November, 2017.

                                      **/s/Bradley L. Drell**
                                            OF COUNSEL