UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1] | CASE NO. 17-50799 |
| DEBTORS | JOINTLY ADMINISTERED |

**LIMITED OBJECTION TO MOTION FOR GENERAL AUTHORITY
TO CLOSE THE TULSA FACILITY AND FOR ENTRY OF AN
ORDER APPROVING REJECTION OF ASSOCIATED LEASES**

**NOW INTO COURT**, through undersigned counsel, comes First American Commercial Bancorp., Inc. as Lessor and as agent for Signature Financial, LLC and MB Financial Bank, N.A. and doing business as First American Equipment Finance ("*First American*"), and files this limited objection to the *Motion for General Authority to Close the Tulsa Facility and for Entry of an Order Approving Rejection of Associates Leases* (Docket No. 514) (the "*Motion*").

The Motion seeks approval of the rejection of certain property and equipment leases including two (2) alleged leases of equipment allegedly located at the Tulsa Facility. Specifically, the Motion identifies the Master Lease Agreement (Exhibit C to the Motion), and Equipment Schedules Nos. 05 and 06 (respectively, Exhibits D and E to the Motion) as one or more of the leases to be rejected. *See* Motion at Paragraph 9 and Exhibits C, D, and E.

Undersigned counsel contacted counsel for the Debtor immediately following the filing of the Motion. Counsel for the Debtor represented that the references to the First American

---

[1] AMG Hospital Company, LLC., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No.: 17-50801; Albuquerque – AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana – AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa – AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana Denham Springs, L.L.C., Case No. 17-50805; Las Vegas – AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C. Case No. 17-50808; Houma – AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814.

1

Master Lease Agreement and Equipment Schedules 05 and 06 in the Motion were erroneous and that the proposed order regarding the Motion would not include authorization to reject same. However, First American submits this Limited Objection out of an abundance of caution, and First American does not oppose any other relief sought in the Motion.

Respectfully Submitted,

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | */s/ Christopher T. Caplinger*<br>CHRISTOPHER T. CAPLINGER (#25357)<br>JOSEPH P. BRIGGETT (#33029)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>Email: ccaplinger@lawla.com<br>jbriggett@lawla.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all parties appearing herein through the Court's CM/ECF notification system listed below on this 27th day of November 2017.

Steven E. Adams on behalf of Creditor   Louisiana Department of Health: sea2334@yahoo.com
Bartley P. Bourgeois on behalf of Creditor   Amite Psychiatric Services, LLC: bartley@thecohnlawfirm.com, contact@thecohnlawfirm.com
Christopher T. Caplinger on behalf of Interested Party   First American Commerical Bancorp: ccaplinger@lawla.com, mlopez@lawla.com
Rudy J. Cerone on behalf of Creditor   Bank of Oklahoma, NA: rcerone@mcglinchey.com, lgraff@mcglinchey.com
Harold L. Domingue, Jr. on behalf of Creditor   Houma Healthcare Properties, LLC: hdomingue@bellsouth.net
Bradley L. Drell on behalf of Debtor   AMG Hospital Company II, LLC: bdrell@goldweems.com, ddrago@goldweems.com;slouviere@goldweems.com
Sarah E. Edwards on behalf of Creditor   Bank of Oklahoma, NA: sedwards@mcglinchey.com, lgraff@mcglinchey.com
Elizabeth J. Futrell on behalf of Creditor   Indiana University Health Ball Memorial Hospital, Inc.: efutrell@joneswalker.com, mmontiville@joneswalker.com
Alan H. Goodman on behalf of Creditor   Mercy Hospital Oklahoma City, Inc.: alan.goodman@bswllp.com, kathy.moore@bswllp.com

Susan N. Goodman on behalf of Consumer Privacy Ombudsman Susan N Goodman: sgoodman@mcrazlaw.com, ecfbk@mcrazlaw.com; doesterle@mcrazlaw.com

Jan Marie Hayden on behalf of Creditor CHCT Louisiana, LLC: jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com; lrochester@bakerdonelson.com

Joseph P. Hebert on behalf of Creditor Wells Fargo Equipment Finance Inc.: jphebert@liskow.com

Robert M. Hirsh: robert.hirsh@arentfox.com, jordana.renert@arentfox.com

Patrick Johnson, Jr. on behalf of Creditor Sierra Home Medical Products, Inc.: patrick.johnson@akerman.com

Darryl T. Landwehr on behalf of Creditor Gifted Nurses, LLC: dtlandwehr@cox.net

Timothy M. Lupinacci on behalf of Creditor CHCT Louisiana, LLC: tlupinacci@bakerdonelson.com, dbivins@bakerdonelson.com

Tristan E. Manthey on behalf of Creditor Committee Official Unsecured Creditors Committee: tmanthey@hellerdraper.com, kfritscher@hellerdraper.com; lwright@hellerdraper.com

Heather M. Mathews on behalf of Debtor AMG Hospital Company II, LLC: hmathews@goldweems.com, ddrago@goldweems.com

Matt D. McConnell on behalf of Creditor Rader Solutions Ltd.: matt@mcconnelllawoffices.com

Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee: gail.mcculloch@usdoj.gov

Mark A. Mintz on behalf of Creditor Karen R. Gomez mmintz@joneswalker.com: hstewart@joneswalker.com

Cherie D. Nobles on behalf of Creditor Committee Official Unsecured Creditors Committee: cnobles@hellerdraper.com

William H. Patrick, III on behalf of Creditor Committee Official Unsecured Creditors Committee: wpatrick@hellerdraper.com, lwright@hellerdraper.com; kfritscher@hellerdraper.com

Mike Fowler Pipkin on behalf of Creditor Cardinal Health 110, LLC: mpipkin@weinrad.com, jwitte@weinrad.com;wphillips@weinrad.com

Steven T. Ramos on behalf of Creditor Stephen J. Sere sramos@andrus-boudreaux.com

B. Gene Taylor, III on behalf of Debtor AMG Hospital Company II, LLC: gtaylor@goldweems.com, ddrago@goldweems.com; slouviere@goldweems.com

Office of U. S. Trustee; USTPRegion05.SH.ECF@usdoj.gov

R. Patrick Vance on behalf of Creditor Indiana University Health Ball Memorial Hospital, Inc.: pvance@joneswalker.com

Brent C. Wyatt on behalf of Creditor Sierra Home Medical Products, Inc.: brent.wyatt@akerman.com

                                             */s/ Christopher T. Caplinger*