UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

17-50799 Acadiana Management Group, LLC, ET AL    Chapter: 11

(1)  Motion to Reject Leases or Executory Contracts of Unexpired
     Equipment Lease on behalf of Acadiana Management Group

(2)  First Application for Interim Compensation/Expenses
     Requested for Bradley L. Drell

**APPEARANCES:**

Bradley L. Drell representing DIP
Rudy Cerone for Bank of Oklahoma

**RULING:** (1) Motion is granted.

(2) Application is approved.

**ORDER TO BE PREPARED BY:** Drell

Date:  December 12, 2017