## OWNERSHIP OF DEBTOR-AFFILIATES

A. **Acadiana Management Group, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard. August J. Rantz, IV, and Timothy W. Howard each own 50% of Acadiana Management Group, L.L.C.

B. **AMG Hospital Company, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard. August J. Rantz, IV, and Timothy W. Howard each own 50% of AMG Hospital Company L.L.C.

C. **Albuquerque - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company, L.L.C.

D. **AMG Hospital Company II, L.L.C.** is owned by Rantz IV Enterprises, L.L.C. and Timothy W. Howard. Rantz IV Enterprises, L.L.C. and Timothy W. Howard each own 50% of AMG Hospital Company II, L.L.C.

E. **Central Indiana - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C.

F. **Tulsa - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 99% of Tulsa-AMG Specialty Hospital, L.L.C.

G. **LTAC Hospital of Louisiana - Denham Springs, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 97% of LTAC Hospital of Louisiana - Denham Springs, L.L.C.

H. **Las Vegas - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company II, L.L.C. and a third party. AMG Hospital Company II, L.L.C. owns 99% of Las Vegas - AMG Specialty Hospital, L.L.C.

I. **LTAC Hospital of Greenwood, L.L.C.** is owned by AMG Hospital Company, L.L.C. and a third party. AMG Hospital Company, L.L.C. owns 86.38% of LTAC Hospital of Greenwood, L.L.C.

J. **LTAC of Louisiana, L.L.C.** is owned by August J. Rantz, IV, and Timothy W. Howard.

K. **Houma - AMG Specialty Hospital, L.L.C.** is owned by AMG Hospital Company, L.L.C.

L. **LTAC Hospital of Edmond, L.L.C.** is owned by AMG Hospital Company, L.L.C.

M. **LTAC Hospital of Wichita, L.L.C.** is owned by AMG Hospital Company, L.L.C.

EXHIBIT D

N.  **AMG Realty I, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of AMG Realty I, L.L.C. August J. Rantz, IV, owns 33 1/3% of AMG Realty I, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of AMG Realty I, L.L.C.

O.  **CHFG Albuquerque, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of CHFG Albuquerque, L.L.C. August J. Rantz, IV, owns 33 1/3% of CHFG Albuquerque, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of CHFG Albuquerque, L.L.C.

P.  **AMG Realty Youngsville, L.L.C.** is owned by Timothy W. Howard, August J. Rantz, IV, and Rantz IV Enterprises, L.L.C. Timothy W. Howard owns 50% of AMG Realty Youngsville, L.L.C. August J. Rantz, IV, owns 33 1/3% of AMG Realty Youngsville, L.L.C. Rantz IV Enterprises, L.L.C. owns 16 2/3% of AMG Realty Youngsville, L.L.C.