# Enterprise Valuation of the Debtors, Contributed Non-Debtor Hospitals and NewCo

THE VALUATION INFORMATION CONTAINED HEREIN IS NOT A PREDICTION OR GUARANTEE OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES TO BE ISSEUD PURSUANT TO THE PLAN. THIS VALUATION IS PRESENTED SOELY FOR THE PURPOSE OF PROVIDING ADEQUATE INFORMATION AS REQUIRED BY SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF CLAIMS AGAINST THE DEBTORS.

Solely for purposes of the *Joint Chapter 11 Plan of Reorganization for Acadiana Management Group LLC and its Debtor Affiliates* (the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Acadiana Management Group LLC* ("AMG") *and its Debtor Affiliates* (the "Disclosure Statement"), Stout Risius Ross Advisors LLC ("Stout"), as investment banker and financial advisor to the Debtors, has estimated the total enterprise value (the "Total Enterprise Value") and implied equity value (the "Equity Value") of the Debtors, Contributed Non-Debtor Hospitals and NewCo on a going concern basis and pro forma for the transactions contemplated by the Plan.

In performing these analyses, Stout met with the Debtors' senior management team to discuss the Debtors' operations and future prospects, reviewed the Debtors' operations and future prospects, reviewed the Debtors' and non-Debtors' historical financial information, internal financial and operating data, including the Debtors' Financial Projections (as defined below), and reviewed publicly-available third-party information.

The valuation information set forth in this section represents a valuation of the Debtors, Contributed Non-Debtor Hospitals and NewCo based on the application of standard valuation techniques. The estimated values set forth in this section: (a) do not purport to constitute an appraisal of the assets of the Debtors, Contributed Non-Debtor Hospitals and NewCo; (b) do not constitute an opinion on the terms and provisions or fairness from a financial point of view to any person of the consideration to be received by such person under the Plan; (c) do not constitute a recommendation to any Holder of Allowed Claims as to how such person should vote or otherwise act with respect to the Plan; and (d) do not necessarily reflect the actual market value that might be realized through a sale or liquidation of the Debtors, Contributed Non-Debtor Hospitals and NewCo.

In preparing the estimates set forth below, Stout has relied upon the accuracy, completeness, and fairness of financial and other information furnished by the Debtors. Stout did not attempt to independently audit or verify such information, nor did it perform an independent appraisal of the assets or liabilities of the Debtors, Contributed Non-Debtor Hospitals and NewCo.

The financial forecast for NewCo is attached (the "Financial Projections"). The estimated values set forth herein assume that the Debtors, Contributed Non-Debtor Hospitals and NewCo will achieve their Financial Projections in all material respects. Stout has relied on the Debtors' representation and warranty that the Financial Projections (a) have been prepared in good faith; (b) are based on fully disclosed assumptions, which, in light of the circumstances under which they were made, are reasonable; (c) reflect the Debtors' best currently available estimates; and (d) reflect the good faith judgments of the Debtors. Stout does not offer an opinion as to the attainability of the Financial Projections. As disclosed in the Disclosure Statement, the future results of the Debtors, Contributed Non-Debtor Hospitals and NewCo are dependent upon various factors, many of which are beyond the control or knowledge of the Debtors and Stout, and consequently are inherently difficult to project.

This report contemplates facts and conditions known and existing as of December 8, 2017. Events and conditions subsequent to this date, including updated projections, as well as other factors, could have a substantial effect upon the Total Enterprise Value. Among other things, failure to consummate the Plan in a timely manner may have a materially negative effect on the Total Enterprise Value. For purposes of this valuation, Stout has assumed that no material changes that would affect value will occur between December 8, 2017 and the contemplated Effective Date.

*1. Enterprise Value of the Debtors*

The Debtors include: Albuquerque, Central Indiana, Edmond, Houma, Lafayette, Las Vegas, and AMG Management Company. Stout applied the three valuation methods described below to estimate the Enterprise Value of the Debtors. Among the three methods, Stout applied a heaviest consideration to the Prior Marketing Efforts and Precedent Transactions Analysis methods:

  i. **Prior Marketing Efforts:** The Debtors engaged Stout in August 2017 to assist in pursuing a potential sale of the Company. Stout began its marketing outreach on September 5, 2017, approaching a total of 84 potential buyers, including 52 strategic buyers and 32 financial buyers. The buyers were requested to submit an Indication of Interest ("IOI") by September 29, 2017 (the "Bid Deadline").

  A total of four buyers submitted IOIs. One buyer initially submitted interest in acquiring the Houma hospital at a valuation of $1.3M to $2.3M (2.0x to 3.5x trailing 12 months Adjusted EBITDA as of June 30, 2017); but subsequently backed out of the process upon further site diligence. Another buyer submitted interest in acquiring the Tulsa, Wichita, and Albuquerque hospitals for a combined valuation of $200,000 to $1 million for all three entities. A transaction with this potential buyer would have left behind the hospitals' accounts receivable ("A/R") as of the sale date. A third buyer submitted interest in acquiring the Las Vegas hospital and no indication of value was provided. In addition to also leaving behind the A/R, a fourth buyer submitted interest in acquiring the Edmond hospital for zero cash consideration along with the assumption of certain liabilities. Upon further discussions and diligence, all four buyers dropped out of the process. No potential buyers expressed interest in acquiring all of the Company's hospitals.

  As described above, Stout's Prior Marketing Efforts did not yield final cash bids for the Company, which suggests that the value of the Debtors more closely approximates Net Liquidation Value, which is estimated at $9.7-$11.7 million.

  ii. **Precedent Transactions Analysis:** This method involves estimating the value of a company by examining public and private M&A transactions on an enterprise value basis. Such enterprise values for operating businesses are commonly expressed as multiples of various measures of financial and operating statistics, such as revenue and EBITDA.

  Stout searched for reasonably comparable transactions, specifically those that occurred after the implementation of the recent reimbursement rules/regulatory changes. Stout's search yielded only one such comparable acquisition with reported valuation data, which was CuraHealth's acquisition of 12 long-term acute care hospitals ("LTACHs") from Kindred in October 2016. The reported valuation multiple was 0.13x revenue, and we understand that the hospitals had negative EBITDA at the time of the acquisition. Stout applied a selected multiple range of 0.10-0.15x revenue to the Debtors' trailing 12 months ended September 30, 2017 ("TTM") revenue of $69.2 million, resulting in an implied Enterprise Value range of approximately $6.9-10.4 million.

*iii.* ***Comparable Company Analysis*:** This method involves estimating the value of a company based on a relative comparison with other publicly traded companies with similar operating and financial characteristics. Under this methodology, the enterprise value for each selected public company is determined by examining the trading prices for the equity securities of such company in the public markets and adding the aggregate amount of outstanding net debt for such company (at book value) and minority interest. Such enterprise values are commonly expressed as multiples of various measures of financial and operating statistics, most commonly EBITDA. The total enterprise value of the company is then calculated by applying these multiples to the company's actual and projected financial and operational metrics. The selection of public comparable companies for this purpose was based upon the geographic location, scale, financial performance (operating margins, profitability), capital structure and other characteristics that were deemed relevant.

Stout examined a peer group of eleven public companies, and selected a 3.0x-4.0x TTM EBITDA multiple range as the basis for arriving at an estimated valuation for the Debtors. The selected multiple range represents a significant discount to the Company's most comparable public company, Kindred, by taking into account substantial differences in hospital portfolio diversification, size, and other factors. Applying the selected multiple range to the Debtors' TTM adjusted EBITDA of $2.7 million results in an implied Enterprise Value range of approximately $8.1-10.8 million.

**As summarized below, Stout's estimated range of Enterprise Value of the Debtors is $7.0-10.0 million, with a mid-point value of $8.5 million**.

**Exhibit 1: Enterprise Value of the Debtors**



*2. Value of Contributed Non-Debtor Hospitals*

The Contributed Non-Debtor Hospitals consist of two hospitals – Covington and North Alabama.

    i. **Valuation of Covington:** Stout applied the Precedent Transactions Analysis and Comparable Company Analysis methods described in Section 1 above to derive the valuation for each of the Contributed Non-Debtor Hospitals as detailed below:

        a. *Precedent Transactions Analysis:* Stout applied a selected multiple range of 0.15x-0.30x TTM to Covington's TTM Revenue of $8.8 million, resulting in an implied Enterprise Value range of approximately $1.3-2.6 million. Stout selected this higher multiple range for Covington as compared to the Kindred transaction due to its higher relative profitability.

        b. *Comparable Company Analysis:* Stout applied a selected multiple range of 3.0x-4.0x TTM EBITDA to Covington's TTM adjusted EBITDA of $2.0 million, resulting in an implied Enterprise Value range of approximately $6.0-8.0 million.

    **Stout's estimated range of Enterprise Value for Covington is $3.0-$6.0 million, with a mid-point value of $4.5 million. By subtracting Covington's debt of $1.1 million, the estimated range of Equity Value for 100% of the equity contributed of Covington is $1.9-$4.9 million with a midpoint of $3.4 million.**

    ii. **Valuation of North Alabama:** North Alabama recently launched on December 31, 2015 and generated Revenue of $6.6 million and negative Adjusted EBITDA of $144,000 as of TTM ended September 2017. On a forecast basis, North Alabama is forecasting to generate Revenue of $10.4 million and Adjusted EBITDA of $2.2 million for 2018. Due to North Alabama's start-up nature, Stout applied 2018 forecasted Revenue and Adjusted EBITDA to its valuation methods as follows:

        a. *Precedent Transactions Analysis:* Stout applied a selected multiple range of 0.1x-0.15x to North Alabama's forecasted 2018 Revenue of $10.4 million, resulting in an implied Enterprise Value range of approximately $1.0-1.6 million.

        b. *Comparable Company Analysis:* Stout applied a multiple range of 2.5x-3.5x to North Alabama's forecasted 2018 EBITDA of $2.2 million, resulting in an implied Enterprise Value range of approximately $5.5-7.7 million.

    **Stout's estimated range of Enterprise Value for North Alabama is $2.5-$5.5 million, with a mid-point value of $4.0 million. By subtracting North Alabama's debt in the amount of $1.5 million, the estimated range of value for 100% Equity in North Alabama is $1.0-$4.0 million. Given that AMG owns 50% of this Equity, the Equity value range for of the 50% equity contribution is $0.5-$2.0 million with a midpoint of $1.25 million.**

## September 2017 TTM Financials by Hospital

*$ in Thousands*

| | N. Alabama | Covington | Albuquerque | Central Indiana | Edmond | Houma | Lafayette | Las Vegas | AMG Mgmt Co. | Interco Elims | Consolidated |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Total Revenue** | $6,649 | $8,836 | $10,424 | $14,598 | $16,970 | $11,083 | $8,101 | $7,129 | $8,577 | ($7,717) | $84,649 |
| Total Facility Expenses | 3,564 | 3,135 | 5,084 | 7,393 | 9,161 | 5,946 | 5,701 | 3,717 | - | (6,822) | 36,880 |
| Total Payroll Expenses | 3,758 | 3,777 | 5,291 | 7,048 | 7,844 | 4,879 | 3,450 | 3,577 | 4,940 | (138) | 44,427 |
| Admin Expenses | - | - | - | - | - | - | - | - | 5,139 | - | 5,139 |
| **Total Operating Expenses** | 7,322 | 6,912 | 10,375 | 14,441 | 17,005 | 10,825 | 9,151 | 7,294 | 10,079 | (6,960) | 86,447 |
| **Operating Profit** | (673) | 1,924 | 49 | 157 | (35) | 258 | (1,051) | (165) | (1,502) | (758) | (1,798) |
| Net Other Expenses | 110 | 224 | 1,080 | 695 | 524 | 725 | 320 | 218 | 240 | - | 4,134 |
| **Net Income** | (783) | 1,700 | (1,031) | (538) | (559) | (467) | (1,371) | (383) | (1,743) | (758) | (5,932) |
| Depreciation & Amortization | 9 | 103 | 235 | 618 | 259 | 694 | 462 | 157 | 64 | - | 2,601 |
| Interest Expense | 100 | 104 | 80 | 77 | 265 | 31 | 166 | 61 | 179 | - | 1,063 |
| **EBITDA - Reported** | (673) | 1,907 | (716) | 157 | (35) | 258 | (743) | (165) | (1,500) | (758) | (2,268) |
| EBITDA Adjustments | 529 | 53 | 788 | 72 | 297 | (8) | 1,603 | 45 | 2,641 | - | 6,020 |
| Cost Savings | | | | | | | | | 750 | | 750 |
| **Total Adjustments** | 529 | 53 | 788 | 72 | 297 | (8) | 1,603 | 45 | 3,391 | - | 6,770 |
| **EBITDA - Adjusted** | ($144) | $1,960 | $72 | $229 | $262 | $249 | $860 | ($121) | $1,891 | ($758) | $4,501 |
| *as % of Revenue* | (2.2%) | 22.2% | 0.7% | 1.6% | 1.5% | 2.3% | 10.6% | (1.7%) | 22.0% | 9.8% | 5.3% |

# NewCo Financial Forecast

*$ in Thousands*

| | 2015 | 2016 | Sep 2017 TTM | 2017P | 2018P | 2019P | 2020P | 2021P |
|---|---|---|---|---|---|---|---|---|
| **Forecast Summary** | | | | | | | | |
| **Total Revenue** | $77,546 | $86,283 | $84,649 | $85,244 | $86,538 | $89,660 | $91,005 | $92,370 |
| *% Revenue Growth* | | 11.3% | -1.9% | 0.7% | 1.5% | 3.6% | 1.5% | 1.5% |
| Total Facility Expenses | 32,240 | 37,226 | 36,880 | 34,818 | 34,530 | 34,264 | 34,687 | 35,114 |
| Total Payroll Expenses | 38,212 | 44,724 | 44,427 | 42,864 | 42,171 | 41,868 | 42,421 | 42,983 |
| Admin Expenses | 4,342 | 3,814 | 5,139 | 3,765 | 3,522 | 3,563 | 3,590 | 3,617 |
| Cost Savings | | | | (750) | (750) | (750) | (750) | (750) |
| **Total Operating Expenses** | 74,794 | 85,764 | 86,447 | 80,697 | 79,473 | 78,945 | 79,948 | 80,964 |
| **Operating Profit** | 2,752 | 519 | (1,798) | 4,547 | 7,065 | 10,715 | 11,057 | 11,407 |
| Net Other Expenses | 2,692 | 4,169 | 4,134 | 2,887 | 2,610 | 2,614 | 2,614 | 2,614 |
| **Net Income** | 60 | (3,650) | (5,932) | 1,660 | 4,455 | 8,101 | 8,443 | 8,793 |
| Depreciation & Amortization | 2,087 | 2,364 | 2,601 | 2,370 | 2,523 | 2,523 | 2,523 | 2,523 |
| Interest Expense | 591 | 868 | 1,063 | 474 | - | - | - | - |
| **EBITDA - Reported** | 2,738 | (418) | (2,268) | 4,504 | 6,978 | 10,624 | 10,966 | 11,315 |
| EBITDA Adjustments | 1,045 | 2,165 | 6,020 | | | | | |
| Cost Savings | 750 | 750 | 750 | | | | | |
| **Total Adjustments** | 1,795 | 2,915 | 6,770 | | | | | |
| **EBITDA - Adjusted** | $4,533 | $2,496 | $4,501 | $4,504 | $6,978 | $10,624 | $10,966 | $11,315 |
| *as % of Revenue* | 5.8% | 2.9% | 5.3% | 5.3% | 8.1% | 11.8% | 12.1% | 12.2% |

## Public Company Multiples

| No. | Company Name | Share Price 12/8/2017 | Market Capitalization | Enterprise Value | CAGR 2016-2018 | EV / Revenue LTM | EV / Revenue 2017 | EV / Revenue 2018 | EV / EBITDA LTM | EV / EBITDA 2017 | EV / EBITDA 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Universal Health Services, Inc. | $ 108.76 | $ 10,283 | $ 14,330 | 5.8% | 1.40x | 1.38x | 1.31x | 8.4x | 8.5x | 8.2x |
| 2 | HCA Healthcare, Inc. | 83.96 | 30,094 | 63,993 | 4.5% | 1.50x | 1.48x | 1.41x | 8.0x | 7.9x | 7.5x |
| 3 | Community Health Systems, Inc. | 4.46 | 510 | 14,520 | (12.8%) | 0.87x | 0.92x | 1.04x | 8.8x | 8.6x | 8.9x |
| 4 | Tenet Healthcare Corp. | 13.27 | 1,323 | 18,262 | (2.5%) | 0.96x | 0.96x | 0.98x | 9.2x | 7.6x | 7.3x |
| 5 | Quorum Health Corporation | 4.33 | 131 | 1,409 | (5.4%) | 0.68x | 0.68x | 0.74x | 18.7x | 9.6x | 8.6x |
| 6 | LHC Group, Inc. | 63.56 | 1,186 | 1,359 | 15.0% | 1.35x | 1.28x | 1.14x | 14.5x | 14.2x | 12.5x |
| 7 | LifePoint Health, Inc. | 47.25 | 1,884 | 4,788 | 0.9% | 0.75x | 0.75x | 0.74x | 6.4x | 6.4x | 6.1x |
| 8 | Select Medical Holdings Corporation | 17.53 | 2,362 | 5,784 | 6.1% | 1.35x | 1.30x | 1.22x | 11.7x | 10.8x | 9.7x |
| 9 | HealthSouth Corporation | 49.50 | 4,911 | 7,924 | 7.1% | 2.06x | 2.00x | 1.90x | 9.7x | 9.7x | 9.2x |
| 10 | Kindred Healthcare, Inc. | 7.43 | 639 | 3,959 | (7.9%) | 0.57x | 0.66x | 0.65x | 8.7x | 5.4x | 5.0x |
| 11 | Genesis Healthcare, Inc. | 0.74 | 65 | 4,522 | (2.4%) | 0.85x | 0.84x | 0.84x | 10.8x | 6.9x | 6.8x |
| | | | | **Max** | 15.0% | 2.06x | 2.00x | 1.90x | 18.7x | 14.2x | 12.5x |
| | | | | **Mean** | 0.8% | 1.12x | 1.11x | 1.09x | 10.4x | 8.7x | 8.2x |
| | | | | **Median** | 0.9% | 0.96x | 0.96x | 1.04x | 9.2x | 8.5x | 8.2x |
| | | | | **Min** | (12.8%) | 0.57x | 0.66x | 0.65x | 6.4x | 5.4x | 5.0x |

In millions of U.S. dollars, except for share price.
Sources: S&P Capital IQ, Inc.
EV = Enterprise Value
CAGR = Compound Annual Growth Rate

**Precedent Transaction Multiples (The CuraHealth/Kindred Transaction)**

CuraHealth, LLC signed an asset purchase agreement (the "Transaction") to acquire 12 Long Term Acute Care Hospitals from Kindred Healthcare Inc. (NYSE:KND) for $27.5 million on April 3, 2016. The consideration paid was $21.0 million at closing and the remaining of the purchase price was contingent upon satisfaction of financial and other post-closing conditions.

| **Precedent Transaction Analysis** | | |
|---|---|---|
| Target Financials | | |
| LTM Revenue | $ | 215.0 |
| LTM EBITDA | | NM |
| | | |
| Cash Consideration | | 21.0 |
| Earn-Out Consideration | | 6.5 |
| **Total Purchase Consideration** | | **27.5** |
| | | |
| Implied EV / Revenue Multiples | | |
| EV / Revenue | | 0.13x |
| EV / EBITDA | | NM |
| | | |
| EV / Revenue (No Earn-Out) | | 0.10x |
| EV / EBITDA (No Earn-Out) | | NM |