**Acadiana Management Group - Debtor Operating Facilities**
**Liquidation Analysis Summary - October 31, 2017**

| Facility | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | $ 339,828 | 100% | 100% | $ 339,828 | $ 339,828 |
| Albuquerque - AMG Specialty Hospital, LLC | 2,917,546 | 57% | 64% | 1,667,483 | 1,858,999 |
| Central Indiana - AMG Specialty Hospital, LLC | 4,511,902 | 35% | 38% | 1,559,135 | 1,726,731 |
| LTAC of Louisiana - Denham Springs, LLC | - | 0% | 0% | - | - |
| LTAC Hospital of Edmond, LLC | 3,967,625 | 41% | 52% | 1,607,720 | 2,050,836 |
| Houma - AMG Specialty Hospital, LLC | 4,508,143 | 27% | 29% | 1,218,964 | 1,301,598 |
| LTAC of Louisiana, LLC | 4,223,153 | 28% | 30% | 1,171,141 | 1,263,812 |
| Las Vegas - AMG Specialty Hospital, LLC | 1,797,023 | 51% | 55% | 919,616 | 991,909 |
| Tulsa - AMG Specialty Hospital LLC | 3,978,653 | 44% | 50% | 1,756,786 | 2,005,394 |
| LTAC Hospital of Wichita, LLC | 1,457,419 | 70% | 77% | 1,025,998 | 1,116,664 |
| **Gross Proceeds from Liquidation** | **$ 27,361,464** | **41%** | **46%** | **$ 11,266,672** | **$ 12,655,771** |

| Potential Litigation Claims | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | $ 12,364,348 | 5% | 10% | $ 618,217 | $ 1,236,435 |
| Payments to insiders within 12 months of the petition date | 79,458 | 5% | 10% | 3,973 | 7,946 |
| Insider Avoidance Actions | 1,853,907 | 5% | 10% | 92,695 | 185,391 |
| **Total Proceeds from Litigation Claims** | **$ 14,297,713** | **5%** | **10%** | **$ 714,886** | **$ 1,429,771** |

**Estimated Liquidation Costs**

| | | | | | |
|---|---|---|---|---|---|
| US Trustee Fees | | | | 47,450 | 47,450 |
| Patient Record Storage and Notice | | | | 56,000 | 56,000 |
| Final Cost Report | | | | 78,400 | 78,400 |
| Closing & Patient Discharge Costs | | | | 1,650,000 | 1,650,000 |
| **Total Estimated Liquidation Costs** | | | | **$ 1,831,850** | **$ 1,831,850** |
| **Net Proceeds** | | | | **$ 10,149,707** | **$ 12,253,692** |
| Chapter 7 Trustee Fees | | | | $ 474,206 | $ 539,946 |
| **Net Proceeds Available for Distribution** | | | | **$ 9,675,502** | **$ 11,713,745** |

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 11,453,182 | 84% | 100% | $ 9,675,502 | $ 11,453,182 |
| Administrative Expense Claims | 2,703,742 | 0% | 10% | - | 260,563 |
| Class 2: General Unsecured | 17,819,591 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 31,976,515** | **30%** | **37%** | **$ 9,675,502** | **$ 11,713,745** |

**Acadiana Management Group, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 191,678 | 100% | 100% | 191,678 | 191,678 |
| Accounts Receivables | [a] | 5,213,293 | 25% | 50% | 1,303,323 | 2,606,646 |
| Net Fixed Assets | [b] | 364,978 | 1% | 15% | 5,336 | 53,360 |
| Other Assets | | 428,648 | 62% | 84% | 266,669 | 361,559 |
| Prepaid Expenses | | 122,159 | 1% | 3% | 1,393 | 3,482 |
| **Gross Proceeds from Liquidation** | | **$ 6,320,757** | **28%** | **51%** | **$ 1,768,399** | **$ 3,216,726** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 2,320,540 | 5% | 10% | $ 116,027 | $ 232,054 |
| Payments to insiders within 12 months of the petition date | | 144,723 | 5% | 10% | 7,236 | 14,472 |
| Insider Avoidance Actions | | 3,500,000 | 5% | 10% | 175,000 | 350,000 |
| **Total Proceeds from Litigation Claims** | | **$ 5,965,263** | **5%** | **10%** | **$ 298,263** | **$ 596,526** |

| Estimated Liquidation Costs | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 6,500 | $ 6,500 |
| Closing Costs | | | | | 250,000 | 250,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 256,500** | **$ 256,500** |
| **Net Proceeds** | | | | | **$ 1,810,162** | **$ 3,556,752** |
| Chapter 7 Trustee Fees | | | | | $ 77,555 | $ 129,953 |
| **Net Proceeds Available for Distribution** | | | | | **$ 1,732,608** | **$ 3,426,799** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | [c] | $ 1,500,000 | 100% | 100% | 1,500,000 | 1,500,000 |
| Administrative Expense Claims | | 1,269,241 | 18% | 100% | 232,608 | 1,269,241 |
| Class 2: General Unsecured | | 52,936,740 | 0% | 1% | - | 657,558 |
| **Total Claims/Recoveries** | | **$ 55,705,981** | **3%** | **6%** | **$ 1,732,608** | **$ 3,426,799** |

[a] Excluding amounts owed by the affiliated debtors
[b] Net book value from depreciation schedules, excluding intangible assets
[c] BOKF received a lien on this debtor's assets per the cash collateral order. BOKF's diminution claim is estimated at $1.5 million.

| Class 2: General Unsecured | Amount |
|---|---|
| BOKF Claim #101 - RLOC Guarantee | $ 11,499,372 |
| BOKF Claim #102 - Real Property Guarantee | 26,042,763 |
| BOKF Claim #103 - Greenwood RLOC Guarantee | 594,566 |
| CHCT Claim #98 - Youngsville Guarantee | 6,700,000 |
| Pre-petition Trade Claims | 7,925,861 |
| Lease Rejection Claims | 174,177 |
| **Total General Unsecured Claims** | **$ 52,936,740** |

**Acadiana Management Group - AMG Realty I, LLC**
Liquidation Analysis Summary - October 31, 2017

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 604,882 | 100% | 100% | $ 604,882 | $ 604,881.97 |
| Accounts Receivables | [a] | - | 0% | 0% | - | - |
| Fixed Assets | [b] | 11,372,865 | 47% | 70% | 5,290,000 | 7,935,000 |
| Other Assets | [c] | 2,486,548 | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ 14,464,295** | **41%** | **59%** | **$ 5,894,882** | **$ 8,539,882** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Insider Avoidance Actions | | $ 100,000 | 5% | 10% | $ 5,000 | $ 10,000 |
| **Total Proceeds from Litigation Claims** | | **$ 100,000** | **5%** | **10%** | **$ 5,000** | **$ 10,000** |

**Estimated Liquidation Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 325 | $ 325 |
| **Total Estimated Liquidation Costs** | | | | | **$ 325** | **$ 325** |
| **Net Proceeds** | | | | | **$ 5,899,557** | **$ 8,549,557** |
| Chapter 7 Trustee Fees | | | | | $ 200,237 | $ 279,737 |
| **Net Proceeds Available for Distribution** | | | | | **$ 5,699,320** | **$ 8,269,820** |

| Liquidation Distribution | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 26,042,763 | 22% | 32% | $ 5,699,320 | $ 8,269,820 |
| Administrative Expense Claims | - | 0% | 0% | - | - |
| Class 2: General Unsecured | - | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 26,042,763** | **22%** | **32%** | **$ 5,699,320** | **$ 8,269,820** |

[a] Excluding amounts owed by the affiliated debtors
[b] Based on the April 11, 2017 Hilco Valuation Services appraisal, exclusive of transaction costs, with a market exposure of 12 to 24 months. Low recovery of 50%, high recovery of 75%. Includes properties owned by wholly owned subsidiaries CHFG Edmond, LLC, CHFG Wichita, LLC, and CHFG Denham Springs, LLC.
[c] Other assets include goodwill and loan fees

**Acadiana Management Group - CHFG Albuquerque, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 363,176 | 100% | 100% | 363,176 | 363,176 |
| Accounts Receivables | [a] | - | 0% | 0% | - | - |
| Fixed Assets | [b] | 7,839,090 | 34% | 50% | 2,637,500 | 3,956,250 |
| Other Assets | [c] | 118,543 | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ 8,320,810** | **36%** | **52%** | **$ 3,000,676** | **$ 4,319,426** |
| Potential Litigation Claims | | | | | unknown | unknown |
| **Estimated Liquidation Costs** | | | | | | |
| US Trustee Fees | | | | | $ 325 | $ 325 |
| **Total Estimated Liquidation Costs** | | | | | **$ 325** | **$ 325** |
| **Net Proceeds** | | | | | **$ 3,000,351** | **$ 4,319,101** |
| Chapter 7 Trustee Fees | | | | | $ 113,261 | $ 152,823 |
| **Net Proceeds Available for Distribution** | | | | | **$ 2,887,091** | **$ 4,166,278** |

| Liquidation Distribution | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 26,042,763 | 11% | 16% | $ 2,887,091 | $ 4,166,278 |
| Administrative Expense Claims | - | 0% | 0% | - | - |
| Class 2: General Unsecured | - | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 26,042,763** | **11%** | **16%** | **$ 2,887,091** | **$ 4,166,278** |

[a] Excluding amounts owed by the affiliated debtors
[b] Based on the April 11, 2017 Hilco Valuation Services appraisal, exclusive of transaction costs, with a market exposure of 12 to 24 months. Low recovery of 50%, high recovery of 75%.
[c] Other assets include goodwill and loan fees

**Acadiana Management Group - AMG Realty Youngsville, LLC**
  **Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ 3,469 | 100% | 100% | 3,469 | 3,469 |
| Accounts Receivables | [a] | - | 0% | 0% | - | - |
| Fixed Assets | [b] | 3,843,635 | 50% | 75% | 1,921,817 | 2,882,726 |
| Other Assets | [c] | 286,236 | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ 4,133,340** | **47%** | **70%** | **$ 1,925,287** | **$ 2,886,195** |
| **Potential Litigation Claims** | | **Amount** | **Estimated Recovery %** | | **Estimated Recovery $** | |
| Insider Avoidance Actions | | $ 7,306,107 | 5% | 10% | $ 365,305 | $ 730,611 |
| **Total Proceeds from Litigation Claims** | | **$ 7,306,107** | **5%** | **10%** | **$ 365,305** | **$ 730,611** |
| **Estimated Liquidation Costs** | | | | | | |
| US Trustee Fees | | | | | $ 325 | $ 325 |
| **Total Estimated Liquidation Costs** | | | | | **$ 325** | **$ 325** |
| **Net Proceeds** | | | | | **$ 2,290,267** | **$ 3,616,481** |
| Chapter 7 Trustee Fees | | | | | $ 91,958 | $ 131,744 |
| **Net Proceeds Available for Distribution** | | | | | **$ 2,198,309** | **$ 3,484,737** |

| Liquidation Distribution | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 10,698,150 | 21% | 33% | $ 2,198,309 | $ 3,484,737 |
| Administrative Expense Claims | - | 0% | 0% | - | - |
| Class 2: General Unsecured | - | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 10,698,150** | **21%** | **33%** | **$ 2,198,309** | **$ 3,484,737** |

[a] Exclusive of rent owed by debtor affiliates
[b] Refer to Schedule A/B
[c] Other assets include goodwill and loan fees

**Acadiana Management Group - Albuquerque - AMG Specialty Hospital, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 1,865,410 | 92% | 94% | 1,707,660 | 1,753,026 |
| less Medicaid recoupment | [b] | (257,389) | 100% | 100% | (257,389) | (257,389) |
| less Medicare recoupment | [b] | (10,644) | 100% | 100% | (10,644) | (10,644) |
| Accounts Receivables - Third Party | | 201,477 | 50% | 85% | 100,738 | 171,255 |
| Net Fixed Assets | [c] | 824,859 | 5% | 9% | 37,230 | 74,460 |
| Other Assets | | 174,105 | 50% | 71% | 87,788 | 123,040 |
| Prepaid Expenses | | 119,728 | 2% | 4% | 2,100 | 5,251 |
| **Gross Proceeds from Liquidation** | | **$ 2,917,546** | **57%** | **64%** | **$ 1,667,483** | **$ 1,858,999** |

| Potential Litigation Claims | | Amount | Estimated Recovery % | | Estimated Recovery $ | |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 1,737,114 | 5% | 10% | $ 86,856 | $ 173,711 |
| Payments to insiders within 12 months of the petition date | | 9,508 | 5% | 10% | 475 | 951 |
| **Total Proceeds from Litigation Claims** | | **$ 1,746,622** | **5%** | **10%** | **$ 87,331** | **$ 174,662** |

| Estimated Liquidation Costs | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 6,500 | $ 6,500 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | 230,000 | 230,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 253,300** | **$ 253,300** |
| **Net Proceeds** | | | | | **$ 1,501,514** | **$ 1,780,361** |
| Chapter 7 Trustee Fees | | | | | $ 68,295 | $ 76,661 |
| **Net Proceeds Available for Distribution** | | | | | **$ 1,433,218** | **$ 1,703,700** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | | $ 11,453,182 | 13% | 15% | $ 1,433,218 | $ 1,703,700 |
| Administrative Expense Claims | | 541,754 | 0% | 0% | - | - |
| Class 2: General Unsecured | [d] | 1,607,244 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 13,602,180** | **11%** | **13%** | **$ 1,433,218** | **$ 1,703,700** |

[a] Aged receivables are approximately $235,000, net of recoupments
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Net book value from depreciation schedules, excluding intangible assets
[d] Excluding net due to affiliates of approximately $2.3 million

**Acadiana Management Group - Central Indiana - AMG Specialty Hospital, LLC**
Liquidation Analysis Summary - October 31, 2017

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | $ - | $ - |
| Accounts Receivables Aged less than 90 days | [a] | 1,857,761 | 92% | 94% | 1,711,437 | 1,753,687 |
| less Medicare recoupment | [b] | (408,152) | 100% | 100% | (408,152) | (408,152) |
| Net Fixed Assets | [c] | 335,043 | 7% | 14% | 22,907 | 45,813 |
| Other Assets | [d] | 2,417,687 | 6% | 8% | 152,741 | 195,470 |
| Prepaid Expenses | | 309,564 | 26% | 45% | 80,203 | 139,913 |
| **Gross Proceeds from Liquidation** | | **$ 4,511,902** | **35%** | **38%** | **$ 1,559,135** | **$ 1,726,731** |

| Potential Litigation Claims | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | $ 1,555,620 | 5% | 10% | $ 77,781 | $ 155,562 |
| Payments to insiders within 12 months of the petition date | 11,907 | 5% | 10% | 595 | 1,191 |
| **Total Proceeds from Litigation Claims** | **$ 1,567,527** | **5%** | **10%** | **$ 78,376** | **$ 156,753** |

**Estimated Liquidation Costs**

| | Low | High |
|---|---|---|
| US Trustee Fees | $ 6,500 | $ 6,500 |
| Patient Record Storage and Notice | 7,000 | 7,000 |
| Final Cost Report | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | 290,000 | 290,000 |
| **Total Estimated Liquidation Costs** | **$ 313,300** | **$ 313,300** |
| **Net Proceeds** | **$ 1,324,211** | **$ 1,570,184** |
| Chapter 7 Trustee Fees | $ 62,976 | $ 70,356 |
| **Net Proceeds Available for Distribution** | **$ 1,261,235** | **$ 1,499,828** |

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 11,453,182 | 11% | 13% | 1,261,235 | 1,499,828 |
| Administrative Expense Claims | 403,487 | 0% | 0% | - | - |
| Class 2: General Unsecured | 4,351,661 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 16,208,330** | **8%** | **9%** | **$ 1,261,235** | **$ 1,499,828** |

[a] Aged receivables are approximately $173,000, net of recoupments
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Net book value from depreciation schedules, excluding intangible assets
[d] Net due from debtor affiliates is approximately $680,000

**Acadiana Management Group - LTAC of Louisiana - Denham Springs, LLC**
  **Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | [a] | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [b] | - | 0% | 0% | - | - |
| Net Fixed Assets | | - | 0% | 0% | - | - |
| Other Assets | | - | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ -** | **0%** | **0%** | **$ -** | **$ -** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 955,441 | 5% | 10% | $ 47,772 | $ 95,544 |
| Payments to insiders within 12 months of the petition date | | 5,058 | 5% | 10% | 253 | 506 |
| **Total Proceeds from Litigation Claims** | | **$ 960,499** | **5%** | **10%** | **$ 48,025** | **$ 96,050** |

| Estimated Liquidation Costs | | | | | Low | High |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 325 | $ 325 |
| Patient Record Storage and Notice | | | | | - | - |
| Final Cost Report | | | | | - | - |
| Closing & Patient Discharge Costs | | | | | - | - |
| **Total Estimated Liquidation Costs** | | | | | **$ 325** | **$ 325** |
| **Net Proceeds** | | | | | **$ 47,700** | **$ 95,725** |
| Chapter 7 Trustee Fees | | | | | $ - | $ - |
| **Net Proceeds Available for Distribution** | | | | | **$ 47,700** | **$ 95,725** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | | $ 11,453,182 | 0% | 1% | $ 47,700 | $ 95,725 |
| Administrative Expense Claims | | 56,504 | 0% | 0% | - | - |
| Class 2: General Unsecured | [c] | 374,690 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 11,884,376** | **0%** | **1%** | **$ 47,700** | **$ 95,725** |

[a] The facility was sold on 9/1/17, no assets were retained in the sale
[b] Medicare RACs outstanding are approximately $244,000
[c] Excluding net due to affiliates of approximately $3.2 million

**Acadiana Management Group - LTAC Hospital of Edmond, LLC**
  **Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---:|---:|---:|---:|---:|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 1,950,498 | 92% | 94% | 1,798,645 | 1,842,522 |
| less Medicare recoupment | [b] | (769,994) | 100% | 100% | (769,994) | (769,994) |
| Accounts Receivables - Non Debtor Affiliates | | 912,615 | 25% | 50% | 228,154 | 456,308 |
| Net Fixed Assets | [c] | 1,215,375 | 5% | 11% | 64,159 | 128,318 |
| Other Assets | [d] | 318,063 | 62% | 75% | 195,880 | 238,206 |
| Prepaid Expenses | | 341,067 | 27% | 46% | 90,876 | 155,477 |
| **Gross Proceeds from Liquidation** | | **$ 3,967,625** | **41%** | **52%** | **$ 1,607,720** | **$ 2,050,836** |

| Potential Litigation Claims | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---:|---:|---:|---:|---:|
| Payments to vendors within 90 days of the petition date | $ 2,240,866 | 5% | 10% | $ 112,043 | $ 224,087 |
| Payments to insiders within 12 months of the petition date | 1,874 | 5% | 10% | 94 | 187 |
| **Total Proceeds from Litigation Claims** | **$ 2,242,740** | **5%** | **10%** | **$ 112,137** | **$ 224,274** |

| Estimated Liquidation Costs | | Low | High |
|---|---|---:|---:|
| US Trustee Fees | | $ 6,500 | $ 6,500 |
| Patient Record Storage and Notice | | 7,000 | 7,000 |
| Final Cost Report | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | 320,000 | 320,000 |
| **Total Estimated Liquidation Costs** | | **$ 343,300** | **$ 343,300** |
| **Net Proceeds** | | **$ 1,376,557** | **$ 1,931,810** |
| Chapter 7 Trustee Fees | | $ 64,547 | $ 81,204 |
| **Net Proceeds Available for Distribution** | | **$ 1,312,011** | **$ 1,850,605** |

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---:|---:|---:|---:|---:|
| Class 1: Secured | $ 11,453,182 | 11% | 16% | $ 1,312,011 | $ 1,850,605 |
| Administrative Expense Claims | 413,629 | 0% | 0% | - | - |
| Class 2: General Unsecured | 2,902,125 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 14,768,936** | **9%** | **13%** | **$ 1,312,011** | **$ 1,850,605** |

[a] Aged receivables were approximately $92,000. Outstanding Medicare RAC appeals are approximately $887,000
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Net book value from depreciation schedules, excluding intangible assets
[d] Excluding amounts due from debtor affiliates of approximately $593,000

**Acadiana Management Group - Houma - AMG Specialty Hospital, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 1,289,350 | 94% | 95% | 1,206,750 | 1,231,139 |
| less Medicare recoupment | [b] | (98,820) | 100% | 100% | (98,820) | (98,820) |
| less Medicaid recoupment | [b] | (5,487) | 100% | 100% | (5,487) | (5,487) |
| Net Fixed Assets | [c] | 239,077 | 10% | 20% | 23,431 | 46,861 |
| Other Assets | [d] | 2,939,710 | 3% | 4% | 90,543 | 122,810 |
| Prepaid Expenses | | 144,314 | 2% | 4% | 2,548 | 5,095 |
| **Gross Proceeds from Liquidation** | | **$ 4,508,143** | **27%** | **29%** | **$ 1,218,964** | **$ 1,301,598** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | 1,154,814 | 5% | 10% | $ 57,741 | $ 115,481 |
| Payments to insiders within 12 months of the petition date | | 1,984 | 5% | 10% | 99 | 198 |
| Insider Avoidance Actions | | 1,200,000 | 5% | 10% | 60,000 | 120,000 |
| **Total Proceeds from Litigation Claims** | | **$ 2,356,797** | **5%** | **10%** | **$ 117,840** | **$ 235,680** |

**Estimated Liquidation Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 6,500 | $ 6,500 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | 200,000 | 200,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 223,300** | **$ 223,300** |
| **Net Proceeds** | | | | | **$ 1,113,504** | **$ 1,313,978** |
| Chapter 7 Trustee Fees | | | | | $ 56,655 | $ 62,669 |
| **Net Proceeds Available for Distribution** | | | | | **$ 1,056,849** | **$ 1,251,308** |

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 11,453,182 | 9% | 11% | 1,056,849 | 1,251,308 |
| Administrative Expense Claims | 390,173 | 0% | 0% | - | - |
| Class 2: General Unsecured | 3,015,823 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 14,859,178** | **7%** | **8%** | **$ 1,056,849** | **$ 1,251,308** |

[a] Aged receivables are approximately $93,000, net of recoupments.
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Net book value from depreciation schedules, excluding intangible assets.
[d] Other assets include goodwill of $2.8 million. Excludes net due from debtor affiliates of approximately $1.3 million.

**Acadiana Management Group - LTAC of Louisiana, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 1,268,179 | 96% | 97% | 1,212,352 | 1,229,218 |
| less Medicare recoupment | [b] | (158,372) | 100% | 100% | (158,372) | (158,372) |
| less Medicaid recoupment | [b] | (11,305) | 100% | 100% | (11,305) | (11,305) |
| Accounts Receivables - Non Debtor Affiliates | | 9,615 | 25% | 50% | 2,404 | 4,807 |
| Net Fixed Assets | [c] | 2,583,233 | 2% | 3% | 39,775 | 79,550 |
| Other Assets | | 444,548 | 19% | 26% | 84,613 | 115,730 |
| Prepaid Expenses | | 87,255 | 2% | 5% | 1,674 | 4,184 |
| **Gross Proceeds from Liquidation** | | **$ 4,223,153** | **28%** | **30%** | **$ 1,171,141** | **$ 1,263,812** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | 1,279,599 | 5% | 10% | $ 63,980 | $ 127,960 |
| Payments to insiders within 12 months of the petition date | | 3,811 | 5% | 10% | 191 | 381 |
| Insider Avoidance Actions | | 653,907 | 5% | 10% | 32,695 | 65,391 |
| **Total Proceeds from Litigation Claims** | | **$ 1,937,317** | **5%** | **10%** | **$ 96,866** | **$ 193,732** |

**Estimated Liquidation Costs**

| | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 4,875 | $ 4,875 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | 170,000 | 170,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 191,675** | **$ 191,675** |
| **Net Proceeds** | | | | | **$ 1,076,332** | **$ 1,265,869** |
| Chapter 7 Trustee Fees | | | | | $ 55,540 | $ 61,226 |
| **Net Proceeds Available for Distribution** | | | | | **$ 1,020,792** | **$ 1,204,643** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | | $ 11,453,182 | 9% | 11% | 1,020,792 | 1,204,643 |
| Administrative Expense Claims | | 215,342 | 0% | 0% | - | - |
| Class 2: General Unsecured | [e] | 1,496,809 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 13,165,333** | **8%** | **9%** | **$ 1,020,792** | **$ 1,204,643** |

[a] Aged receivables are approximately $347,000, net of recoupments
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Net book value from depreciation schedules, excluding intangible assets. Includes $2.2 million of leasehold improvements.
[d] Medicare RACs outstanding are approximately $368,000
[e] Excluding net due to debtor affiliates of approximately $8.1 million

**Acadiana Management Group - Las Vegas - AMG Specialty Hospital, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 779,726 | 94% | 95% | 729,696 | 744,334 |
| Net Fixed Assets | [b] | 388,744 | 9% | 18% | 34,571 | 69,141 |
| Other Assets | | 545,280 | 28% | 32% | 152,797 | 172,051 |
| Prepaid Expenses | | 83,273 | 3% | 8% | 2,553 | 6,383 |
| **Gross Proceeds from Liquidation** | | **$ 1,797,023** | **51%** | **55%** | **$ 919,616** | **$ 991,909** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 1,174,944 | 5% | 10% | $ 58,747 | $ 117,494 |
| Payments to insiders within 12 months of the petition date | | 23,869 | 5% | 10% | 1,193 | 2,387 |
| **Total Proceeds from Litigation Claims** | | **$ 1,198,814** | **5%** | **10%** | **$ 59,941** | **$ 119,881** |

| Estimated Liquidation Costs | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 4,875 | $ 4,875 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | 120,000 | 120,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 141,675** | **$ 141,675** |
| **Net Proceeds** | | | | | **$ 837,882** | **$ 970,116** |
| Chapter 7 Trustee Fees | | | | | $ 45,144 | $ 51,756 |
| **Net Proceeds Available for Distribution** | | | | | **$ 792,738** | **$ 918,360** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | | $ 11,453,182 | 7% | 8% | 792,738 | 918,360 |
| Administrative Expense Claims | | 174,429 | 0% | 0% | - | - |
| Class 2: General Unsecured | [c] | 1,165,362 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 12,792,974** | **6%** | **7%** | **$ 792,738** | **$ 918,360** |

[a] Aged receivables are approximately $196,000
[b] Net book value from depreciation schedules, excluding intangible assets
[c] Excluding net due to affiliates of approximately $1.6 million

**Acadiana Management Group - Tulsa - AMG Specialty Hospital LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 1,899,908 | 85% | 89% | 1,612,042 | 1,692,822 |
| less Medicare recoupment | [b] | (75,971) | 100% | 100% | (75,971) | (75,971) |
| Accounts Receivables - Non Debtor Affiliates | | 322,635 | 25% | 50% | 80,659 | 161,318 |
| Net Fixed Assets | [c] | 1,315,579 | 3% | 6% | 36,637 | 73,273 |
| Other Assets | | 347,378 | 18% | 24% | 62,566 | 83,797 |
| Prepaid Expenses | | 169,123 | 24% | 41% | 40,853 | 70,154 |
| **Gross Proceeds from Liquidation** | | **$ 3,978,653** | **44%** | **50%** | **$ 1,756,786** | **$ 2,005,394** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 1,377,188 | 5% | 10% | $ 68,859 | $ 137,719 |
| Payments to insiders within 12 months of the petition date | | 13,914 | 5% | 10% | 696 | 1,391 |
| **Total Proceeds from Litigation Claims** | | **$ 1,391,102** | **5%** | **10%** | **$ 69,555** | **$ 139,110** |

| Estimated Liquidation Costs | | | | | | |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 6,500 | $ 6,500 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | 200,000 | 200,000 |
| **Total Estimated Liquidation Costs** | | | | | **$ 223,300** | **$ 223,300** |
| **Net Proceeds** | | | | | **$ 1,603,041** | **$ 1,921,204** |
| Chapter 7 Trustee Fees | | | | | $ 71,341 | $ 80,886 |
| **Net Proceeds Available for Distribution** | | | | | **$ 1,531,700** | **$ 1,840,318** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Class 1: Secured | | $ 11,453,182 | 13% | 16% | $ 1,531,700 | $ 1,840,318 |
| Administrative Expense Claims | | 342,417 | 0% | 0% | - | - |
| Class 2: General Unsecured | [d] | 2,190,505 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | | **$ 13,986,104** | **11%** | **13%** | **$ 1,531,700** | **$ 1,840,318** |

[a] Aged receivables were approximately $20,000
[b] Recoupment by Medicare/Medicaid is offset against any reimbursement due to the hospital. Once all prior overpayments are recovered, the hospital is able to resume collections from these payors.
[c] Includes approximately $900,000 of leasehold improvements
[d] Excludes net due to affiliates of approximately $3.1 million. Includes unsecured recoupments of commercial insurance of approximately $39,000

**Acadiana Management Group - LTAC Hospital of Wichita, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Book Value | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | $ - | 0% | 0% | - | - |
| Accounts Receivables Aged less than 90 days | [a] | 860,359 | 90% | 93% | 776,248 | 800,258 |
| Net Fixed Assets | | 192,247 | 9% | 19% | 18,134 | 36,267 |
| Other Assets | [b] | 240,045 | 79% | 85% | 188,939 | 204,476 |
| Prepaid Expenses | | 164,769 | 26% | 46% | 42,677 | 75,663 |
| **Gross Proceeds from Liquidation** | | **$ 1,457,419** | **70%** | **77%** | **$ 1,025,998** | **$ 1,116,664** |

| Potential Litigation Claims | | Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|---|
| Payments to vendors within 90 days of the petition date | | $ 888,762 | 5% | 10% | $ 44,438 | $ 88,876 |
| Payments to insiders within 12 months of the petition date | | 7,533 | 5% | 10% | 377 | 753 |
| **Total Proceeds from Litigation Claims** | | **$ 896,294** | **5%** | **10%** | **$ 44,815** | **$ 89,629** |

**Estimated Liquidation Costs**

| | Low | High |
|---|---|---|
| US Trustee Fees | $ 4,875 | $ 4,875 |
| Patient Record Storage and Notice | 7,000 | 7,000 |
| Final Cost Report | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | 120,000 | 120,000 |
| **Total Estimated Liquidation Costs** | **$ 141,675** | **$ 141,675** |
| **Net Proceeds** | **$ 929,138** | **$ 1,064,619** |
| Chapter 7 Trustee Fees | $ 49,707 | $ 55,189 |
| **Net Proceeds Available for Distribution** | **$ 879,431** | **$ 1,009,430** |

| Liquidation Distribution | Claim Amount | Estimated Recovery % Low | Estimated Recovery % High | Estimated Recovery $ Low | Estimated Recovery $ High |
|---|---|---|---|---|---|
| Class 1: Secured | $ 11,453,182 | 8% | 9% | $ 879,431 | $ 1,009,430 |
| Administrative Expense Claims | 166,007 | 0% | 0% | - | - |
| Class 2: General Unsecured | 715,371 | 0% | 0% | - | - |
| **Total Claims/Recoveries** | **$ 12,334,561** | **7%** | **8%** | **$ 879,431** | **$ 1,009,430** |

[a] Aged receivables were approximately $140,000
[b] Net due from affiliates is approximately $864,000

**Acadiana Management Group - LTAC of Greenwood, LLC**
**Liquidation Analysis Summary - October 31, 2017**

| Asset Category | Notes | Book Value | Estimated Recovery % | | Estimated Recovery $ | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| Cash and Cash Equivalents | | $ 927,055 | 100% | 100% | 927,055 | 927,055 |
| Accounts Receivables Aged less than 90 days | [a] | 6,776 | 84% | 100% | 5,692 | 6,776 |
| Net Fixed Assets | [b] | 235,862 | 0% | 0% | - | - |
| Other Assets | | 727,386 | 0% | 0% | - | - |
| **Gross Proceeds from Liquidation** | | **$ 1,897,078** | **49%** | **49%** | **$ 932,747** | **$ 933,831** |

| Potential Litigation Claims | | Amount | Estimated Recovery % | | Estimated Recovery $ | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| Payments to vendors within 90 days of the petition date | | $ 1,127,046 | 5% | 10% | $ 56,352 | $ 112,705 |
| Payments to insiders within 12 months of the petition date | | 28,520 | 5% | 10% | 1,426 | 2,852 |
| **Total Proceeds from Litigation Claims** | | **$ 1,155,566** | **5%** | **10%** | **$ 57,778** | **$ 115,557** |

**Estimated Liquidation Costs**

| | | | | | Low | High |
|---|---|---|---|---|---|---|
| US Trustee Fees | | | | | $ 4,875 | $ 4,875 |
| Patient Record Storage and Notice | | | | | 7,000 | 7,000 |
| Final Cost Report | | | | | 9,800 | 9,800 |
| Closing & Patient Discharge Costs | | | | | - | - |
| **Total Estimated Liquidation Costs** | | | | | **$ 21,675** | **$ 21,675** |
| **Net Proceeds** | | | | | **$ 968,850** | **$ 1,027,712** |
| Chapter 7 Trustee Fees | | | | | $ 51,692 | $ 54,081 |
| **Net Proceeds Available for Distribution** | | | | | **$ 917,157** | **$ 973,631** |

| Liquidation Distribution | | Claim Amount | Estimated Recovery % | | Estimated Recovery $ | |
|---|---|---|---|---|---|---|
| | | | Low | High | Low | High |
| Class 1: Secured | | $ 588,746 | 100% | 100% | 588,746 | 588,746 |
| Administrative Expense Claims | | 285,230 | 100% | 100% | 285,230 | 285,230 |
| Class 2: General Unsecured | [c] | 1,495,065 | 3% | 7% | 43,181 | 99,655 |
| **Total Claims/Recoveries** | | **$ 2,369,041** | **39%** | **41%** | **$ 917,157** | **$ 973,631** |

[a] Aged receivables are approximately $18,000, net of recoupments
[b] Net book value from depreciation schedules, excluding intangible assets
[c] Excluding net due to debtor affiliates of approximately $557,000