# Zachary
# Balance Sheet
## As of October 31, 2017

|  | Oct 31, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10102 · Business First Operating | 13,816.98 |
| 10302 · Business First Payroll | 301.91 |
| 10900 · Petty Cash | 1,200.00 |
| **Total Checking/Savings** | **15,318.89** |
| **Other Current Assets** | |
| 11000 · Accounts Receivable-Operating | |
|   Patient Accounts Receivable | |
|     11001 · Accounts Receivable-Discharges | 952,741.02 |
|     11002 · Accounts Receivable-In-House | 186,865.94 |
|     12105 · Allowance for Sequestration | (15,364.61) |
|   **Total Patient Accounts Receivable** | **1,124,242.35** |
|   Receivables from third party | |
|     Medicare Cost Report 12.31.2018 | 4,046.90 |
|     Medicare Cost Report 12.31.2017 | 43,798.38 |
|     Medicare Cost Report 12.31.2016 | 5,053.24 |
|   **Total Receivables from third party** | **52,898.52** |
| **Total 11000 · Accounts Receivable-Operating** | **1,177,140.87** |
| 11200 · Intercompany Receivables | |
|   11204 · Due from Denham | 9,532.96 |
|   11208 · Due from Houma | (200.60) |
| **Total 11200 · Intercompany Receivables** | **9,332.36** |
| 15000 · Prepaids | |
|   15250 · Prepaid Rent | 356.70 |
|   15200 · Prepaid Service Contracts-Main | 14,596.92 |
|   15100 · Prepaid Insurance-Main | 38,157.27 |
| **Total 15000 · Prepaids** | **53,110.89** |
| **Total Other Current Assets** | **1,239,584.12** |
| **Total Current Assets** | **1,254,903.01** |
| **Fixed Assets** | |
| 16101 · Computer Equi/Software-Main | 159,706.28 |
| 16102 · Furniture & Fixtures-Main | 251,550.54 |
| 16103 · Hospital Equipment-Main | 340,548.84 |
| 16104 · Automobiles-Main | 31,082.11 |
| 16106 · Leasehold Improvements-Main | 66,820.51 |
| 16900 · Accumulated Depreciation | (486,334.67) |
| **Total Fixed Assets** | **363,373.61** |
| **Other Assets** | |
| 17000 · Other Assets | |
|   17100 · Deposits | |
|     17110 · Prepaid Equip Lease | 6,686.71 |
|     17100 · Deposits - Other | 16,716.00 |
|   **Total 17100 · Deposits** | **23,402.71** |
|   17200 · Insurance Collaterals | 34,656.53 |
| **Total 17000 · Other Assets** | **58,059.24** |
| **Total Other Assets** | **58,059.24** |
| **TOTAL ASSETS** | **1,676,335.86** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |

# Zachary
## Balance Sheet
### As of October 31, 2017

|  | Oct 31, 17 |
|---|---:|
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 1,401,204.41 |
| **Total Accounts Payable** | 1,401,204.41 |
| **Other Current Liabilities** | |
| 20750 · Due to Medicaid - Provider Tax | 1,484.32 |
| 20300 · Due to AMG-Loan | 875,017.70 |
| 20100 · Accrued Expenses | |
|    20106 · Accrued Expenses-Other | 1,983.00 |
|    20102 · Accrued Payroll | 76,561.01 |
|    20103 · Accrued Vacation | 36,340.69 |
|    20104 · Accrued Property Taxes | 1,000.00 |
|    20105 · Accrued Professional Fees | 9,092.48 |
|    20150 · Accrued Management Fees | 11,042.62 |
| **Total 20100 · Accrued Expenses** | 136,019.80 |
| 20500 · Insurance Notes Payable | |
|    20501 · Ins. Note Payable-Property/GL | 6,673.94 |
|    20502 · Ins. Note Payable-Workers Comp | 23,063.00 |
| **Total 20500 · Insurance Notes Payable** | 29,736.94 |
| **Total Other Current Liabilities** | 1,042,258.76 |
| **Total Current Liabilities** | 2,443,463.17 |
| **Long Term Liabilities** | |
| 22100 · Notes Payable-Financing | |
|    22107 · Note Payable Mark Mouton | 86,901.41 |
|    22108 · Note Payable Church Street Inv | 130,426.00 |
|    22109 · Note Payable Acadiana Mgmt Grou | 521,630.10 |
| **Total 22100 · Notes Payable-Financing** | 738,957.51 |
| 22200 · Notes Payable-Equipment | |
|    22202 · Note Payable - First American | 18,081.35 |
|    22203 · First American Lease 2 | 26,007.69 |
|    22204 · AmeriCorp Financial | 7,774.72 |
|    22206 · Lease Payable LABarrington | 66,018.62 |
| **Total 22200 · Notes Payable-Equipment** | 117,882.38 |
| **Total Long Term Liabilities** | 856,839.89 |
| **Total Liabilities** | 3,300,303.06 |
| **Equity** | |
| 30704 · Equity-Mark C. Mouton Invest | (176,747.28) |
| 30105 · Equity-AMG Hospital Co. II | (1,095,249.55) |
| 30701 · Equity-Venu Kakarala | (5,794.29) |
| 30702 · Equity-Church Street Investment | (273,814.04) |
| 39000 · Retained Earnings | 49,251.52 |
| Net Income | (121,613.56) |
| **Total Equity** | (1,623,967.20) |
| **TOTAL LIABILITIES & EQUITY** | 1,676,335.86 |