| | |
|---|---:|
| Debtor's Counsel | 140,000 |
| Debtor's Advisors | 260,000 |
| Debtor's Investment Banker | 980,000 |
| Creditor Committee Counsel | 165,000 |
| Creditor Committee Advisors | 120,000 |
| | 1,665,000 |

Schedule IV