| Location | A/R In-house Plus 90 Days or Less | A/R Aged Over 90 Days | Total A/R |
|---|---:|---:|---:|
| Albuquerque | $ 1,865,410 | $ 349,687 | $ 2,215,097 |
| Central Indiana | 1,857,761 | 172,563 | 2,030,324 |
| Denham Springs | - | - | - |
| Edmond | 1,950,498 | 91,781 | 2,042,280 |
| Greenwood | 6,776 | 33,874 | 40,650 |
| Houma | 1,284,482 | 93,204 | 1,377,686 |
| Lafayette | 1,268,179 | 346,706 | 1,614,885 |
| Las Vegas | 779,726 | 195,786 | 975,511 |
| Tulsa | 1,899,908 | (19,192) | 1,880,717 |
| Wichita | 860,359 | 139,723 | 1,000,082 |
| AMG | - | - | - |
| **Total** | **$ 11,773,099** | **$ 1,404,132** | **$ 13,177,231** |