**AMG - Schedule of Lease Agreements**
**October 31, 2017**

| Location | Payee | Monthly Payment | Term | Remaining Lease Amount | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim |
|---|---|---|---|---|---|---|---|---|---|
| Acadiana Management Group | La Rue France Tower Partnership | $ 13,988 | 5/31/2022 | $ 853,278.98 | $ 127,991.85 | $ 503,574.48 | $ 127,991.85 | $ 167,858.16 | $ 167,858.16 |
| Albuquerque | Americorp Financials- EN # 8 | 852.26 | 11/20/2018 | 15,340.68 | 2,301.10 | 15,340.68 | 2,301.10 | 10,227.12 | 10,227.12 |
| Albuquerque | Americrop-US Med-Lease#1957502 | 176.15 | 3/13/2022 | 10,216.70 | 1,532.51 | 6,341.40 | 1,532.51 | 2,113.80 | 2,113.80 |
| Albuquerque | First American-Philips Health | 792.42 | 7/1/2019 | 19,810.50 | 2,971.58 | 19,810.50 | 2,971.58 | 9,509.04 | 9,509.04 |
| Albuquerque | Gibson Medical Center | 35,763.15 | 1/23/2022 | 2,002,736.40 | 300,410.46 | 1,287,473.40 | 300,410.46 | 429,157.80 | 429,157.80 |
| Albuquerque | LA Barrington-EN#10 | 3,716.00 | 4/11/2020 | 130,060.00 | 19,509.00 | 130,060.00 | 19,509.00 | 44,592.00 | 44,592.00 |
| Albuquerque | LA Barrington-Transmitters- EN #9 | 547.00 | 10/30/2018 | 9,299.00 | 1,394.85 | 9,299.00 | 1,394.85 | 6,564.00 | 6,564.00 |
| Albuquerque | Lease Payable-First American | 4,200.68 | 4/1/2019 | 92,414.96 | 13,862.24 | 92,414.96 | 13,862.24 | 50,408.16 | 50,408.16 |
| Albuquerque | Med One Capital #1563 -EN #2 | 738.25 | 12/1/2018 | 13,288.50 | 1,993.28 | 13,288.50 | 1,993.28 | 8,859.00 | 8,859.00 |
| Albuquerque | Med One Capital #1564- EN #3 | 2,677.02 | 12/1/2018 | 48,186.36 | 7,227.95 | 48,186.36 | 7,227.95 | 32,124.24 | 32,124.24 |
| Albuquerque | Nova Biomedical | 338.30 | 2/15/2020 | 11,163.90 | 1,674.59 | 11,163.90 | 1,674.59 | 4,059.60 | 4,059.60 |
| Albuquerque | Oce Financial Services, Inc. | 446.00 | 8/8/2017 | 892.00 | 133.80 | 892.00 | 133.80 | 5,352.00 | 5,352.00 |
| Central Indiana | Baxter (Hancock #930)-EL #2 | 1,491.84 | 8/31/2019 | 40,279.68 | 6,041.95 | 40,279.68 | 6,041.95 | 17,902.08 | 17,902.08 |
| Central Indiana | Equip Lease-First American (Main) | 1,132.69 | 4/1/2019 | 24,919.18 | 3,737.88 | 24,919.18 | 3,737.88 | 13,592.28 | 13,592.28 |
| Central Indiana | Equip Lease-First American Loc 2-(Hancock) | 1,238.36 | 4/1/2019 | 27,243.92 | 4,086.59 | 27,243.92 | 4,086.59 | 14,860.32 | 14,860.32 |
| Central Indiana | First American Schedule 6 | 190.87 | 7/1/2019 | 4,771.75 | 715.76 | 4,771.75 | 715.76 | 2,290.44 | 2,290.44 |
| Central Indiana | Hancock Regional Hospital | 22,647.53 | 7/31/2019 | 588,835.78 | 88,325.37 | 588,835.78 | 88,325.37 | 271,770.36 | 271,770.36 |
| Central Indiana | IU Health Ball | 33,763.14 | 5/31/2021 | 1,620,630.72 | 243,094.61 | 1,215,473.04 | 243,094.61 | 405,157.68 | 405,157.68 |
| Central Indiana | LA Barrington-Telm (Hancock)-EL #4 | 1,927.00 | 7/12/2019 | 48,175.00 | 7,226.25 | 48,175.00 | 7,226.25 | 23,124.00 | 23,124.00 |
| Denham Springs | Equipment Note-First American | 1,397.65 | 4/1/2019 | 30,748.30 | 4,612.25 | 30,748.30 | 4,612.25 | 16,771.80 | 16,771.80 |
| Edmond | Baxter Healthcare (Mercy)-EN #13 | 1,357.50 | 8/31/2019 | 36,652.50 | 5,497.88 | 36,652.50 | 5,497.88 | 16,290.00 | 16,290.00 |
| Edmond | First American #3 | 6,637.43 | 4/1/2019 | 146,023.46 | 21,903.52 | 146,023.46 | 21,903.52 | 79,649.16 | 79,649.16 |
| Edmond | First American #4 | 4,937.14 | 4/1/2019 | 108,617.08 | 16,292.56 | 108,617.08 | 16,292.56 | 59,245.68 | 59,245.68 |
| Edmond | First American for TB&A | 335.48 | 7/1/2019 | 8,387.00 | 1,258.05 | 8,387.00 | 1,258.05 | 4,025.76 | 4,025.76 |
| Edmond | LA Barrington -Bronchoscope | 1,414.30 | 4/20/2019 | 32,528.90 | 4,879.34 | 32,528.90 | 4,879.34 | 16,971.60 | 16,971.60 |
| Edmond | LA Barrington- EN #16 | 4,972.25 | 7/23/2018 | 69,611.50 | 10,441.73 | 69,611.50 | 10,441.73 | 59,667.00 | 59,667.00 |
| Edmond | LA Barrington-Tele (Mercy) - EN #11 | 4,782.49 | 6/27/2018 | 62,172.37 | 9,325.86 | 62,172.37 | 9,325.86 | 57,389.88 | 57,389.88 |
| Edmond | Marlin Equipment Financing- EN #15 | 539.04 | 3/14/2019 | 11,319.84 | 1,697.98 | 11,319.84 | 1,697.98 | 6,468.48 | 6,468.48 |
| Edmond | Mercy Specialized Billing Svcs | 54,600.00 | 9/30/2019 | 1,528,800.00 | 229,320.00 | 1,528,800.00 | 229,320.00 | 655,200.00 | 655,200.00 |
| Edmond | RecoverCare-Direct Capital (Mercy)-EN #7 | 1,041.78 | 12/15/2018 | 18,752.04 | 2,812.81 | 18,752.04 | 2,812.81 | 12,501.36 | 12,501.36 |
| Edmond | Stryker Finance (Main) - EN #1 | 2,882.86 | 7/7/2018 | 37,477.18 | 5,621.58 | 37,477.18 | 5,621.58 | 34,594.32 | 34,594.32 |
| Edmond | Stryker Finance (Mercy)- EN #8 | 2,382.87 | 10/7/2018 | 38,125.92 | 5,718.89 | 38,125.92 | 5,718.89 | 28,594.44 | 28,594.44 |
| Greenwood | Equip Lease-First American | 577.24 | 4/1/2019 | 12,699.28 | 1,904.89 | 12,699.28 | 1,904.89 | 6,926.88 | 6,926.88 |
| Greenwood | LA Barrington | 6,423.21 | 7/14/2018 | 83,501.73 | 12,525.26 | 83,501.73 | 12,525.26 | 77,078.52 | 77,078.52 |
| Greenwood | Lease Payable-First American Philips Medical | 340.02 | 7/1/2019 | 8,500.50 | 1,275.08 | 8,500.50 | 1,275.08 | 4,080.24 | 4,080.24 |
| Houma | Equip. Loan-First American #4 | 931.32 | 4/1/2019 | 20,489.04 | 3,073.36 | 20,489.04 | 3,073.36 | 11,175.84 | 11,175.84 |
| Houma | Equip. Note-Direct Capital Corp. | 4,270.90 | 10/1/2019 | 119,585.20 | 17,937.78 | 119,585.20 | 17,937.78 | 51,250.80 | 51,250.80 |
| Houma | First American -Lease 6 | 469.41 | 7/1/2019 | 11,735.25 | 1,760.29 | 11,735.25 | 1,760.29 | 5,632.92 | 5,632.92 |
| Houma | Houma Healthcare Properties, LLC | 82,785.96 | 4/30/2032 | 14,984,258.76 | 2,247,638.81 | 2,980,294.56 | 2,247,638.81 | 993,431.52 | 2,247,638.81 |

**AMG - Schedule of Lease Agreements**
**October 31, 2017**

| Location | Payee | Monthly Payment | Term | Remaining Lease Amount | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim |
|---|---|---:|---|---:|---:|---:|---:|---:|---:|
| Lafayette | Baxter Healthcare (Park Place) | $ 1,611.19 | 7/31/2019 | $ 41,890.94 | $ 6,283.64 | $ 41,890.94 | $ 6,283.64 | $ 19,334.28 | $ **19,334.28** |
| Lafayette | First American | 2,289.89 | 4/2/2019 | 50,377.58 | 7,556.64 | 50,377.58 | 7,556.64 | 27,478.68 | **27,478.68** |
| Lafayette | First American Main Sch 6 | 195.38 | 7/2/2019 | 4,884.50 | 732.68 | 4,884.50 | 732.68 | 2,344.56 | **2,344.56** |
| Lafayette | First American PP Lease Sch 6 | 45.86 | 7/2/2019 | 1,146.50 | 171.98 | 1,146.50 | 171.98 | 550.32 | **550.32** |
| Lafayette | First American-Park Place | 204.17 | 4/2/2019 | 4,491.74 | 673.76 | 4,491.74 | 673.76 | 2,450.04 | **2,450.04** |
| Lafayette | LA Barrington-Monitors (Park Place) | 1,787.00 | 4/15/2019 | 41,101.00 | 6,165.15 | 41,101.00 | 6,165.15 | 21,444.00 | **21,444.00** |
| Lafayette | Our Lady of Lourdes | 38,521.00 | 9/24/2024 | 3,428,369.00 | 514,255.35 | 1,386,756.00 | 514,255.35 | 462,252.00 | **514,255.35** |
| Lafayette | Stryker Capital (Park Place) | 1,766.85 | 9/8/2018 | 26,502.75 | 3,975.41 | 26,502.75 | 3,975.41 | 21,202.20 | **21,202.20** |
| Las Vegas | Americirp-US Med-Lease#2078801 | 349.11 | 2/17/2022 | 19,899.27 | 2,984.89 | 12,567.96 | 2,984.89 | 4,189.32 | **4,189.32** |
| Las Vegas | CareFusion Vents | 2,175.45 | 6/3/2019 | 52,210.80 | 7,831.62 | 52,210.80 | 7,831.62 | 26,105.40 | **26,105.40** |
| Las Vegas | Equip. Lease-First American | 425.70 | 4/1/2019 | 9,365.40 | 1,404.81 | 9,365.40 | 1,404.81 | 5,108.40 | **5,108.40** |
| Las Vegas | First American Lease 6 | 1,138.87 | 7/1/2019 | 28,471.75 | 4,270.76 | 28,471.75 | 4,270.76 | 13,666.44 | **13,666.44** |
| Las Vegas | Jacks Properties I, LLC | 42,846.00 | 2/19/2018 | 385,614.00 | 57,842.10 | 385,614.00 | 57,842.10 | 514,152.00 | **514,152.00** |
| Las Vegas | LA Barrington Telemetry System | 4,358.00 | 4/1/2019 | 95,876.00 | 14,381.40 | 95,876.00 | 14,381.40 | 52,296.00 | **52,296.00** |
| Tulsa | Americorp Financial, LLC | 1,071.46 | 3/13/2022 | 62,144.68 | 9,321.70 | 38,572.56 | 9,321.70 | 12,857.52 | **12,857.52** |
| Tulsa | CityPlex Towers | 44,789.25 | 11/27/2023 | 3,538,350.75 | 530,752.61 | 1,612,413.00 | 530,752.61 | 537,471.00 | **537,471.00** |
| Tulsa | First American | 1,351.76 | 4/1/2019 | 29,738.72 | 4,460.81 | 29,738.72 | 4,460.81 | 16,221.12 | **16,221.12** |
| Tulsa | First American Lease 2 | 150.86 | 7/1/2019 | 3,771.50 | 565.73 | 3,771.50 | 565.73 | 1,810.32 | **1,810.32** |
| Tulsa | LA Barrington-Telmetry | 2,489.00 | 2/6/2019 | 49,780.00 | 7,467.00 | 49,780.00 | 7,467.00 | 29,868.00 | **29,868.00** |
| Tulsa | LA Barrington-Telmetry Upgrade | 2,467.68 | 7/22/2020 | 93,771.84 | 14,065.78 | 88,836.48 | 14,065.78 | 29,612.16 | **29,612.16** |
| Tulsa | Stryker Finance | 6,189.52 | 3/5/2018 | 55,705.68 | 8,355.85 | 55,705.68 | 8,355.85 | 74,274.24 | **74,274.24** |
| Wichita | Equipment Lease- First American | 1,322.69 | 4/1/2019 | 29,099.18 | 4,364.88 | 29,099.18 | 4,364.88 | 15,872.28 | **15,872.28** |
| Wichita | Equipment Note #3-LA Barrington | 1,002.00 | 8/23/2018 | 15,030.00 | 2,254.50 | 15,030.00 | 2,254.50 | 12,024.00 | **12,024.00** |
| Wichita | First American-Schedule 6 | 623.64 | 7/1/2019 | 15,591.00 | 2,338.65 | 15,591.00 | 2,338.65 | 7,483.68 | **7,483.68** |
| | | | | | | | **TOTAL** | | $ **6,932,747** |

Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms.

**Acadiana Management Group, LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim | Docket |
|---|---|---|---|---|---|---|---|---|---|
| Baxter Healthcare Corporation | $ 527 | 4/26/2020 | $ 18,431 | $ 2,765 | $ 18,431 | $ 2,765 | $ 6,319 | **$ 6,319** | 457 |
| | | | | | | | TOTAL | **6,319** | |

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| La Rue France Tower Partnership | $ 13,988 | 5/31/2022 | $ 783,338 |
| | TOTAL | | 783,338 |

*Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**Albuquerque - AMG Specialty Hospital, LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

OCE Financial Services, Inc

**Schedule of Lease Agreements Expected to be Assumed**

| Lease | Monthly Payment | Term | Remaining Lease Amount* |
|---|---:|---|---:|
| Americorp Financials- EN # 8 | $ 852 | 11/20/2018 | $ 11,079 |
| Americrop-US Med-Lease #1957502 | 176 | 3/13/2022 | 9,512 |
| First American-Philips Health | 792 | 7/1/2019 | 16,641 |
| Gibson Medical Center | 35,763 | 1/23/2022 | 1,859,684 |
| LA Barrington-EN#10 | 3,716 | 4/11/2020 | 111,480 |
| LA Barrington-Transmitters- EN #9 | 547 | 10/30/2018 | 7,111 |
| Lease Payable-First American | 4,201 | 4/1/2019 | 75,612 |
| Med One Capital #1563 -EN #2 | 738 | 12/1/2018 | 10,336 |
| Med One Capital #1564- EN #3 | 2,677 | 12/1/2018 | 37,478 |
| Nova Biomedical | 338 | 2/15/2020 | 9,472 |
| **TOTAL** | | | **2,148,406** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**Central Indiana - AMG Specialty Hospital, LLC**
**October 31, 2017**

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| Baxter (Hancock #930)-EL #2 | $ 1,492 | 8/31/2019 | $ 34,312 |
| Equip Lease-First American (Main) | 1,133 | 4/1/2019 | 20,388 |
| Equip Lease-First American Loc 2-(Hancock) | 1,238 | 4/1/2019 | 22,290 |
| First American Schedule 6 | 191 | 7/1/2019 | 4,008 |
| Hancock Regional Hospital | 22,648 | 7/31/2019 | 498,246 |
| IU Health Ball | 33,763 | 5/31/2021 | 1,485,578 |
| LA Barrington-Telm (Hancock)-EL #4 | 1,927 | 7/12/2019 | 40,467 |
| | | **TOTAL** | **2,105,290** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**LTAC of Louisiana - Denham Springs, LLC**
**October 31, 2017**

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| Equipment Note-First American | $ 1,398 | 4/1/2019 | $ 25,158 |
| | **TOTAL** | | **25,158** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**LTAC Hospital of Edmond, LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim | Docket |
|---|---|---|---|---|---|---|---|---|---|
| Stryker Finance (Main) - EN #1 | $ 2,883 | 7/7/2018 | $ 37,477 | $ 5,622 | $ 37,477 | $ 5,622 | $ 34,594 | $ **34,594** | n/a |
| | | | | | | | TOTAL | **34,594** | |

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| Baxter Healthcare (Mercy)-EN #13 | $ 1,358 | 8/31/2019 | $ **31,223** |
| First American #3 | 6,637 | 4/1/2019 | **119,474** |
| First American #4 | 4,937 | 4/1/2019 | **88,869** |
| First American for TB&A | 335 | 7/1/2019 | **7,045** |
| LA Barrington -Bronchoscope | 1,414 | 4/20/2019 | **25,457** |
| LA Barrington- EN #16 | 4,972 | 7/23/2018 | **44,750** |
| LA Barrington-Tele (Mercy) - EN #11 | 4,782 | 6/27/2018 | **38,260** |
| Marlin Equipment Financing- EN #15 | 415 | 3/14/2019 | **7,049** |
| Mercy Specialized Billing Svcs | 54,600 | 9/30/2019 | **1,310,400** |
| RecoverCare-Direct Capital (Mercy)-EN #7 | 1,042 | 12/15/2018 | **14,585** |
| Stryker Finance (Mercy)- EN #8 | 2,383 | 10/7/2018 | **28,594** |
| | **TOTAL** | | **1,715,706** |

*Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**LTAC of Greenwood, LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim | Docket |
|---|---|---|---|---|---|---|---|---|---|
| Leasing Associates of Barrington, Inc. | $ 6,423 | 7/14/2018 | $ 83,502 | $ 12,525 | $ 83,502 | $ 12,525 | $ 77,079 | $ **77,079** | 186 |
| | | | | | | | **TOTAL** | **77,079** | |

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| Equip Lease-First American | $ 577 | 4/1/2019 | $ **10,390** |
| Lease Payable-First American Philips Medical | 340 | 7/1/2019 | **7,140** |
| | **TOTAL** | | **17,531** |

*Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**Houma - AMG Specialty Hospital, LLC**
**October 31, 2017**

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---:|---|---:|
| Equip. Loan-First American #4 | $ 931 | 4/1/2019 | $ 16,764 |
| Equip. Note-Direct Capital Corp. | 4,271 | 10/1/2019 | 102,502 |
| First American -Lease 6 | 469 | 7/1/2019 | 9,858 |
| Houma Healthcare Properties, LLC | 82,786 | 4/30/2032 | 14,653,115 |
| | **TOTAL** | | **14,782,238** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**LTAC of Louisiana, LLC**
**October 31, 2017**

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| Baxter Healthcare (Park Place) | $ 1,611 | 7/31/2019 | $ 35,446 |
| First American | 2,290 | 4/2/2019 | 41,218 |
| First American Main Sch 6 | 195 | 7/2/2019 | 4,103 |
| First American PP Lease Sch 6 | 46 | 7/2/2019 | 963 |
| First American-Park Place | 204 | 4/2/2019 | 3,675 |
| LA Barrington-Monitors (Park Place) | 1,787 | 4/15/2019 | 32,166 |
| Our Lady of Lourdes | 38,521 | 9/24/2024 | 3,235,764 |
| Stryker Capital (Park Place) | 1,767 | 9/8/2018 | 19,435 |
| | | **TOTAL** | **3,372,771** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**Las Vegas - AMG Specialty Hospital, LLC**
**October 31, 2017**

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---:|---|---:|
| Americirp-US Med-Lease#2078801 | $ 349 | 2/17/2022 | $ 18,503 |
| CareFusion Vents | 2,175 | 6/3/2019 | 43,509 |
| Equip. Lease-First American | 426 | 4/1/2019 | 7,663 |
| First American Lease 6 | 1,139 | 7/1/2019 | 23,916 |
| Jacks Properties I, LLC | 42,846 | 2/19/2018 | 171,384 |
| LA Barrington Telemetry System | 4,358 | 4/1/2019 | 78,444 |
| | | **TOTAL** | **343,419** |

*Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**Tulsa - AMG Specialty Hospital LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim | Docket |
|---|---|---|---|---|---|---|---|---|---|
| Americorp Financial, LLC | $ 1,071 | 3/13/2022 | $ 62,145 | $ 9,322 | $ 38,573 | $ 9,322 | $ 12,858 | $ **12,858** | 514 |
| LA Barrington-Telmetry | 2,489 | 2/6/2019 | 49,780 | 7,467 | 49,780 | 7,467 | 29,868 | **29,868** | 514 |
| LA Barrington-Telmetry Upgrade | 2,468 | 7/22/2020 | 93,772 | 14,066 | 88,836 | 14,066 | 29,612 | **29,612** | 514 |
| Oral Roberts University - CityPlex Towers | 44,789 | 11/27/2023 | 3,538,351 | 530,753 | 1,612,413 | 530,753 | 537,471 | **537,471** | 514 |
| Stryker Finance | 6,190 | 3/5/2018 | 55,706 | 8,356 | 55,706 | 8,356 | 74,274 | **74,274** | 514 |
| | | | | | | | **TOTAL** | **684,083** | |

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| First American | $ 1,352 | 4/1/2019 | $ 24,332 |
| First American Lease 2 | 151 | 7/1/2019 | 3,168 |
| **TOTAL** | | | **27,500** |

*Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.

**LTAC Hospital of Wichita, LLC**
**October 31, 2017**

**Schedule of Rejected Lease Agreements**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* | 15% | Remaining Lease up to 3 Years | Capped Amount | 12 mo. pmt | Damage Claim | Docket |
|---|---|---|---|---|---|---|---|---|---|
| Canon Financial Service, Inc. | $ 810 | 2/9/2019 | $ 16,200 | $ 2,430 | $ 16,200 | $ 2,430 | $ 9,720 | $ **9,720** | 436 |
| Equipment Note #3-LA Barrington | 1,002 | 8/23/2018 | 15,030 | 2,255 | 15,030 | 2,255 | 12,024 | **12,024** | 517 |
| | | | | | | | **TOTAL** | **21,744** | |

**Schedule of Lease Agreements Expected to be Assumed**

| Lessor | Monthly Payment | Term | Remaining Lease Amount* |
|---|---|---|---|
| First American-Schedule 6 | $ 624 | 7/1/2019 | $ **13,096** |
| First American-Equipment Lease | 1,323 | 4/1/2019 | $ **23,808** |
| | **TOTAL** | | **36,905** |

*Damage claims for termination of leases were capped at an amount equal to the greater of one year's rent or fifteen percent of the remaining lease term, up to a maximum of three years' worth of rent, calculated from the date the bankruptcy petition was filed. Remaining lease amounts were estimated based on the lease agreement terms, and calculated from October 31, 2017.