## Schedule of Unsecured Claims

| Acadiana Management Group | Claimed Amount | AP Balance | Unsecured Claim |
|---|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | |
| **Baxter Healthcare Corp** | - | 7,914.81 | 7,914.81 |
| **Capitol Hill Consulting Group** | - | 20,000.00 | 20,000.00 |
| **Cole Lusby Marketing** | - | 220.00 | 220.00 |
| **Computer Configuration Services, LLC.** | 12,950.00 | 11,870.85 | 12,950.00 |
| **Eight Hats** | - | 786.67 | 786.67 |
| **Health Care Software, Inc.** | - | 30,429.65 | 30,429.65 |
| **Kaeser Blair Incorporated** | - | 46.11 | 46.11 |
| **KCI USA** | 26,000.55 | 9,787.26 | 26,000.55 |
| **LA RUE FRANCE TOWER PARTNERSHIP** | - | 6,448.20 | 6,448.20 |
| **Lake Laboratory Services** | - | 749.14 | 749.14 |
| **Linkedin** | - | 2,625.00 | 2,625.00 |
| **PricewaterhouseCoopers LLP** | - | 75,000.00 | 75,000.00 |
| **R&H Lear 60, LLC** | - | 15,900.00 | 15,900.00 |
| **Rader Solutions Ltd.** | 134,771.78 | 4,141.54 | 134,771.78 |
| **UNSCHEDULED CLAIMS** | | | |
| **3M Company** | 91,691.24 | - | 91,691.24 |
| **A-1 Vacuum Service** | 221.25 | - | 221.25 |
| **Abbott Diabetes Division** | 15,215.26 | - | 15,215.26 |
| **Abbott Point of Care Inc.** | 5,183.60 | - | 5,183.60 |
| **Advantage Medical Professionals** | 16,731.48 | - | 16,731.48 |
| **AIG Property Casualty, Inc., Attn: Kevin J. Larner** | - | - | - |
| **Airgas, an Air Liquide Company** | 3,975.01 | - | 3,975.01 |
| **Airtec Gases** | 4,050.93 | - | 4,050.93 |
| **American Express** | 110,448.79 | - | 110,448.79 |
| **Amite Psychiatric Services, LLC** | 466,602.41 | - | 466,602.41 |
| **AMN Healthcare, Inc.** | 20,781.32 | - | 20,781.32 |
| **Angelwear Scrubs Etc., LLC** | 458.52 | - | 458.52 |
| **Angiodynamics Inc** | 15,328.28 | - | 15,328.28 |
| **Anthony Dewell** | 11,301.20 | - | 11,301.20 |
| **AT&T Corp** | 91,920.85 | - | 91,920.85 |
| **Avant Healthcare Professionals,** | 93,167.92 | - | 93,167.92 |
| **BellSouth Telecommunications, Inc. / AT&T Corp** | 265.73 | - | 265.73 |
| **Brian P. Levy, MD** | 12,600.00 | - | 12,600.00 |
| **Briggs Healthcare/HealthSmart** | 2,319.93 | - | 2,319.93 |
| **Centerpoint Energy** | 1,243.46 | - | 1,243.46 |
| **Central Consolidated, Inc** | 3,163.97 | - | 3,163.97 |
| **Chris Martin, M.D.** | 5,400.00 | - | 5,400.00 |
| **CIT Finance LLC** | 17,983.27 | - | 17,983.27 |
| **Community Occupational Health Sv** | 1,102.00 | - | 1,102.00 |
| **Covidien, LLC** | 782.79 | - | 782.79 |
| **Delaware County Treasurer** | 5,586.95 | - | 5,586.95 |
| **Drager Medical, Inc** | 3,970.05 | - | 3,970.05 |
| **DTG Medical Electronics Inc** | 1,732.15 | - | 1,732.15 |
| **Dynamic Infusion Therapy, Inc.** | 9,486.25 | - | 9,486.25 |
| **EHOB, Inc.** | 12,425.96 | - | 12,425.96 |
| **Eugene Porreca, MD** | 4,500.00 | - | 4,500.00 |
| **Express Transportation of New Mexico LLC** | 1,348.64 | - | 1,348.64 |
| **Favorite Healthcare Staffing, Inc** | 25,739.37 | - | 25,739.37 |
| **FFF Enterprises Inc** | 4,868.10 | - | 4,868.10 |
| **Firequest Fire Alarm Service Ass** | 2,617.50 | - | 2,617.50 |
| **First American Commercial Bancorp, Inc.** | 656,902.10 | - | 656,902.10 |
| **First Bank and Trust** | 2,801,285.56 | - | 2,801,285.56 |
| **Flagship Keystone Covington, LLC** | 809,314.80 | - | 809,314.80 |
| **FocusOne Solutions LLC** | 95,968.00 | - | 95,968.00 |
| **Fox-Nesbit Engineering, LLC** | 991.59 | - | 991.59 |
| **Generator Power Systems of LA, LLC** | 1,545.20 | - | 1,545.20 |
| **Gifted Nurses, LLC** | 17,007.62 | - | 17,007.62 |
| **Global Nutrition Services, LLC** | 2,843.78 | - | 2,843.78 |
| **Hagar Restaurant Service Inc** | 1,745.15 | - | 1,745.15 |

# Schedule of Unsecured Claims

| Acadiana Management Group | Claimed Amount | AP Balance | Unsecured Claim |
|---|---:|:---:|---:|
| Hill-Rom Company, Inc. | 45,451.71 | - | 45,451.71 |
| Holzman Horner PLLC | 48,432.48 | - | 48,432.48 |
| Houma Healthcare Properties, LLC | 392,311.96 | - | 392,311.96 |
| ID Consultants, PLLC | 2,250.00 | - | 2,250.00 |
| Imperial Healthcare Leasing, LLC | 79,422.00 | - | 79,422.00 |
| Imperial LLC | 941.75 | - | 941.75 |
| Indiana Bell Telephone Company, Inc | 351.20 | - | 351.20 |
| Infusion LLC | 2,335.00 | - | 2,335.00 |
| IPFS Corporation | 16,799.78 | - | 16,799.78 |
| Kansas Gas Service | 99.71 | - | 99.71 |
| Karen Gomez | - | - | - |
| Keck Hartman, MD | 4,000.00 | - | 4,000.00 |
| LEAF Capital Funding | 10,848.67 | - | 10,848.67 |
| Liquid Environmental Solutions of Texas, LLC | 272.74 | - | 272.74 |
| Louisiana Department of Health | 217,425.78 | - | 217,425.78 |
| Marilou Dow | - | - | - |
| McDermott Will & Emery | 19,879.06 | - | 19,879.06 |
| Mercy Surgical Dressing Group, I | 16,286.03 | - | 16,286.03 |
| Mesa Detection Agency, Inc. | 8,383.25 | - | 8,383.25 |
| NBLW, Inc. d/b/a Med-Rec Systems | 819.08 | - | 819.08 |
| Nova Biomedical | 2,493.46 | - | 2,493.46 |
| Office Depot | 4,933.08 | - | 4,933.08 |
| Oklahoma Surgical Hospital | 26,336.32 | - | 26,336.32 |
| Owens & Minor(Credit Team) | 8,871.58 | - | 8,871.58 |
| Patchin Pictures, LLC | 1,400.00 | - | 1,400.00 |
| Pitney Bowes Inc | 904.00 | - | 904.00 |
| Praxair Distribution Inc | 16,271.60 | - | 16,271.60 |
| Premier Hospitalists of Kansas | 12,400.00 | - | 12,400.00 |
| Rehabilitation Hospital of Acadiana, LLC | 261,722.05 | - | 261,722.05 |
| Reliable Building Services | 13,920.00 | - | 13,920.00 |
| Robert Dow | - | - | - |
| ShP Securities, LLC | 3,557.70 | - | 3,557.70 |
| Shred It USA LLC | 214.83 | - | 214.83 |
| Stephen J. Sere | 50,000.00 | - | 50,000.00 |
| Stephen Wilkinson | 85,908.00 | - | 85,908.00 |
| Sterricycle Inc. | 46,022.66 | - | 46,022.66 |
| Stryker Sustainability Solutions | 3,138.38 | - | 3,138.38 |
| Superior Ambulance SVC INC | 2,315.26 | - | 2,315.26 |
| Surgical & Hospital Supplies | 1,666.90 | - | 1,666.90 |
| Sysco Kansas City | 594.47 | - | 594.47 |
| Toyota Lease Trust | 40,134.63 | - | 40,134.63 |
| Triple D Medical Transportation, LLC | 706.66 | - | 706.66 |
| Tulsa Vein Institute | 15,000.00 | - | 15,000.00 |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | 220,109.44 | - | 220,109.44 |
| Unified Services, Inc. | 12,523.20 | - | 12,523.20 |
| UnitedHealthcare Insurance Company | 49,813.84 | - | 49,813.84 |
| Universal Hosp. Services | 99,400.19 | - | 99,400.19 |
| Vascular Access Plus | 8,875.00 | - | 8,875.00 |
| W.W. Grainger, Inc. | 2,077.82 | - | 2,077.82 |
| Wells Fargo Equipment Finance Inc. | 277,782.06 | - | 277,782.06 |
| Westar Energy Inc. | 4,797.98 | - | 4,797.98 |
| **TOTAL UNSECURED CLAIMS** | | | **7,925,861.20** |

| Albuquerque | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| 121 Medical Inc | - | 1,346.35 | 1,346.35 | |
| 3M Cogent, Inc | - | 733.00 | 733.00 | |
| Abbott Diabetes Care Sales Corp | - | 973.70 | 973.70 | |
| Acadiana Management Group, LLC | - | - | - | 56,465.25 |
| ACell Inc | - | 3,329.20 | 3,329.20 | |
| Airgas USA, LLC | 43,347.14 | 21,393.81 | 43,347.14 | |
| Albuquerque Ambulance Services | - | 2,025.10 | 2,025.10 | |
| AliMed, Inc. | - | 539.73 | 539.73 | |
| American Medical Response | - | 279.36 | 279.36 | |
| American Quality Foods | - | 209.57 | 209.57 | |
| AmeriPride Services | - | 7,940.28 | 7,940.28 | |
| AMR Southwest | - | 19,169.01 | 19,169.01 | |
| Angiodynamics Inc | - | 4,508.72 | 4,508.72 | |
| Avant Healthcare Professionals, LLC | - | 17,817.72 | 17,817.72 | |
| Baxter Healthcare Corporation | - | 4,525.40 | 4,525.40 | |
| Brady Industries, LLC | 2,449.86 | 2,449.86 | 2,449.86 | |
| Briggs Healthcare | - | 627.27 | 627.27 | |
| Cafe at Gibson | - | 27,564.30 | 27,564.30 | |
| Candy Burkenbine | - | 18,300.00 | 18,300.00 | |
| Canon Financial Services, Inc. | - | 957.79 | 957.79 | |
| Cardinal Health | 95,504.66 | 81,442.63 | 95,504.66 | |
| Chest Medicine of New Mexico | - | 700.00 | 700.00 | |
| CHFG Albuquerque, LLC | - | - | - | 78,742.96 |
| Community Outreach Program for the Deaf | - | 1,405.81 | 1,405.81 | |
| Curaspan Health Group, Inc. | - | 3,490.83 | 3,490.83 | |
| Dex Media East, Inc | - | 1,335.16 | 1,335.16 | |
| DG's Deli & Market | - | 360.53 | 360.53 | |
| Ecolab Inc | - | 52.71 | 52.71 | |
| Educational Enterprises of NM | - | 756.57 | 756.57 | |
| Express Transportation of New Mexico LLC | - | 1,348.64 | 1,348.64 | |
| First Presbyterian Church | - | 2,185.00 | 2,185.00 | |
| Fresenius Medical Care | 66,897.99 | 66,897.59 | 66,897.99 | |
| Fukuda Denshi USA Inc | 1,295.79 | 1,099.41 | 1,295.79 | |
| Gemalto Cogent Inc | - | 73.30 | 73.30 | |
| Gerald Demarest, MD | - | 18,000.00 | 18,000.00 | |
| Global Nutrition Services, LLC | - | 2,843.78 | 2,843.78 | |
| Health Care Logistics | - | 4,441.35 | 4,441.35 | |
| Health Care Systems, Inc. | - | 2,080.40 | 2,080.40 | |
| Health X net | - | 193.97 | 193.97 | |
| HILL-ROM Company, Inc. | - | 4,791.53 | 4,791.53 | |
| Hospira WorldWide Inc | - | 567.34 | 567.34 | |
| Infectious Diseases and Internal Medicine | 16,803.11 | 16,938.58 | 16,938.58 | |
| Iron Mountain | - | 1,114.38 | 1,114.38 | |
| Joerns - 713222 | - | 5,668.91 | 5,668.91 | |
| Kaeser Corporation | - | 1,199.74 | 1,199.74 | |
| KCI USA | 9,488.95 | 8,011.67 | 9,488.95 | |
| Lovelace Downtown | - | 5,548.09 | 5,548.09 | |
| MatrixCare, Inc. | - | 140.00 | 140.00 | |
| Medicus Hospitalists West, LLC | - | 7,409.15 | 7,409.15 | |
| Medline Industries, Inc. | 104,595.37 | 100,751.65 | 104,595.37 | |
| Mesa Detection Agency, Inc. | - | 8,373.27 | 8,373.27 | |
| MobileXUSA | - | 32,438.58 | 32,438.58 | |
| Monarch Labs | - | 1,032.00 | 1,032.00 | |
| National Recall Alert Center | - | 495.00 | 495.00 | |
| New Mexico Dysphagia Specialist, LLC | 2,566.88 | 2,246.02 | 2,566.88 | |
| New Mexico Orthopaedic Associates | - | 617.00 | 617.00 | |
| Nova Biomedical | - | 1,331.92 | 1,331.92 | |
| Nursefinders | - | 12,450.86 | 12,450.86 | |
| Occupational Health Centers | - | 1,069.88 | 1,069.88 | |
| Office Depot, Inc. | - | 4,933.08 | 4,933.08 | |
| Pathology Associate of Albuquerque PA | - | 1,106.10 | 1,106.10 | |
| Patterson Medical | - | 2,126.72 | 2,126.72 | |
| ProTech Services | - | 1,136.44 | 1,136.44 | |
| Quality Sleep Solutions, Inc. | - | 4,500.00 | 4,500.00 | |
| Rader Solutions Ltd. | - | 13,463.82 | 13,463.82 | |
| RehabCare Group, Inc | 110,143.75 | 109,573.16 | 110,143.75 | |
| Renal Medicine Associates LTD | - | 1,855.37 | 1,855.37 | |

# Schedule of Unsecured Claims

| Albuquerque | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---|
| **Russell Sigler Inc.** | - | 1,237.42 | 1,237.42 | |
| **SHI International Corp** | - | 3,741.25 | 3,741.25 | |
| **Southwest Door Services Ltd Co.** | - | 401.35 | 401.35 | |
| **Stericycle, Inc.** | - | 5,112.97 | 5,112.97 | |
| **Stryker** | - | 3,138.38 | 3,138.38 | |
| **Superior Ambulance SVC INC** | - | 2,315.26 | 2,315.26 | |
| **Sysco New Mexico, LLC** | 30,990.11 | 30,309.25 | 30,990.11 | |
| **Telemedicine Solutions, LLC** | - | 2,138.40 | 2,138.40 | |
| **Tennant Sales and Service Company** | - | 478.94 | 478.94 | |
| **The Groundskeeper Outside Solutions** | - | 434.76 | 434.76 | |
| **TLC Plumbing & Utility, INC** | - | 5,626.42 | 5,626.42 | |
| **Tri-anim Health Services** | - | 3,023.07 | 3,023.07 | |
| **TRI CORE** | - | 35,223.71 | 35,223.71 | |
| **United Blood Services** | - | 14,900.10 | 14,900.10 | |
| **Universal Hospital Services** | - | 23,252.58 | 23,252.58 | |
| **UNM Health Sciences CTR A** | - | 2,429.62 | 2,429.62 | |
| **US Hospital Personnel, Inc** | - | 305.00 | 305.00 | |
| **VIC the PICC** | - | 5,541.20 | 5,541.20 | |
| **Westways Staffing Services, Inc** | - | 86,614.91 | 86,614.91 | |
|   UNSCHEDULED CLAIMS | | | | |
| **Blood Systems, Inc.** | 3,297.80 | - | 3,297.80 | |
| **IPFS Corporation** | 18,347.78 | - | 18,347.78 | |
|   TOTAL UNSECURED CLAIMS | | | **965,263.73** | |

# Schedule of Unsecured Claims

| Denham Springs | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| SCHEDULED CLAIMS | | | | |
| 3M Company | - | 30,017.69 | 30,017.69 | |
| Abbott Diabetes Care Sales Corp | - | 502.30 | 502.30 | |
| Acadian Ambulance Service, Inc. | - | 1,323.00 | 1,323.00 | |
| Acadiana Management Group LLC | - | - | - | 728,895.07 |
| Airgas USA LLC | 13,344.12 | 5,224.23 | 13,344.12 | |
| American Mobile Digital Services, L.L.C. | - | 3,072.92 | 3,072.92 | |
| AMG - Management | - | - | - | 7,081.23 |
| B & D Plumbing Co Inc | - | 350.00 | 350.00 | |
| Background Research Services | - | 446.00 | 446.00 | |
| Baxter Healthcare Corporation | - | 2,369.16 | 2,369.16 | |
| BlueBonnet Imaging Center | - | 108.54 | 108.54 | |
| Chandler's Parts and Service, Inc. | - | 2,807.03 | 2,807.03 | |
| CHFG Denham Springs, LLC | - | - | - | 63,810.00 |
| CIT | - | 870.26 | 870.26 | |
| Durwin Walker, M.D. | - | 6,450.00 | 6,450.00 | |
| Dynamic Infusion Therapy, Inc. | - | 3,400.00 | 3,400.00 | |
| Edwin Walker, M.D. | - | 1,250.00 | 1,250.00 | |
| Facility Automation Inc. | - | 1,744.00 | 1,744.00 | |
| Firequest Fire Alarm Service Assoc. LLC. | - | 2,617.50 | 2,617.50 | |
| Fox-Nesbit Engineering, LLC | - | 991.59 | 991.59 | |
| Gertrude Chimeka-Anyanwoke, M.D. | - | 7,348.50 | 7,348.50 | |
| Gifted Nurses, LLC | - | 2,948.30 | 2,948.30 | |
| H D Supply Facilities | - | 510.82 | 510.82 | |
| Healthremede Goodwood | - | 20.00 | 20.00 | |
| Imperial Healthcare Leasing, LLC | - | 51,741.48 | 51,741.48 | |
| Institutional Pharmacies of LA | - | 5,312.83 | 5,312.83 | |
| Joerns - 713222 | - | 3,952.63 | 3,952.63 | |
| Jumbo Fundraising LLC | - | 8,000.00 | 8,000.00 | |
| KCI USA | - | 4,243.33 | 4,243.33 | |
| Lake Laboratory Services | - | 49,241.83 | 49,241.83 | |
| Louisiana Dept. of Health | - | 19,737.00 | 19,737.00 | |
| MAPCO of Florida | - | 486.81 | 486.81 | |
| Medical & Industrial Equipt Serv., Inc. | 800.00 | 800.00 | 800.00 | |
| Medline Industries, Inc. | 18,551.49 | 17,003.42 | 18,551.49 | |
| Mohammad Pirzadah, MD | - | 14,625.00 | 14,625.00 | |
| Ochsner Medical Center | - | 1,140.88 | 1,140.88 | |
| Office Depot | 1,471.50 | 1,471.50 | 1,471.50 | |
| Peter Monteyne, M.D. | - | 17,962.50 | 17,962.50 | |
| Preventive Maintenance & Services | - | 581.00 | 581.00 | |
| Pure Force | - | 42.91 | 42.91 | |
| Rader Solutions Ltd. | - | 9,820.66 | 9,820.66 | |
| Reinhart FoodService | - | 7,699.10 | 7,699.10 | |
| Reliant Transportation Group | - | 2,701.06 | 2,701.06 | |
| Rickey Heroman's #2 | - | 31.50 | 31.50 | |
| Roto-Rooter | - | 2,655.00 | 2,655.00 | |
| Satyanarayana Malur, M.D. | - | 13,050.00 | 13,050.00 | |
| Shred-It | 2,130.23 | 2,130.23 | 2,130.23 | |
| Southern Medical Corporation | - | 2,900.00 | 2,900.00 | |
| Swisher | - | 93.08 | 93.08 | |
| U.S. Med-Equip. Inc. | - | 3,697.73 | 3,697.73 | |
| Universal Hospital Services | - | 2,804.14 | 2,804.14 | |
| Vapotherm, Inc. | - | 1,714.78 | 1,714.78 | |
| Westport Linen Services | - | 776.47 | 776.47 | |
| UNSCHEDULED CLAIMS | | | | |
| IPFS Corporation | 27,461.78 | - | 27,461.78 | |
| TOTAL UNSECURED CLAIMS | | | 357,918.45 | |

**Schedule of Unsecured Claims**

| Edmond | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| 3M Company | - | 15,917.23 | 15,917.23 | |
| Abbott Diabetes Care Sales Corp | - | 2,764.75 | 2,764.75 | |
| Affiliated Anesthesiologists, LLC | - | 74.30 | 74.30 | |
| Amtec Medical, Inc. | - | 214.62 | 214.62 | |
| Amundsen Food Equipment | - | 1,360.63 | 1,360.63 | |
| Angelwear Scrubs etc LLC | - | 458.52 | 458.52 | |
| Angiodynamics Inc | - | 4,763.55 | 4,763.55 | |
| Background Research Solutions LLC | - | 1,894.00 | 1,894.00 | |
| Baolien Tu, MD | - | 6,650.00 | 6,650.00 | |
| Baxter Healthcare Corporation | - | 5,966.70 | 5,966.70 | |
| Boston Scientific Corp | - | 3,764.47 | 3,764.47 | |
| Brian P. Levy, MD | - | 14,600.00 | 14,600.00 | |
| Briggs | - | 422.46 | 422.46 | |
| Cardinal Health | 195,095.03 | 161,947.30 | 195,095.03 | |
| CDW Direct | - | 447.65 | 447.65 | |
| Centurion | - | 225.20 | 225.20 | |
| CHFG Edmond | - | - | - | 95,695.06 |
| Chickasaw Telecom INC | - | 3,958.65 | 3,958.65 | |
| Chris Martin, M.D. | - | 4,400.00 | 4,400.00 | |
| Clean Air Essentials 797 | - | 532.00 | 532.00 | |
| Cummins Southern Plains | - | 3,709.24 | 3,709.24 | |
| Diagnostic Mobile XRay, Inc. | - | 37,426.68 | 37,426.68 | |
| DTG Medical Electronics Inc | - | 484.74 | 484.74 | |
| Dynamic Medical Solutions, Inc | - | 2,050.00 | 2,050.00 | |
| Earl's Rib Palace | - | 404.18 | 404.18 | |
| EMSA | 11,084.21 | 11,210.78 | 11,210.78 | |
| Faith Electric, Inc | - | 455.86 | 455.86 | |
| FFF Enterprises | - | 3,182.78 | 3,182.78 | |
| Fresenius Medical Care | 2,253.64 | 2,253.64 | 2,253.64 | |
| Fukuda Denshi USA, INC | 680.21 | 251.81 | 680.21 | |
| Hagar Restaurant Service Inc | - | 605.39 | 605.39 | |
| HD Supply Facilities Maintenance, Ltd. | - | 266.86 | 266.86 | |
| Health Care Logistics, Inc. | - | 664.28 | 664.28 | |
| Health Care Systems, Inc. | - | 2,018.05 | 2,018.05 | |
| Hill-Rom Company, Inc. | - | 11,804.98 | 11,804.98 | |
| Hospira Worldwide, Inc. | - | 34.94 | 34.94 | |
| Imperial Coffee | - | 941.75 | 941.75 | |
| Intermetro Industries Corporation | - | 1,792.62 | 1,792.62 | |
| Joerns - 713222 | - | 82,567.01 | 82,567.01 | |
| John Chiaffitelli, MD | - | 1,575.00 | 1,575.00 | |
| Kaeser Blair Incorporated | - | 670.55 | 670.55 | |
| KCI USA | 45,278.75 | 45,285.82 | 45,285.82 | |
| Leaf | 31,189.54 | 2,685.95 | 31,189.54 | |
| Linen King, LLC | - | 2,494.53 | 2,494.53 | |
| Lorraine T. Wilson MD PC | - | 7,500.00 | 7,500.00 | |
| Mac Systems | - | 338.77 | 338.77 | |
| Majors Medical Supply | - | 700.00 | 700.00 | |
| Marlin Business Bank | - | 124.40 | 124.40 | |
| Masimo Americas, Inc | - | 283.48 | 283.48 | |
| Matheson Tri Gas Inc | - | 8,602.40 | 8,602.40 | |
| MedCenterDisplay, LLC | - | 241.66 | 241.66 | |
| Medical Technology Associates, Inc. | - | 1,669.70 | 1,669.70 | |
| Medline Industries, Inc. | 136,677.52 | 129,394.28 | 136,677.52 | |
| MedRide Oklahoma Critical Care Transport | - | 172.08 | 172.08 | |
| Mercy Hospital Oklahoma City | 147,948.09 | 122,627.32 | 147,948.09 | |
| Mercy Hospital Oklahoma City - Rent | 170,383.02 | 167,949.11 | 170,383.02 | |
| Merit Medical Systems Inc | - | 1,502.80 | 1,502.80 | |
| Oak Farms Tulsa | - | 746.06 | 746.06 | |
| Occupational Health Centers | - | 1,513.80 | 1,513.80 | |
| Office Depot, Inc. | 13,488.92 | 10,197.59 | 13,488.92 | |
| OK Independent Provider Network LLC | - | 251,720.00 | 251,720.00 | |
| Oklahoma Blood Institute | - | 2,497.80 | 2,497.80 | |
| Oklahoma Critical Care Transport | - | 2,649.10 | 2,649.10 | |
| Oklahoma Heart Hospital | - | 12,311.34 | 12,311.34 | |
| Omnicell | - | 8,413.17 | 8,413.17 | |
| OU Medical Center | - | 9,861.82 | 9,861.82 | |
| Panera Bread | - | 277.08 | 277.08 | |
| PathoGenius Laboratories | - | 3,240.00 | 3,240.00 | |
| Patterson Medical | - | 3,252.05 | 3,252.05 | |
| Performance Health Supply, Inc. | - | 468.31 | 468.31 | |
| Philips Healthcare | - | 10,160.48 | 10,160.48 | |
| Questcare EM Oklahoma LLC | - | 425.00 | 425.00 | |
| Rader Solutions Ltd. | - | 21,202.90 | 21,202.90 | |
| Radiology Consultants, PC | - | 8,794.73 | 8,794.73 | |
| Red Plains Professional, Inc | - | 500.00 | 500.00 | |
| Renal Treatment Centers - West, Inc. | 20,176.98 | 7,637.70 | 20,176.98 | |
| Robinson Medical | 6,634.52 | 6,533.78 | 6,634.52 | |
| Saqib & Afia LLC | - | 2,400.00 | 2,400.00 | |
| Smart Image Systems | - | 1,308.41 | 1,308.41 | |
| Sonata Diagnostic Imaging, LLC | - | 491.67 | 491.67 | |
| Stability Biologics | 258,505.00 | 243,950.00 | 258,505.00 | |

| Edmond | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| Stericycle, Inc. | - | 15,190.84 | 15,190.84 | |
| Stryker Flex Financial | 59,707.10 | 5,259.30 | 59,707.10 | |
| Summit Medical Center | - | 3,725.03 | 3,725.03 | |
| Suntech Mechanical | - | 59.50 | 59.50 | |
| Superior Linen Service, Inc. | - | 3,574.48 | 3,574.48 | |
| Sysco Oklahoma, LLC | 32,891.09 | 29,943.63 | 32,891.09 | |
| Telemedicine Solutions LLC | - | 2,138.40 | 2,138.40 | |
| The Beckerley Group, PLLC | 2,100.00 | 24,650.00 | 24,650.00 | |
| The Pathology Group | - | 117.50 | 117.50 | |
| Timothy L. Grode, M.D. | - | 25,252.84 | 25,252.84 | |
| Tulsa-AMG Specialty Hospital, LLC | - | - | - | 66.30 |
| U.S. Med-Equip, Inc. | - | 3,214.86 | 3,214.86 | |
| United Laboratories | - | 189.16 | 189.16 | |
| Unity EMS | - | 76.25 | 76.25 | |
| Universal Hospital Services | - | 10,404.05 | 10,404.05 | |
| Valley Proteins, Inc | - | 422.83 | 422.83 | |
| Vapotherm | - | 3,854.07 | 3,854.07 | |
| Zahid Ahmad, M.D. | - | 17,500.00 | 17,500.00 | |
| Zoll Medical Corporation | - | 2,373.17 | 2,373.17 | |
| **UNSCHEDULED CLAIMS** | | | | |
| Airgas USA, LLC | 2,932.64 | - | 2,932.64 | |
| IPFS Corporation | 40,284.26 | - | 40,284.26 | |
| **TOTAL UNSECURED CLAIMS** | | | **1,873,020.32** | |

## Schedule of Unsecured Claims

| Greenwood | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| **Abbott Diabetes Care Sales Corp** | - | 944.52 | 944.52 | |
| **Acadiana Management Group, LLC** | - | - | - | 40,545.25 |
| **American Medical Response** | - | 2,626.05 | 2,626.05 | |
| **AMG - Management** | - | - | - | 328,621.53 |
| **Aramark** | - | 18,173.83 | 18,173.83 | |
| **Aramark Healthcare Support** | - | 3,586.54 | 3,586.54 | |
| **Avant Healthcare Professionals LLC** | - | 33,967.70 | 33,967.70 | |
| **Background Research Solutions, LLC** | - | 128.50 | 128.50 | |
| **Baxter Healthcare Corp** | - | 33.06 | 33.06 | |
| **Cardinal Health** | - | 844.11 | 844.11 | |
| **Centurion Medical Products** | - | 757.20 | 757.20 | |
| **Crystal Grill** | - | 949.73 | 949.73 | |
| **Daniel Plunkett, MD** | - | 1,000.00 | 1,000.00 | |
| **Data Systems Managment, Inc.** | - | 1,052.17 | 1,052.17 | |
| **Delta Oncology, Inc** | - | 6,897.55 | 6,897.55 | |
| **EHOB** | - | 1,838.79 | 1,838.79 | |
| **FocusOne Solutions LLC** | - | 12,973.91 | 12,973.91 | |
| **Fresenius Medical Care** | 5,380.19 | 5,200.85 | 5,380.19 | |
| **Fresenius USA Manufacturing** | 126.99 | 261.99 | 261.99 | |
| **Fukuda Denshi USA, Inc** | - | 972.01 | 972.01 | |
| **Greenwood Leflore Hospital** | 1,159,631.63 | 569,350.63 | 1,159,631.63 | |
| **Hospira Worldwide, Inc** | - | 2,210.30 | 2,210.30 | |
| **Integral Therapy Solutions, LLC** | - | 7,448.75 | 7,448.75 | |
| **Joerns - 713222** | - | 882.75 | 882.75 | |
| **Kaeser & Blair Incorporated** | - | 137.46 | 137.46 | |
| **KCI USA** | 2,504.11 | 1,835.50 | 2,504.11 | |
| **Medline Industries, Inc.** | 68,453.12 | 66,023.46 | 68,453.12 | |
| **Office Depot** | - | 1,120.53 | 1,120.53 | |
| **Premium Refreshment Service** | - | 153.25 | 153.25 | |
| **Prime Care Nursing** | - | 19,958.34 | 19,958.34 | |
| Rader Solutions Ltd. | - | 2,370.68 | 2,370.68 | |
| **Ravi Pande MD** | - | 2,000.00 | 2,000.00 | |
| Shred-It | 1,690.60 | 1,690.60 | 1,690.60 | |
| **Southern Duplicating of Clarksdale** | - | 480.67 | 480.67 | |
| **U.S. Med-Equip, Inc.** | - | 9.76 | 9.76 | |
| **Universal Hospital Services** | - | 17,438.52 | 17,438.52 | |
| **What's Cooking? Catering** | - | 651.91 | 651.91 | |
| **Willow Anesthesia** | - | 2,373.17 | 2,373.17 | |
| **UNSCHEDULED CLAIMS** | | | | |
| **IPFS Corporation** | 18,775.42 | - | 18,775.42 | |
| **LEAF Capital Funding, LLC** | 6,300.13 | - | 6,300.13 | |
| **TOTAL UNSECURED CLAIMS** | | | **1,406,978.95** | |

## Schedule of Unsecured Claims

| Houma | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| **A-1 Vacuum Service** | - | 221.25 | 221.25 | |
| **Abbott Diabetes Care Sales Corp** | - | 1,134.13 | 1,134.13 | |
| **Acadian Ambulance Services** | - | 10,195.65 | 10,195.65 | |
| **Acadiana Management Group** | - | - | - | 16,598.48 |
| **ACell Inc** | - | 14,242.66 | 14,242.66 | |
| **Airgas USA, LLC** | 1,205.37 | 1,267.96 | 1,267.96 | |
| **All Industrial Medical Services, LLC** | - | 3,035.00 | 3,035.00 | |
| **Allscripts Healthcare, LLC** | - | 906.30 | 906.30 | |
| **ALSCO** | - | 2,257.34 | 2,257.34 | |
| **Ambu Inc** | - | 1,595.85 | 1,595.85 | |
| **AMG- MGMT** | - | - | - | 81,781.54 |
| **Austin Fire Systems LLC** | - | 1,705.73 | 1,705.73 | |
| **Background Research Solutions LLC** | - | 733.00 | 733.00 | |
| **Baxter** | - | 5,637.63 | 5,637.63 | |
| **BRG Phones Plus** | - | 260.00 | 260.00 | |
| **Browns Dairy** | - | 31.25 | 31.25 | |
| **Centurion Medical Products** | - | 7,395.76 | 7,395.76 | |
| **Cross Cut Shredders LLC** | - | 967.00 | 967.00 | |
| **Daikin** | - | 5,361.82 | 5,361.82 | |
| **Direct Supply Inc** | 1,698.17 | 2,339.97 | 2,339.97 | |
| **Economical Janitorial & Paper Supplies** | - | 1,916.54 | 1,916.54 | |
| **EHOB** | - | 2,223.17 | 2,223.17 | |
| **Eric Jukes, MD** | - | 2,400.00 | 2,400.00 | |
| **FocusOne Solutions LLC** | - | 2,157.39 | 2,157.39 | |
| **Fukuda Denshi USA Inc** | - | 1,647.83 | 1,647.83 | |
| **Generator Power Systems of LA LLC** | - | 1,545.20 | 1,545.20 | |
| **Gifted Nurses** | - | 1,250.50 | 1,250.50 | |
| **Gregory Maidoh, MD** | - | 5,000.00 | 5,000.00 | |
| **Guillot's Sanitary Supplies, INC** | - | 209.12 | 209.12 | |
| **Houma Healthcare Properties, LLC** | - | 90,335.96 | 90,335.96 | |
| **Houma Radiology Associates** | - | 2,511.00 | 2,511.00 | |
| **IDEXX Laboratories** | - | 2,054.82 | 2,054.82 | |
| **Insignia Marketing, Inc** | - | 298.00 | 298.00 | |
| **Institutional Pharmacies of Louisiana** | - | 11,751.96 | 11,751.96 | |
| **Joerns - 713222** | - | 2,746.76 | 2,746.76 | |
| **Kaeser & Blair** | - | 494.26 | 494.26 | |
| **KCI USA** | 5,704.67 | 5,704.67 | 5,704.67 | |
| **Louisiana Dept. of Health** | - | 38,372.00 | 38,372.00 | |
| **Louisiana Kidney Care** | - | 18,250.00 | 18,250.00 | |
| **Medline Industries, Inc.** | 62,463.67 | 60,558.70 | 62,463.67 | |
| **Office Depot** | - | 305.01 | 305.01 | |
| **OPTI Medical System, Inc** | - | 612.08 | 612.08 | |
| **OTIS Elevator Company** | - | 7,919.60 | 7,919.60 | |
| **PPO Plus** | - | 3,006.45 | 3,006.45 | |
| **Praxair** | - | 7,951.70 | 7,951.70 | |
| **ProMed Staffing Agency** | - | 9,156.94 | 9,156.94 | |
| Rader Solutions Ltd. | - | 14,338.75 | 14,338.75 | |
| **Raja Talluri, MD** | - | 15,000.00 | 15,000.00 | |
| **Reinhart FoodService** | - | 5,944.90 | 5,944.90 | |
| **Respiratory Services, Inc** | - | 1,168.66 | 1,168.66 | |
| **Russell Henry, MD** | - | 7,400.00 | 7,400.00 | |
| **SHI International Corp** | - | 1,530.13 | 1,530.13 | |
| **Sono Tech Enterprises, Inc.** | - | 1,265.00 | 1,265.00 | |
| **Southeast Neuroscience Center** | - | 4,088.00 | 4,088.00 | |
| **Surgical & Hospital Supplies** | - | 2,217.80 | 2,217.80 | |
| **Tennant Sales and Service Co** | - | 889.65 | 889.65 | |
| **Terrebonne General Medical Center** | - | 126,753.51 | 126,753.51 | |
| **Trane U.S. Inc.** | - | 47,735.03 | 47,735.03 | |
| **United Ad Label** | - | 552.49 | 552.49 | |
| **Universal Hospital Services** | - | 7,992.48 | 7,992.48 | |
| **Valley Supply Company** | - | 1,406.80 | 1,406.80 | |

## Schedule of Unsecured Claims

| Houma | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---|
| **Vapotherm Inc** | - | 1,044.24 | 1,044.24 | |
| **Westport Linen Services** | - | 4,954.65 | 4,954.65 | |
|   UNSCHEDULED CLAIMS | | | | |
| **IPFS Corporation** | 34,847.78 | - | 34,847.78 | |
|   **TOTAL UNSECURED CLAIMS** | | | **620,702.80** | |

# Schedule of Unsecured Claims

| Las Vegas | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| SCHEDULED CLAIMS | | | | |
| Acadiana Management Group | - | - | - | 25,456.49 |
| Advantage On Call LLC | - | 1,332.00 | 1,332.00 | |
| Air Liquide Healthcare | - | 5,999.55 | 5,999.55 | |
| Airgas USA, LLC | - | 3,975.01 | 3,975.01 | |
| Airtec Gases | - | 5,586.40 | 5,586.40 | |
| Alternative Office Systems (DNU) | - | 146.77 | 146.77 | |
| AMR NEVADA | - | 7,724.54 | 7,724.54 | |
| Angelica | - | 2,137.37 | 2,137.37 | |
| Anthony Pollard DO | - | 8,000.00 | 8,000.00 | |
| Aspen Communications | - | 983.33 | 983.33 | |
| Associated Pathologists Chartered | - | 338.30 | 338.30 | |
| Background Research Solutions, LLC | - | 612.00 | 612.00 | |
| Batteries + Bulbs | - | 191.09 | 191.09 | |
| Baxter Healthcare Corporation | - | 3,256.93 | 3,256.93 | |
| Brady Industries, LLC | 8,627.68 | 8,627.68 | 8,627.68 | |
| CareFusion | - | 21,966.38 | 21,966.38 | |
| Community Ambulance | - | 1,231.84 | 1,231.84 | |
| Concentra | - | 433.00 | 433.00 | |
| Covidien | - | 624.68 | 624.68 | |
| Covington Rehab | - | 1,950.00 | 1,950.00 | |
| cpsi | - | 1,756.58 | 1,756.58 | |
| EHOB | - | 822.51 | 822.51 | |
| Eugene Porreca, MD | - | 3,000.00 | 3,000.00 | |
| EZ Flooring and Design | - | 5,659.70 | 5,659.70 | |
| Fukuda Denshi USA, Inc | 1,055.46 | 1,055.46 | 1,055.46 | |
| Grainger | - | 1,104.79 | 1,104.79 | |
| Hill-Rom | - | 1,386.73 | 1,386.73 | |
| Iron Mountain | - | 466.83 | 466.83 | |
| Joerns - 713222 | - | 24,069.11 | 24,069.11 | |
| Kaeser & Blair | - | 2,170.17 | 2,170.17 | |
| KCI USA | 1,268.93 | 1,268.93 | 1,268.93 | |
| Kolesar & Leathman | - | 6,952.41 | 6,952.41 | |
| Las Vegas Urology | - | 150.00 | 150.00 | |
| Lewis Brisbois Bisgaar | - | 5,751.60 | 5,751.60 | |
| Mantro Mobile Imaging | - | 9,183.97 | 9,183.97 | |
| Masimo Americas, Inc | - | 508.28 | 508.28 | |
| Medical Transport Company, LLC | - | 6,921.59 | 6,921.59 | |
| Medicwest Ambulance, Inc | - | 8,982.02 | 8,982.02 | |
| Medline Industries, Inc. | 41,111.14 | 39,998.40 | 41,111.14 | |
| Ming Wei Wu, DO | - | 3,750.00 | 3,750.00 | |
| Nawaz A. Qureshi, MD | - | 4,000.00 | 4,000.00 | |
| Neri Maria Blanco-Cuevas, MD | - | 168.50 | 168.50 | |
| North Vista Hospital | - | 4,389.93 | 4,389.93 | |
| Nova Biomedical | - | 1,161.54 | 1,161.54 | |
| Office Depot, Inc | - | 2,835.66 | 2,835.66 | |
| Owens & Minor Distribution, Inc | - | 8,097.34 | 8,097.34 | |
| Patchin Pictures, LLC | - | 1,400.00 | 1,400.00 | |
| Performance Health formally Patterson Med | - | 3,689.26 | 3,689.26 | |
| Professional Nursing Consult Services | - | 6,391.67 | 6,391.67 | |
| Quest Diagnostics | - | 15,999.36 | 15,999.36 | |
| Rader Solutions Ltd. | - | 12,477.51 | 12,477.51 | |
| Rehabmart, LLC | - | 1,119.32 | 1,119.32 | |
| Reliable Health Care Services, Inc | - | 2,632.50 | 2,632.50 | |
| Renal Treatment Centers-California, Inc | 3,385.12 | 3,385.12 | 3,385.12 | |
| SHI | - | 2,505.44 | 2,505.44 | |
| Stability Biologics | 5,775.00 | 5,775.00 | 5,775.00 | |
| Sunrise Hospital and Medical Center, LLC | - | 1,492.12 | 1,492.12 | |
| Sysco | 14,467.57 | 14,396.22 | 14,467.57 | |
| Telemedicine Solutions, LLC | - | 2,138.40 | 2,138.40 | |
| THC of Nevada | 214,776.10 | 210,934.26 | 214,776.10 | |
| Tri-anim | - | 3,344.78 | 3,344.78 | |
| Twin Med, LLC | - | 416.96 | 416.96 | |
| United Blood Services | - | 12,955.61 | 12,955.61 | |
| Universal Hospital Services | - | 7,845.55 | 7,845.55 | |
| Vapotherm, Inc | - | 546.38 | 546.38 | |
| Welmed Inc | - | 3,111.04 | 3,111.04 | |
| Young Plumbing, Inc | - | 75.00 | 75.00 | |

# Schedule of Unsecured Claims

| Las Vegas | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **UNSCHEDULED CLAIMS** | | | | |
| Blood Systems, Inc. | 1,163.92 | - | 1,163.92 | |
| IPFS Corporation | 10,294.40 | - | 10,294.40 | |
| **TOTAL UNSECURED CLAIMS** | | | 549,844.67 | |

# Schedule of Unsecured Claims

| Central Indiana | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| **Abbott Diabetes Care Sales Corp679** | - | 1,675.16 | 1,675.16 | |
| **Abbott Diabetes Care Sales Corp997** | - | 484.87 | 484.87 | |
| **Acadiana Management Group** | - | - | - | 22,836.55 |
| **Access to Care** | - | 5,196.07 | 5,196.07 | |
| **Ahmed Atef Behery, M.D.** | - | 7,951.75 | 7,951.75 | |
| **American Solutions for Business** | 206.34 | 206.34 | 206.34 | |
| **AMG- MGMT** | - | - | - | 111,261.43 |
| **Anthony Dowell M.D.** | - | 11,301.20 | 11,301.20 | |
| **Avant Healthcare Professionals, LLC** | - | 35,687.43 | 35,687.43 | |
| **Background Research Solutions, LLC** | - | 1,540.00 | 1,540.00 | |
| **Baxter Healthcare Corporation** | - | 23,867.26 | 23,867.26 | |
| **Bio-Med BSC** | - | 480.00 | 480.00 | |
| **Briggs Healthcare** | - | 194.68 | 194.68 | |
| **Cardinal Health** | 207,723.85 | 182,196.63 | 207,723.85 | |
| **Community Health Network Inc** | 109,736.99 | 85,974.55 | 109,736.99 | |
| **Community Occupational Health Svs** | - | 968.00 | 968.00 | |
| **Cover Tek** | - | 206.50 | 206.50 | |
| **Curbell Medical Products, Inc.** | 333.25 | 333.25 | 333.25 | |
| **Delaware County Treasurer** | - | 2,605.65 | 2,605.65 | |
| **EHOB** | - | 1,840.03 | 1,840.03 | |
| **Favorite Healthcare Staffing, Inc.** | - | 25,739.37 | 25,739.37 | |
| **FocusOne Solutions LLC** | - | 30,396.77 | 30,396.77 | |
| **Fresenius Medical Care** | 74,256.49 | 37,674.27 | 74,256.49 | |
| **Hancock County Treasurer** | - | 3,559.54 | 3,559.54 | |
| **Hancock Physician Network, LLC** | - | 99,219.00 | 99,219.00 | |
| **Hancock Regional Hospital** | - | 236,794.41 | 236,794.41 | |
| **Hancock Regional Hospital-Rent** | - | 740,510.09 | 740,510.09 | |
| **Health Care Logistics, Inc.** | - | 813.41 | 813.41 | |
| **Heartland Ambulance Services** | - | 3,845.00 | 3,845.00 | |
| **Hill-Rom Company, Inc.** | - | 21,603.07 | 21,603.07 | |
| **Holt Construction Group** | - | 2,040.00 | 2,040.00 | |
| **Indiana Nephrology & Internal Medicine PC** | - | 7,500.00 | 7,500.00 | |
| **Integrated Rental Services, Inc** | - | 9,747.60 | 9,747.60 | |
| **Intermetro Industries Corporation** | - | 2,182.80 | 2,182.80 | |
| **Iron Mountain** | - | 1,452.54 | 1,452.54 | |
| **IU Health Ball** | 1,487,453.33 | 1,247,027.55 | 1,487,453.33 | |
| **IU Health Ball Memorial Physicians** | 30,893.00 | 26,933.00 | 30,893.00 | |
| **Jack Feliciano, MD** | - | 4,500.00 | 4,500.00 | |
| **Joerns - 713222** | - | 57,018.69 | 57,018.69 | |
| **Joerns - 714305** | - | 87.10 | 87.10 | |
| **Kaesar & Blair Incorporated** | - | 255.27 | 255.27 | |
| **KCI USA** | 27,374.71 | 27,499.24 | 27,499.24 | |
| **Key Surgical** | - | 272.85 | 272.85 | |
| **Laboratory Corporation of America** | - | 428.75 | 428.75 | |
| **Masimo Americas, Inc.** | - | 581.83 | 581.83 | |
| **Medline Industries, Inc.** | 112,640.11 | 108,270.74 | 112,640.11 | |
| **Med-Rec Systems** | - | 819.08 | 819.08 | |
| **Office Depot, Inc.** | 8,140.91 | 8,140.91 | 8,140.91 | |
| **Performance Health Supply, Inc.** | - | 112.54 | 112.54 | |
| **PiccFusion** | - | 33,235.00 | 33,235.00 | |
| **Prevail Prosthetics & Orthotics** | - | 230.40 | 230.40 | |
| **Quality Building Maintenance, Inc** | - | 47,634.00 | 47,634.00 | |
| Rader Solutions Ltd. | - | 20,831.78 | 20,831.78 | |
| **Ravi Sarin MD** | - | 14,500.00 | 14,500.00 | |
| **Reid Health** | - | 8,660.57 | 8,660.57 | |
| **Seals Ambulance Inc** | - | 10,425.49 | 10,425.49 | |
| **Spacelabs Healthcare** | - | 46.56 | 46.56 | |
| **Sri Krishna Vasireddy, M.D.** | - | 5,472.50 | 5,472.50 | |
| **Telemedicine Solutions LLC** | - | 4,276.80 | 4,276.80 | |
| **TJ Uniforms** | - | 1,182.74 | 1,182.74 | |
| **United Hospital Services, LLC** | - | 6,534.16 | 6,534.16 | |
| **Universal Hospital Services** | - | 9,412.71 | 9,412.71 | |
| **Vapotherm, Inc.** | - | 1,545.73 | 1,545.73 | |
| **Vascular Access Plus** | - | 6,342.50 | 6,342.50 | |
| **Wells Fargo Financial Leasing** | 8,977.28 | 598.31 | 8,977.28 | |
| **Wexford Labs, Inc** | - | 216.10 | 216.10 | |
| **zCover** | - | 332.52 | 332.52 | |
| **Zoll Medical Corporation** | - | 727.60 | 727.60 | |
| **UNSCHEDULED CLAIMS** | | | - | |

## Schedule of Unsecured Claims

| Central Indiana | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **IPFS Corporation** | 13,455.30 | - | 13,455.30 | |
| **TOTAL UNSECURED CLAIMS** | | | **3,596,401.56** | |

# Schedule of Unsecured Claims

| Lafayette | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| **Abbott Diabetes Care Sales Corp** | - | 472.77 | 472.77 | |
| **Acadian Ambulance** | - | 3,420.84 | 3,420.84 | |
| **Acadiana Acute Care Assoc.** | - | 1,038.00 | 1,038.00 | |
| **Acadiana Management Group.** | - | - | - | 74,420.88 |
| **Acadiana Radiology Group, LLC** | - | 71.91 | 71.91 | |
| **Advantage Medical Professionals, LLC** | - | 16,452.62 | 16,452.62 | |
| **Ambu Inc** | - | 1,645.33 | 1,645.33 | |
| **AMG - Management** | - | - | - | 192,240.95 |
| **AMG Realty Youngsville, LLC** | - | - | - | 329,504.12 |
| **Background Research Solutions LLC** | - | 934.00 | 934.00 | |
| **Baxter Healthcare Corporation** | - | 4,097.77 | 4,097.77 | |
| **Centurion Medical Products** | - | 3,683.08 | 3,683.08 | |
| **ClarkCo LLC** | - | 15,000.00 | 15,000.00 | |
| **Doumit Land Management Services** | - | 600.00 | 600.00 | |
| **Dynamic Infusion Therapy Inc** | - | 6,086.25 | 6,086.25 | |
| **EHOB** | - | 779.48 | 779.48 | |
| **FMC Dialysis Services West Lafayette** | 20,290.00 | 19,613.66 | 20,290.00 | |
| **FocusOne Solutions LLC** | - | 24,776.79 | 24,776.79 | |
| **Frank W Courmier Jr** | - | 6,000.00 | 6,000.00 | |
| **Fukuda Denshi USA Inc** | 1,247.71 | 1,247.71 | 1,247.71 | |
| **Grainger** | - | 298.62 | 298.62 | |
| **Hanger Clinic** | - | 97.09 | 97.09 | |
| **Hill-Rom Company Inc** | - | 2,975.70 | 2,975.70 | |
| **James A Noriega Jr MD** | - | 4,000.00 | 4,000.00 | |
| **Joerns - 713222** | - | 22,303.08 | 22,303.08 | |
| **Joerns - 714305** | - | 10,310.13 | 10,310.13 | |
| **Jorge Belgodere MD** | - | 4,000.00 | 4,000.00 | |
| **Justin Ardoin MD** | - | 2,000.00 | 2,000.00 | |
| **KCI USA Inc** | - | 2,578.63 | 2,578.63 | |
| **Kenneth Spiller MD** | - | 6,000.00 | 6,000.00 | |
| **Kevin A Courville MD** | - | 10,000.00 | 10,000.00 | |
| **Lafayette Bargain Store** | - | 486.55 | 486.55 | |
| **Lafayette General Medical Center** | - | 31,413.20 | 31,413.20 | |
| **LifeNet Health** | 2,150.00 | 2,150.00 | 2,150.00 | |
| **Liquid Environmental Solutions** | - | 272.74 | 272.74 | |
| **Louisiana Dept. of Health** | - | 79,055.00 | 79,055.00 | |
| **Medical Specialist of Acadiana** | - | 6,000.00 | 6,000.00 | |
| **Medline Industries Inc** | 65,171.19 | 63,103.64 | 65,171.19 | |
| **Mehandi Haran MD** | - | 2,000.00 | 2,000.00 | |
| **Motorola Solutions, Inc.** | - | 1,486.76 | 1,486.76 | |
| **Office Depot** | 2,448.44 | 2,448.44 | 2,448.44 | |
| **Our Lady of Lourdes (RAD,O/P & Dial. - PP)** | - | 36,317.33 | 36,317.33 | |
| **Our Lady of Lourdes RMC (Dietary - PP)** | - | 53,759.17 | 53,759.17 | |
| **Our Lady of Lourdes RMC (RENT - PP)** | - | 77,043.06 | 77,043.06 | |
| **Our Lady of The Lake (LAB SERVICES)** | - | 50,039.11 | 50,039.11 | |
| **Patient Point Hospital Solutions** | - | 418.17 | 418.17 | |
| **Physician Utilities Inc** | - | 4,000.00 | 4,000.00 | |
| **Professional Anesthesia Services** | - | 207.00 | 207.00 | |
| **Rader Solutions Ltd.** | - | 1,904.85 | 1,904.85 | |
| **Respiratory Services Inc** | - | 5,253.80 | 5,253.80 | |
| **Richard Fei MD** | - | 2,000.00 | 2,000.00 | |
| **Scrubworx** | - | 1,048.92 | 1,048.92 | |
| **Stryker Flex Financial** | 24,735.90 | 1,766.85 | 24,735.90 | |
| **Telemedicine Solutions LLC** | - | 2,138.40 | 2,138.40 | |
| **Tri-Tec Medical, Inc.** | - | 6,480.00 | 6,480.00 | |
| **Universal Hospital Services** | - | 6,052.04 | 6,052.04 | |
| **US Med-Equip Inc** | - | 187.68 | 187.68 | |
| **Vapotherm Inc** | - | 686.70 | 686.70 | |
| **YP** | - | 250.00 | 250.00 | |
| **UNSCHEDULED CLAIMS** | - | | - | |
| **Airgas USA, LLC** | 662.33 | - | 662.33 | |
| **IPFS Corporation** | 24,722.89 | - | 24,722.89 | |
| **TOTAL UNSECURED CLAIMS** | | | **659,551.03** | |

# Schedule of Unsecured Claims

| Tulsa | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| Abbott Laboratories Inc | - | 6,671.20 | 6,671.20 | |
| Acadiana Management Group | - | - | - | 33,339.57 |
| Accountable Healthcare | 43,109.95 | 43,109.95 | 43,109.95 | |
| AHS Walk-In Clinic | - | 256.00 | 256.00 | |
| Airgas USA Inc. | 10,368.22 | 7,631.45 | 10,368.22 | |
| American Solutions for Business | 211.72 | 211.72 | 211.72 | |
| Angiodynamics | - | 6,184.91 | 6,184.91 | |
| Audit MicroControls, Inc. | - | 379.57 | 379.57 | |
| Background Research Solutions LLC | - | 1,735.00 | 1,735.00 | |
| Baxter Healthcare Corporation | - | 2,373.84 | 2,373.84 | |
| BioTAB LLC | - | 300.00 | 300.00 | |
| Briggs Corporation | - | 150.61 | 150.61 | |
| Cardinal Health Medical | 57,259.20 | 44,327.43 | 57,259.20 | |
| Centurion Medical Product | - | 5,881.76 | 5,881.76 | |
| CITYPLEX TOWERS | - | 46,981.34 | 46,981.34 | |
| Complete Facility Services, LLC | - | 13,688.00 | 13,688.00 | |
| Covidien LP | - | 325.56 | 325.56 | |
| Critical Alert | - | 489.24 | 489.24 | |
| Curbell Medical | 2,259.82 | 2,229.82 | 2,259.82 | |
| Custom Medical Solutions | - | 224.09 | 224.09 | |
| Digiprint | - | 55.65 | 55.65 | |
| Drager Medical, Inc | - | 3,836.00 | 3,836.00 | |
| DTG Medical Electronics, Inc | - | 927.00 | 927.00 | |
| EHOB | - | 2,562.60 | 2,562.60 | |
| EMSA | 7,468.42 | 7,468.42 | 7,468.42 | |
| Fresenius Medical Care | 55,389.14 | 53,727.84 | 55,389.14 | |
| Fukuda Denshi | 3,724.33 | 3,724.33 | 3,724.33 | |
| GE Healthcare | - | 37,834.89 | 37,834.89 | |
| Grainger | - | 792.66 | 792.66 | |
| Health Care Logistics | - | 254.22 | 254.22 | |
| Health Care Systems, Inc | - | 2,050.00 | 2,050.00 | |
| HealthRide | - | 713.80 | 713.80 | |
| Hillcrest Medical Center | - | 169.64 | 169.64 | |
| HireCall Licensing, LLC | - | 1,707.32 | 1,707.32 | |
| Hospira Worldwide Inc | - | 3,228.13 | 3,228.13 | |
| ID Consultants PLLC | - | 2,250.00 | 2,250.00 | |
| James R Higgins, MD | - | 440.00 | 440.00 | |
| Joerns - 713222 | - | 27,674.85 | 27,674.85 | |
| Kaeser | - | 1,641.04 | 1,641.04 | |
| KCI USA | 16,278.22 | 17,310.16 | 17,310.16 | |
| Masimo Americas Inc | - | 1,517.94 | 1,517.94 | |
| Maxim Healthcare Services | - | 20,089.80 | 20,089.80 | |
| McAlister's Deli | - | 2,996.56 | 2,996.56 | |
| Medical Technology Associates, Inc. | - | 490.00 | 490.00 | |
| Medline Industries, Inc. | 122,546.73 | 119,064.49 | 122,546.73 | |
| MedSupport Transporation & Mazon Associat | - | 259.00 | 259.00 | |
| Meek's Electrical Services, Inc. | - | 4,722.98 | 4,722.98 | |
| MobileXUSA | - | 14,716.66 | 14,716.66 | |
| Norlem Technology Consulting, Inc. | - | 437.24 | 437.24 | |
| Nurse Finders | - | 8,985.21 | 8,985.21 | |
| Office Depot | 4,002.95 | 4,003.25 | 4,003.25 | |
| Oklahoma Blood Institute | - | 12,783.22 | 12,783.22 | |
| Oklahoma Surgical Hospital | - | 24,649.50 | 24,649.50 | |
| Pathology Laboratory Assoicates | - | 1,050.00 | 1,050.00 | |
| Phillips Healthcare | - | 1,467.24 | 1,467.24 | |
| Physio-Control, Inc | - | 949.55 | 949.55 | |
| Precision Dynamics Corporation | - | 359.98 | 359.98 | |
| Prohab Therapy Specialists | 12,312.50 | 12,312.50 | 12,312.50 | |
| Pulmonary Medicine Associates, Inc. | - | 77,500.00 | 77,500.00 | |
| Rader Solutions | - | 22,192.88 | 22,192.88 | |
| Regional Medical Lab (Name on bill) | - | 107.30 | 107.30 | |
| Regional Medical Laboratory | - | 91,827.24 | 91,827.24 | |
| Reliable Building Services | - | 13,688.00 | 13,688.00 | |
| Robinson Medical Resource | 165,371.27 | 155,193.27 | 165,371.27 | |
| SHC Services | - | 11,873.64 | 11,873.64 | |
| Sodexo, Inc & Affiliates | - | 74,440.24 | 74,440.24 | |
| SteadMed Medical LLC | - | 1,893.16 | 1,893.16 | |
| Stryker | - | 6,499.00 | 6,499.00 | |
| Superior Linen Service, Inc. | - | 5,324.74 | 5,324.74 | |
| Tacy Medical, Inc. | - | 1,621.52 | 1,621.52 | |

## Schedule of Unsecured Claims

| Tulsa | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---|
| Team Medical | - | 4,277.50 | 4,277.50 | |
| Telemedicine Solutions, LLC | - | 2,138.40 | 2,138.40 | |
| The Uniform Shoppe, Inc | - | 1,243.22 | 1,243.22 | |
| Total Medical Personnel | - | 54,265.28 | 54,265.28 | |
| Trust Healthcare, LLC | 20,969.48 | 20,969.48 | 20,969.48 | |
| Tulsa Emergency Medical Center | - | 921.00 | 921.00 | |
| Tulsa Vein Institute | - | 14,503.41 | 14,503.41 | |
| Tulsa World | - | 3,220.00 | 3,220.00 | |
| U.S. Med-Equip | - | 10,877.54 | 10,877.54 | |
| Universal Hospital Services | - | 2,628.00 | 2,628.00 | |
| Vapotherm | - | 1,703.32 | 1,703.32 | |
| Verathon | - | 1,186.61 | 1,186.61 | |
| Video Revolution Inc | - | 206.17 | 206.17 | |
| Vishal Aggarwal, MD | - | 42,000.00 | 42,000.00 | |
| Vital Systems of Oklahoma Inc | - | 650.00 | 650.00 | |
| Z.S. Medical Services, Inc. | 144,858.00 | 144,858.00 | 144,858.00 | |
| Ziad Sous, MD | 17,500.00 | 17,500.00 | 17,500.00 | |
| **UNSCHEDULED CLAIMS** | | | | |
| IPFS Corporation | 10,592.94 | - | 10,592.94 | |
| Oral Roberts University | 46,961.34 | - | 46,961.34 | |
| **TOTAL UNSECURED CLAIMS** | | | **1,449,587.24** | |

# Schedule of Unsecured Claims

| Wichita | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| 3M Company | - | 15,915.28 | 15,915.28 | |
| Abbott Diabetes Care Sales Corp | - | 2,160.04 | 2,160.04 | |
| ACell Inc | - | 19,300.82 | 19,300.82 | |
| Affiliated Medical Services Lab, Inc. | 60,586.16 | 53,492.59 | 60,586.16 | |
| Air City Emerg Physicians, LLC | - | 587.00 | 587.00 | |
| Airgas USA LLC | 10,307.32 | 10,351.76 | 10,351.76 | |
| AMS Diagnostics, LLC | - | 2,049.27 | 2,049.27 | |
| Background Research Solutions LLC | - | 1,022.00 | 1,022.00 | |
| Baxter Healthcare Corp | - | 9,994.24 | 9,994.24 | |
| Briggs | - | 924.91 | 924.91 | |
| Butler Plumbing | - | 2,778.31 | 2,778.31 | |
| Canon Financial Services, Inc | 38,107.39 | 957.83 | 38,107.39 | |
| Cardinal Health | 88,123.51 | 71,184.54 | 88,123.51 | |
| Cardinal Health Medical Products | - | 8,410.89 | 8,410.89 | |
| Central Consolidated, Inc | - | 1,890.21 | 1,890.21 | |
| Central Kansas Commercial Laundry, LLC | - | 1,309.36 | 1,309.36 | |
| Central Power Systems & Services | - | 783.05 | 783.05 | |
| CHFG Wichita, LLC | - | - | - | 103,973.00 |
| Cintas Corporation | - | 182.87 | 182.87 | |
| DaVita | 22,790.55 | 22,790.55 | 22,790.55 | |
| De Lage Landen Financial Services, Inc | - | 1,986.61 | 1,986.61 | |
| Digital Office Systems Inc | - | 3,100.42 | 3,100.42 | |
| Direct Supply Inc | - | 4,758.74 | 4,758.74 | |
| Division of Health Care Finance | - | 51,543.00 | 51,543.00 | |
| EHOB | - | 2,359.38 | 2,359.38 | |
| FFF Enterprises Inc | - | 1,368.05 | 1,368.05 | |
| Fukuda Denshi USA Inc | 1,122.96 | 1,122.91 | 1,122.96 | |
| George Lay Signs, Inc. | - | 913.75 | 913.75 | |
| HD Supply Facilities Maintenance Ltd | - | 3,086.71 | 3,086.71 | |
| Health Care Logistics Inc. | - | 481.92 | 481.92 | |
| Health Care Systems, Inc | - | 2,188.71 | 2,188.71 | |
| Heartland Pest Control, Inc. | - | 177.38 | 177.38 | |
| Hometown Logo | - | 21.50 | 21.50 | |
| IDC LLC | - | 4,000.00 | 4,000.00 | |
| Infusion LLC | - | 2,530.00 | 2,530.00 | |
| Joerns - 713222 | - | 8,205.87 | 8,205.87 | |
| Joerns - 714305 | - | 165.63 | 165.63 | |
| Kaeser & Blair Inc | - | 2,820.58 | 2,820.58 | |
| Kansas Medical Center | - | 5,000.00 | 5,000.00 | |
| Life Touch EMS Inc | - | 2,300.00 | 2,300.00 | |
| Life Uniform | - | 4,697.04 | 4,697.04 | |
| Lifesaver Learning, Inc. | - | 100.00 | 100.00 | |
| Lunch Mony Inc | - | 1,314.81 | 1,314.81 | |
| Masimo Americas, Inc | - | 550.04 | 550.04 | |
| Medical Equipment Services of Kansas Inc | - | 1,425.57 | 1,425.57 | |
| MedicusHealth | - | 408.52 | 408.52 | |
| Medline Industries, Inc. | 36,459.57 | 34,622.20 | 36,459.57 | |
| Medwise Services LLC | - | 905.00 | 905.00 | |
| Mercy Surgical Dressing Group, Inc | - | 16,286.03 | 16,286.03 | |
| Midwest Roofing Services Inc | - | 332.62 | 332.62 | |
| Midwest Single Source | - | 133.30 | 133.30 | |
| Midwest Surgical PA | - | 3,250.00 | 3,250.00 | |
| MidWest Vascular Access, LLC | - | 13,909.01 | 13,909.01 | |
| Office Depot | 3,818.44 | 3,818.74 | 3,818.74 | |
| Olive Tree Banquets | - | 33,771.85 | 33,771.85 | |
| Panera Bread | - | 161.96 | 161.96 | |
| Philips Healthcare | - | 33,905.32 | 33,905.32 | |
| Phoenix Textile Corporation | - | 1,450.87 | 1,450.87 | |
| Premier Hospitalists of Kansas | - | 12,850.00 | 12,850.00 | |
| Pulmonary and Sleep Consultants of Kansas | - | 16,360.00 | 16,360.00 | |
| Rader Solutions Ltd. | - | 9,509.89 | 9,509.89 | |
| RC Medical, Inc. | - | 346.68 | 346.68 | |
| Respironics, Inc | - | 183.92 | 183.92 | |
| Schlotzsky"s | - | 192.40 | 192.40 | |
| Sedgwick County EMS | - | 1,975.00 | 1,975.00 | |
| SHI International Corp | - | 2,421.92 | 2,421.92 | |
| Smiths Medical ASD, Inc. | - | 1,139.50 | 1,139.50 | |

# Schedule of Unsecured Claims

| Wichita | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **Speech, Swallowing and Voice Center** | - | 750.00 | 750.00 | |
| **Staples** | - | 7,248.84 | 7,248.84 | |
| **Supply Access Center, Inc** | - | 1,653.15 | 1,653.15 | |
| **Sysco of Kansas City, Inc.** | - | 594.47 | 594.47 | |
| **Telemedicine Solutions LLC** | - | 2,138.40 | 2,138.40 | |
| **Underground Vaults & Storage** | - | 1,656.00 | 1,656.00 | |
| **Unified Services Inc** | - | 11,001.60 | 11,001.60 | |
| **United Healthcare** | - | 1,316.00 | 1,316.00 | |
| **Universal Hospital Services** | - | 574.08 | 574.08 | |
| **US Med-Equip Inc** | - | 1,362.50 | 1,362.50 | |
| **USIC Locating Services, Inc.** | - | 125.00 | 125.00 | |
| **Vapotherm Inc** | - | 2,012.40 | 2,012.40 | |
| **Via Christi Health Lab** | - | 1,822.61 | 1,822.61 | |
| **Via Christi Hospital Wichita (OP)** | - | 3,451.80 | 3,451.80 | |
| **Via Christi Hospitals - Wichita Inc (lab)** | - | 6,947.70 | 6,947.70 | |
| **Via Christi OCC Medicine** | - | 535.00 | 535.00 | |
| **Vijay Khurana** | - | 17,500.00 | 17,500.00 | |
| **Wesley Medical Center** | - | 2,423.02 | 2,423.02 | |
| **Wichita Radiological Group PA** | - | 15,268.00 | 15,268.00 | |
| **Zoll Medical Corporation** | - | 814.16 | 814.16 | |
|    UNSCHEDULED CLAIMS | | | | |
| **IPFS Corporation** | 7,818.26 | - | 7,818.26 | |
|    **TOTAL UNSECURED CLAIMS** | | | **670,271.38** | |