# Schedule of Unsecured Claims - Liquidating Trust

| Pre-petition Trade | Amount | Notes |
|---|---:|---|
| **Albuquerque** | 896,678 | [1] |
| **Central Indiana** | 1,044,728 | [1] |
| **Denham Springs** | 342,785 | [1] |
| **Edmond** | 1,641,750 | [1] |
| **Greenwood** | 1,404,608 | [1] |
| **Houma** | 465,701 | [1] |
| **Lafayette** | 492,754 | [1] |
| **Las Vegas** | 322,591 | [1] |
| **Tulsa** | 1,387,912 | [1] |
| **Wichita** | 613,081 | [1] |
| **Acadiana Management Group** | 4,158,682 | [1] [2] |
| **Total Pre-petition Trade Claims** | 12,771,269 | |

| Lease Rejection | Amount |
|---|---:|
| **Acadiana Management Group** | 6,319 |
| **Edmond** | 34,594 |
| **Greenwood** | 77,079 |
| **Tulsa** | 684,083 |
| **Wichita** | 21,744 |
| **Total Lease Rejection Claims** | 823,819 |

| | | |
|---|---:|---|
| **BOKF Unsecured Deficiency Claim** | 10,000,000 | [3] |
| **TOTAL UNSECURED CLAIMS** | 23,595,088 | |

[1] Excluding amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.
[2] Excluding pre-petition trade claims included in the individual facility schedules, claims filed in the jointly administered case No. 17-50799.
[3] Estimated value of BOKF unsecured deficiency claim on real estate loan.

Schedule VIII

Page 1 of 18
17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 1 of 18

# Schedule of Pre-petition Trade Claims - Liquidating Trust

| Acadiana Management Group | Claimed Amount | AP Balance | Unsecured Claim | Notes |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| **Baxter Healthcare Corp** | - | 7,914.81 | 7,915 | |
| **Capitol Hill Consulting Group** | - | 20,000.00 | 20,000 | |
| **Cole Lusby Marketing** | - | 220.00 | 220 | |
| **Eight Hats** | - | 786.67 | 787 | |
| **Kaeser Blair Incorporated** | - | 46.11 | 46 | |
| **KCI USA** | 26,001 | 9,787.26 | 26,001 | |
| **LA RUE FRANCE TOWER PARTNERSHIP** | - | 6,448.20 | 6,448 | |
| **Lake Laboratory Services** | - | 749.14 | 749 | |
| **Linkedin** | - | 2,625.00 | 2,625 | |
| **PricewaterhouseCoopers LLP** | - | 75,000.00 | 75,000 | |
| **R&H Lear 60, LLC** | - | 15,900.00 | 15,900 | |
| **UNSCHEDULED CLAIMS** | | | | |
| **3M Company** | 91,691 | - | 29,108 | [1] |
| **A-1 Vacuum Service** | 221 | - | - | [1] |
| **Abbott Diabetes Division** | 15,215 | - | 4,103 | [1] |
| **Abbott Point of Care Inc.** | 5,184 | - | - | [1] |
| **Advantage Medical Professionals** | 16,731 | - | 279 | [1] |
| **AIG Property Casualty, Inc., Attn: Kevin J. Larner** | - | - | - | |
| **Airgas, an Air Liquide Company** | 3,975 | - | 3,975 | |
| **Airtec Gases** | 4,051 | - | - | [1] |
| **American Express** | 110,449 | - | 110,449 | |
| **Amite Psychiatric Services, LLC** | 466,602 | - | 466,602 | |
| **AMN Healthcare, Inc.** | 20,781 | - | 20,781 | |
| **Angelwear Scrubs Etc., LLC** | 459 | - | - | [1] |
| **Angiodynamics Inc** | 15,328 | - | - | [1] |
| **Anthony Dewell** | 11,301 | - | 11,301 | |
| **AT&T Corp** | 91,921 | - | 91,921 | |
| **Avant Healthcare Professionals,** | 93,168 | - | 39,663 | [1] [2] |
| **BellSouth Telecommunications, Inc. / AT&T Corp** | 266 | - | 266 | |
| **Brian P. Levy, MD** | 12,600 | - | - | [1] |
| **Briggs Healthcare/HealthSmart** | 2,320 | - | - | [1] |
| **Centerpoint Energy** | 1,243 | - | 1,243 | |
| **Central Consolidated, Inc** | 3,164 | - | 1,274 | [1] |
| **Chris Martin, M.D.** | 5,400 | - | 1,000 | [1] |
| **CIT Finance LLC** | 17,983 | - | 17,983 | |
| **Community Occupational Health Sv** | 1,102 | - | 134 | [1] |
| **Covidien, LLC** | 783 | - | - | [1] |
| **Delaware County Treasurer** | 5,587 | - | 2,981 | [1] |
| **Drager Medical, Inc** | 3,970 | - | 134 | [1] |
| **DTG Medical Electronics Inc** | 1,732 | - | 320 | [1] |
| **Dynamic Infusion Therapy, Inc.** | 9,486 | - | - | [1] |
| **EHOB, Inc.** | 12,426 | - | - | [1] |
| **Eugene Porreca, MD** | 4,500 | - | 1,500 | [1] |
| **Express Transportation of New Mexico LLC** | 1,349 | - | - | [1] |
| **Favorite Healthcare Staffing, Inc** | 25,739 | - | - | [1] |
| **FFF Enterprises Inc** | 4,868 | - | 317 | [1] |
| **Firequest Fire Alarm Service Ass** | 2,618 | - | - | [1] |
| **First American Commercial Bancorp, Inc.** | 656,902 | - | 656,902 | |
| **Flagship Keystone Covington, LLC** | 809,315 | - | 809,315 | |
| **FocusOne Solutions LLC** | 95,968 | - | 38,637 | [1] [2] |
| **Fox-Nesbit Engineering, LLC** | 992 | - | - | [1] |
| **Generator Power Systems of LA, LLC** | 1,545 | - | - | [1] |
| **Gifted Nurses, LLC** | 17,008 | - | 12,809 | [1] |
| **Global Nutrition Services, LLC** | 2,844 | - | - | [1] |
| **Hagar Restaurant Service Inc** | 1,745 | - | 1,140 | [1] |
| **Hill-Rom Company, Inc.** | 45,452 | - | 4,276 | [1] |
| **Holzman Horner PLLC** | 48,432 | - | 48,432 | |
| **Houma Healthcare Properties, LLC** | 392,312 | - | 301,976 | [1] |
| **ID Consultants, PLLC** | 2,250 | - | - | [1] |
| **Imperial Healthcare Leasing, LLC** | 79,422 | - | - | [1] |
| **Imperial LLC** | 942 | - | - | [1] |

| Acadiana Management Group | Claimed Amount | AP Balance | Unsecured Claim | Notes |
|---|---:|---:|---:|---|
| Indiana Bell Telephone Company, Inc | 351 | - | 351 | |
| Infusion LLC | 2,335 | - | - | [1] |
| IPFS Corporation | 16,800 | - | 16,800 | |
| Kansas Gas Service | 100 | - | 100 | |
| Karen Gomez | - | - | - | |
| Keck Hartman, MD | 4,000 | - | 4,000 | |
| LEAF Capital Funding | 10,849 | - | 10,849 | |
| Liquid Environmental Solutions of Texas, LLC | 273 | - | - | [1] |
| Louisiana Department of Health | 217,426 | - | 217,426 | |
| Marilou Dow | - | - | - | |
| McDermott Will & Emery | 19,879 | - | 19,879 | |
| Mercy Surgical Dressing Group, I | 16,286 | - | - | [1] |
| Mesa Detection Agency, Inc. | 8,383 | - | 10 | [1] |
| NBLW, Inc. d/b/a Med-Rec Systems | 819 | - | - | [1] |
| Nova Biomedical | 2,493 | - | 1,162 | [1] |
| Office Depot | 4,933 | - | 4,933 | |
| Owens & Minor(Credit Team) | 8,872 | - | 774 | [1] |
| Patchin Pictures, LLC | 1,400 | - | - | [1] |
| Pitney Bowes Inc | 904 | - | 904 | |
| Praxair Distribution Inc | 16,272 | - | 8,320 | [1] |
| Premier Hospitalists of Kansas | 12,400 | - | - | [1] |
| Rehabilitation Hospital of Acadiana, LLC | 261,722 | - | 261,722 | |
| Reliable Building Services | 13,920 | - | 232 | [1] |
| Robert Dow | - | - | - | |
| ShP Securities, LLC | 3,558 | - | 3,558 | |
| Shred It USA LLC | 215 | - | 215 | |
| Stephen J. Sere | 50,000 | - | 50,000 | |
| Stephen Wilkinson | 85,908 | - | 85,908 | |
| Sterricycle Inc. | 46,023 | - | 25,719 | [1] |
| Stryker Sustainability Solutions | 3,138 | - | 3,138 | |
| Superior Ambulance SVC INC | 2,315 | - | - | [1] |
| Surgical & Hospital Supplies | 1,667 | - | - | [1] |
| Sysco Kansas City | 594 | - | 594 | |
| Toyota Lease Trust | 40,135 | - | 40,135 | |
| Triple D Medical Transportation, LLC | 707 | - | 707 | |
| Tulsa Vein Institute | 15,000 | - | 497 | [1] |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | 220,109 | - | 220,109 | |
| Unified Services, Inc. | 12,523 | - | 1,522 | [1] |
| UnitedHealthcare Insurance Company | 49,814 | - | 48,498 | [1] |
| Universal Hosp. Services | 99,400 | - | 10,996 | [1] |
| Vascular Access Plus | 8,875 | - | 2,533 | [1] |
| W.W. Grainger, Inc. | 2,078 | - | - | [1] |
| Wells Fargo Equipment Finance Inc. | 277,782 | - | 277,782 | |
| Westar Energy Inc. | 4,798 | - | 4,798 | |
| **TOTAL UNSECURED CLAIMS** | | | 4,158,682 | |

[1] Excluding pre-petition trade claims included in the individual facility schedules, claims filed in the jointly administered case No. 17-50799.
[2] Excluding amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

| Albuquerque | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| 121 Medical Inc | - | 1,346 | 1,346 | |
| 3M Cogent, Inc | - | 733 | 733 | |
| Abbott Diabetes Care Sales Corp | - | 974 | 974 | |
| Acadiana Management Group, LLC | - | - | - | 56,465 |
| ACell Inc | - | 3,329 | 3,329 | |
| Airgas USA, LLC | 43,347 | 21,394 | 43,347 | |
| Albuquerque Ambulance Services | - | 2,025 | 2,025 | |
| AliMed, Inc. | - | 540 | 540 | |
| American Medical Response | - | 279 | 279 | |
| American Quality Foods | - | 210 | 210 | |
| AmeriPride Services | - | 7,940 | 7,940 | |
| AMR Southwest | - | 19,169 | 19,169 | |
| Angiodynamics Inc | - | 4,509 | 4,509 | |
| Baxter Healthcare Corporation | - | 4,525 | 4,525 | |
| Brady Industries, LLC | 2,450 | 2,450 | 2,450 | |
| Briggs Healthcare | - | 627 | 627 | |
| Cafe at Gibson | - | 27,564 | 27,564 | |
| Candy Burkenbine | - | 18,300 | 18,300 | |
| Canon Financial Services, Inc. | - | 958 | 958 | |
| Cardinal Health | 95,505 | 81,443 | 95,505 | |
| Chest Medicine of New Mexico | - | 700 | 700 | |
| CHFG Albuquerque, LLC | - | - | - | 78,743 |
| Community Outreach Program for the Deaf | - | 1,406 | 1,406 | |
| Curaspan Health Group, Inc. | - | 3,491 | 3,491 | |
| Dex Media East, Inc | - | 1,335 | 1,335 | |
| DG's Deli & Market | - | 361 | 361 | |
| Ecolab Inc | - | 53 | 53 | |
| Educational Enterprises of NM | - | 757 | 757 | |
| Express Transportation of New Mexico LLC | - | 1,349 | 1,349 | |
| First Presbyterian Church | - | 2,185 | 2,185 | |
| Fresenius Medical Care | 66,898 | 66,898 | 66,898 | |
| Fukuda Denshi USA Inc | 1,296 | 1,099 | 1,296 | |
| Gemalto Cogent Inc | - | 73 | 73 | |
| Gerald Demarest, MD | - | 18,000 | 18,000 | |
| Global Nutrition Services, LLC | - | 2,844 | 2,844 | |
| Health Care Logistics | - | 4,441 | 4,441 | |
| Health X net | - | 194 | 194 | |
| HILL-ROM Company, Inc. | - | 4,792 | 4,792 | |
| Hospira WorldWide Inc | - | 567 | 567 | |
| Infectious Diseases and Internal Medicine | 16,803 | 16,939 | 16,939 | |
| Iron Mountain | - | 1,114 | 1,114 | |
| Joerns - 713222 | - | 5,669 | 5,669 | |
| Kaeser Corporation | - | 1,200 | 1,200 | |
| KCI USA | 9,489 | 8,012 | 9,489 | |
| Lovelace Downtown | - | 5,548 | 5,548 | |
| MatrixCare, Inc. | - | 140 | 140 | |
| Medicus Hospitalists West, LLC | - | 7,409 | 7,409 | |
| Medline Industries, Inc. | 104,595 | 100,752 | 104,595 | |
| Mesa Detection Agency, Inc. | - | 8,373 | 8,373 | |
| MobileXUSA | - | 32,439 | 32,439 | |
| Monarch Labs | - | 1,032 | 1,032 | |
| National Recall Alert Center | - | 495 | 495 | |
| New Mexico Dysphagia Specialist, LLC | 2,567 | 2,246 | 2,567 | |
| New Mexico Orthopaedic Associates | - | 617 | 617 | |
| Nova Biomedical | - | 1,332 | 1,332 | |
| Nursefinders | - | 12,451 | 12,451 | |
| Occupational Health Centers | - | 1,070 | 1,070 | |
| Office Depot, Inc. | - | 4,933 | 4,933 | |
| Pathology Associate of Albuquerque PA | - | 1,106 | 1,106 | |
| Patterson Medical | - | 2,127 | 2,127 | |
| ProTech Services | - | 1,136 | 1,136 | |
| Quality Sleep Solutions, Inc. | - | 4,500 | 4,500 | |
| RehabCare Group, Inc | 110,144 | 109,573 | 110,144 | |
| Renal Medicine Associates LTD | - | 1,855 | 1,855 | |
| Russell Sigler Inc. | - | 1,237 | 1,237 | |
| SHI International Corp | - | 3,741 | 3,741 | |
| Southwest Door Services Ltd Co. | - | 401 | 401 | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 4 of 18

17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 4 of 18

# Schedule of Pre-petition Trade Claims - Liquidating Trust

| Albuquerque | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---|
| Stericycle, Inc. | - | 5,113 | 5,113 | |
| Stryker | - | 3,138 | 3,138 | |
| Superior Ambulance SVC INC | - | 2,315 | 2,315 | |
| Sysco New Mexico, LLC | 30,990 | 30,309 | 30,990 | |
| Telemedicine Solutions, LLC | - | 2,138 | 2,138 | |
| Tennant Sales and Service Company | - | 479 | 479 | |
| The Groundskeeper Outside Solutions | - | 435 | 435 | |
| TLC Plumbing & Utility, INC | - | 5,626 | 5,626 | |
| Tri-anim Health Services | - | 3,023 | 3,023 | |
| United Blood Services | - | 14,900 | 14,900 | |
| Universal Hospital Services | - | 23,253 | 23,253 | |
| UNM Health Sciences CTR A | - | 2,430 | 2,430 | |
| US Hospital Personnel, Inc | - | 305 | 305 | |
| VIC the PICC | - | 5,541 | 5,541 | |
| Westways Staffing Services, Inc | - | 86,615 | 86,615 | |
| UNSCHEDULED CLAIMS | | | | |
| Blood Systems, Inc. | 3,298 | - | 3,298 | |
| IPFS Corporation | 18,348 | - | 18,348 | |
| **TOTAL UNSECURED CLAIMS** | | | **896,678** | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 5 of 18

17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 5 of 18

| Central Indiana | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| Abbott Diabetes Care Sales Corp679 | - | 1,675 | 1,675 | |
| Abbott Diabetes Care Sales Corp997 | - | 485 | 485 | |
| Acadiana Management Group | - | - | - | 22,837 |
| Access to Care | - | 5,196 | 5,196 | |
| Ahmed Atef Behery, M.D. | - | 7,952 | 7,952 | |
| American Solutions for Business | 206 | 206 | 206 | |
| AMG- MGMT | - | - | - | 111,261 |
| Anthony Dowell M.D. | - | 11,301 | 11,301 | |
| Background Research Solutions, LLC | - | 1,540 | 1,540 | |
| Baxter Healthcare Corporation | - | 23,867 | 23,867 | |
| Bio-Med BSC | - | 480 | 480 | |
| Briggs Healthcare | - | 195 | 195 | |
| Cardinal Health | 207,724 | 182,197 | 207,724 | |
| Community Health Network Inc | 109,737 | 85,975 | 109,737 | |
| Community Occupational Health Svs | - | 968 | 968 | |
| Cover Tek | - | 207 | 207 | |
| Curbell Medical Products, Inc. | 333 | 333 | 333 | |
| Delaware County Treasurer | - | 2,606 | 2,606 | |
| EHOB | - | 1,840 | 1,840 | |
| Favorite Healthcare Staffing, Inc. | - | 25,739 | 25,739 | |
| Fresenius Medical Care | 74,256 | 37,674 | 74,256 | |
| Hancock County Treasurer | - | 3,560 | 3,560 | |
| Hancock Physician Network, LLC | - | 99,219 | 99,219 | |
| Health Care Logistics, Inc. | - | 813 | 813 | |
| Heartland Ambulance Services | - | 3,845 | 3,845 | |
| Hill-Rom Company, Inc. | - | 21,603 | 21,603 | |
| Holt Construction Group | - | 2,040 | 2,040 | |
| Indiana Nephrology & Internal Medicine PC | - | 7,500 | 7,500 | |
| Integrated Rental Services, Inc | - | 9,748 | 9,748 | |
| Intermetro Industries Corporation | - | 2,183 | 2,183 | |
| Iron Mountain | - | 1,453 | 1,453 | |
| IU Health Ball Memorial Physicians | 30,893 | 26,933 | 30,893 | |
| Jack Feliciano, MD | - | 4,500 | 4,500 | |
| Joerns - 713222 | - | 57,019 | 57,019 | |
| Joerns - 714305 | - | 87 | 87 | |
| Kaesar & Blair Incorporated | - | 255 | 255 | |
| KCI USA | 27,375 | 27,499 | 27,499 | |
| Key Surgical | - | 273 | 273 | |
| Laboratory Corporation of America | - | 429 | 429 | |
| Masimo Americas, Inc. | - | 582 | 582 | |
| Medline Industries, Inc. | 112,640 | 108,271 | 112,640 | |
| Med-Rec Systems | - | 819 | 819 | |
| Office Depot, Inc. | 8,141 | 8,141 | 8,141 | |
| Performance Health Supply, Inc. | - | 113 | 113 | |
| PiccFusion | - | 33,235 | 33,235 | |
| Prevail Prosthetics & Orthotics | - | 230 | 230 | |
| Quality Building Maintenance, Inc | - | 47,634 | 47,634 | |
| Ravi Sarin MD | - | 14,500 | 14,500 | |
| Reid Health | - | 8,661 | 8,661 | |
| Seals Ambulance Inc | - | 10,425 | 10,425 | |
| Spacelabs Healthcare | - | 47 | 47 | |
| Sri Krishna Vasireddy, M.D. | - | 5,473 | 5,473 | |
| Telemedicine Solutions LLC | - | 4,277 | 4,277 | |
| TJ Uniforms | - | 1,183 | 1,183 | |
| United Hospital Services, LLC | - | 6,534 | 6,534 | |
| Universal Hospital Services | - | 9,413 | 9,413 | |
| Vapotherm, Inc. | - | 1,546 | 1,546 | |
| Vascular Access Plus | - | 6,343 | 6,343 | |
| Wells Fargo Financial Leasing | 8,977 | 598 | 8,977 | |
| Wexford Labs, Inc | - | 216 | 216 | |
| zCover | - | 333 | 333 | |
| Zoll Medical Corporation | - | 728 | 728 | |
| **UNSCHEDULED CLAIMS** | | | - | |
| IPFS Corporation | 13,455 | - | 13,455 | |
| **TOTAL UNSECURED CLAIMS** | | | 1,044,728 | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

# Schedule of Pre-petition Trade Claims - Liquidating Trust

| Denham Springs | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| 3M Company | - | 30,018 | 30,018 | |
| Abbott Diabetes Care Sales Corp | - | 502 | 502 | |
| Acadian Ambulance Service, Inc. | - | 1,323 | 1,323 | |
| Acadiana Management Group LLC | - | - | - | 728,895 |
| Airgas USA LLC | 13,344 | 5,224 | 13,344 | |
| American Mobile Digital Services, L.L.C. | - | 3,073 | 3,073 | |
| AMG - Management | - | - | - | 7,081 |
| B & D Plumbing Co Inc | - | 350 | 350 | |
| Background Research Services | - | 446 | 446 | |
| Baxter Healthcare Corporation | - | 2,369 | 2,369 | |
| BlueBonnet Imaging Center | - | 109 | 109 | |
| Chandler's Parts and Service, Inc. | - | 2,807 | 2,807 | |
| CHFG Denham Springs, LLC | - | - | - | 63,810 |
| CIT | - | 870 | 870 | |
| Durwin Walker, M.D. | - | 6,450 | 6,450 | |
| Dynamic Infusion Therapy, Inc. | - | 3,400 | 3,400 | |
| Edwin Walker, M.D. | - | 1,250 | 1,250 | |
| Facility Automation Inc. | - | 1,744 | 1,744 | |
| Firequest Fire Alarm Service Assoc. LLC. | - | 2,618 | 2,618 | |
| Fox-Nesbit Engineering, LLC | - | 992 | 992 | |
| Gertrude Chimeka-Anyanwoke, M.D. | - | 7,349 | 7,349 | |
| Gifted Nurses, LLC | - | 2,948 | 2,948 | |
| H D Supply Facilities | - | 511 | 511 | |
| Healthremede Goodwood | - | 20 | 20 | |
| Imperial Healthcare Leasing, LLC | - | 51,741 | 51,741 | |
| Joerns - 713222 | - | 3,953 | 3,953 | |
| Jumbo Fundraising LLC | - | 8,000 | 8,000 | |
| KCI USA | - | 4,243 | 4,243 | |
| Lake Laboratory Services | - | 49,242 | 49,242 | |
| Louisiana Dept. of Health | - | 19,737 | 19,737 | |
| MAPCO of Florida | - | 487 | 487 | |
| Medical & Industrial Equipt Serv., Inc. | 800 | 800 | 800 | |
| Medline Industries, Inc. | 18,551 | 17,003 | 18,551 | |
| Mohammad Pirzadah, MD | - | 14,625 | 14,625 | |
| Ochsner Medical Center | - | 1,141 | 1,141 | |
| Office Depot | 1,472 | 1,472 | 1,472 | |
| Peter Monteyne, M.D. | - | 17,963 | 17,963 | |
| Preventive Maintenance & Services | - | 581 | 581 | |
| Pure Force | - | 43 | 43 | |
| Reinhart FoodService | - | 7,699 | 7,699 | |
| Reliant Transportation Group | - | 2,701 | 2,701 | |
| Rickey Heroman's #2 | - | 32 | 32 | |
| Roto-Rooter | - | 2,655 | 2,655 | |
| Satyanarayana Malur, M.D. | - | 13,050 | 13,050 | |
| Shred-It | 2,130 | 2,130 | 2,130 | |
| Southern Medical Corporation | - | 2,900 | 2,900 | |
| Swisher | - | 93 | 93 | |
| U.S. Med-Equip. Inc. | - | 3,698 | 3,698 | |
| Universal Hospital Services | - | 2,804 | 2,804 | |
| Vapotherm, Inc. | - | 1,715 | 1,715 | |
| Westport Linen Services | - | 776 | 776 | |
| **UNSCHEDULED CLAIMS** | | | | |
| IPFS Corporation | 27,462 | - | 27,462 | |
| **TOTAL UNSECURED CLAIMS** | | | **342,785** | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

| Edmond | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| 3M Company | - | 15,917 | 15,917 | |
| Abbott Diabetes Care Sales Corp | - | 2,765 | 2,765 | |
| Affiliated Anesthesiologists, LLC | - | 74 | 74 | |
| Amtec Medical, Inc. | - | 215 | 215 | |
| Amundsen Food Equipment | - | 1,361 | 1,361 | |
| Angelwear Scrubs etc LLC | - | 459 | 459 | |
| Angiodynamics Inc | - | 4,764 | 4,764 | |
| Background Research Solutions LLC | - | 1,894 | 1,894 | |
| Baolien Tu, MD | - | 6,650 | 6,650 | |
| Baxter Healthcare Corporation | - | 5,967 | 5,967 | |
| Boston Scientific Corp | - | 3,764 | 3,764 | |
| Brian P. Levy, MD | - | 14,600 | 14,600 | |
| Briggs | - | 422 | 422 | |
| Cardinal Health | 195,095 | 161,947 | 195,095 | |
| CDW Direct | - | 448 | 448 | |
| Centurion | - | 225 | 225 | |
| CHFG Edmond | - | - | - | 95,695 |
| Chickasaw Telecom INC | - | 3,959 | 3,959 | |
| Chris Martin, M.D. | - | 4,400 | 4,400 | |
| Clean Air Essentials 797 | - | 532 | 532 | |
| Cummins Southern Plains | - | 3,709 | 3,709 | |
| DTG Medical Electronics Inc | - | 485 | 485 | |
| Dynamic Medical Solutions, Inc | - | 2,050 | 2,050 | |
| Earl's Rib Palace | - | 404 | 404 | |
| EMSA | 11,084 | 11,211 | 11,211 | |
| Faith Electric, Inc | - | 456 | 456 | |
| FFF Enterprises | - | 3,183 | 3,183 | |
| Fresenius Medical Care | 2,254 | 2,254 | 2,254 | |
| Fukuda Denshi USA, INC | 680 | 252 | 680 | |
| Hagar Restaurant Service Inc | - | 605 | 605 | |
| HD Supply Facilities Maintenance, Ltd. | - | 267 | 267 | |
| Health Care Logistics, Inc. | - | 664 | 664 | |
| Hill-Rom Company, Inc. | - | 11,805 | 11,805 | |
| Hospira Worldwide, Inc. | - | 35 | 35 | |
| Imperial Coffee | - | 942 | 942 | |
| Intermetro Industries Corporation | - | 1,793 | 1,793 | |
| Joerns - 713222 | - | 82,567 | 82,567 | |
| John Chiaffitelli, MD | - | 1,575 | 1,575 | |
| Kaeser Blair Incorporated | - | 671 | 671 | |
| KCI USA | 45,279 | 45,286 | 45,286 | |
| Leaf | 31,190 | 2,686 | 31,190 | |
| Linen King, LLC | - | 2,495 | 2,495 | |
| Lorraine T. Wilson MD PC | - | 7,500 | 7,500 | |
| Mac Systems | - | 339 | 339 | |
| Majors Medical Supply | - | 700 | 700 | |
| Marlin Business Bank | - | 124 | 124 | |
| Masimo Americas, Inc | - | 283 | 283 | |
| Matheson Tri Gas Inc | - | 8,602 | 8,602 | |
| MedCenterDisplay, LLC | - | 242 | 242 | |
| Medical Technology Associates, Inc. | - | 1,670 | 1,670 | |
| Medline Industries, Inc. | 136,678 | 129,394 | 136,678 | |
| MedRide Oklahoma Critical Care Transport | - | 172 | 172 | |
| Mercy Hospital Oklahoma City - Rent | 170,383 | 167,949 | 170,383 | |
| Merit Medical Systems Inc | - | 1,503 | 1,503 | |
| Oak Farms Tulsa | - | 746 | 746 | |
| Occupational Health Centers | - | 1,514 | 1,514 | |
| Office Depot, Inc. | 13,489 | 10,198 | 13,489 | |
| OK Independent Provider Network LLC | - | 251,720 | 251,720 | |
| Oklahoma Critical Care Transport | - | 2,649 | 2,649 | |
| Oklahoma Heart Hospital | - | 12,311 | 12,311 | |
| Omnicell | - | 8,413 | 8,413 | |
| OU Medical Center | - | 9,862 | 9,862 | |
| Panera Bread | - | 277 | 277 | |
| PathoGenius Laboratories | - | 3,240 | 3,240 | |
| Patterson Medical | - | 3,252 | 3,252 | |
| Performance Health Supply, Inc. | - | 468 | 468 | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Schedule of Pre-petition Trade Claims - Liquidating Trust

| Edmond | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| Philips Healthcare | - | 10,160 | 10,160 | |
| Questcare EM Oklahoma LLC | - | 425 | 425 | |
| Radiology Consultants, PC | - | 8,795 | 8,795 | |
| Red Plains Professional, Inc | - | 500 | 500 | |
| Robinson Medical | 6,635 | 6,534 | 6,635 | |
| Saqib & Afia LLC | - | 2,400 | 2,400 | |
| Smart Image Systems | - | 1,308 | 1,308 | |
| Sonata Diagnostic Imaging, LLC | - | 492 | 492 | |
| Stability Biologics | 258,505 | 243,950 | 258,505 | |
| Stericycle, Inc. | - | 15,191 | 15,191 | |
| Stryker Flex Financial | 59,707 | 5,259 | 59,707 | |
| Summit Medical Center | - | 3,725 | 3,725 | |
| Suntech Mechanical | - | 60 | 60 | |
| Superior Linen Service, Inc. | - | 3,574 | 3,574 | |
| Sysco Oklahoma, LLC | 32,891 | 29,944 | 32,891 | |
| Telemedicine Solutions LLC | - | 2,138 | 2,138 | |
| The Beckerley Group, PLLC | 2,100 | 24,650 | 24,650 | |
| The Pathology Group | - | 118 | 118 | |
| Timothy L. Grode, M.D. | - | 25,253 | 25,253 | |
| Tulsa-AMG Specialty Hospital, LLC | - | - | - | 66 |
| U.S. Med-Equip, Inc. | - | 3,215 | 3,215 | |
| United Laboratories | - | 189 | 189 | |
| Unity EMS | - | 76 | 76 | |
| Universal Hospital Services | - | 10,404 | 10,404 | |
| Valley Proteins, Inc | - | 423 | 423 | |
| Vapotherm | - | 3,854 | 3,854 | |
| Zahid Ahmad, M.D. | - | 17,500 | 17,500 | |
| Zoll Medical Corporation | - | 2,373 | 2,373 | |
| **UNSCHEDULED CLAIMS** | | | | |
| Airgas USA, LLC | 2,933 | - | 2,933 | |
| IPFS Corporation | 40,284 | - | 40,284 | |
| **TOTAL UNSECURED CLAIMS** | | | **1,641,750** | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 9 of 18

17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 9 of 18

| Greenwood | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| **Abbott Diabetes Care Sales Corp** | - | 945 | 945 | |
| **Acadiana Management Group, LLC** | - | - | - | 40,545 |
| **American Medical Response** | - | 2,626 | 2,626 | |
| **AMG - Management** | - | - | - | 328,622 |
| **Aramark** | - | 18,174 | 18,174 | |
| **Aramark Healthcare Support** | - | 3,587 | 3,587 | |
| **Avant Healthcare Professionals LLC** | - | 33,968 | 33,968 | |
| **Background Research Solutions, LLC** | - | 129 | 129 | |
| **Baxter Healthcare Corp** | - | 33 | 33 | |
| **Cardinal Health** | - | 844 | 844 | |
| **Centurion Medical Products** | - | 757 | 757 | |
| **Crystal Grill** | - | 950 | 950 | |
| **Daniel Plunkett, MD** | - | 1,000 | 1,000 | |
| **Data Systems Managment, Inc.** | - | 1,052 | 1,052 | |
| **Delta Oncology, Inc** | - | 6,898 | 6,898 | |
| **EHOB** | - | 1,839 | 1,839 | |
| **FocusOne Solutions LLC** | - | 12,974 | 12,974 | |
| **Fresenius Medical Care** | 5,380 | 5,201 | 5,380 | |
| **Fresenius USA Manufacturing** | 127 | 262 | 262 | |
| **Fukuda Denshi USA, Inc** | - | 972 | 972 | |
| **Greenwood Leflore Hospital** | 1,159,632 | 569,351 | 1,159,632 | |
| **Hospira Worldwide, Inc** | - | 2,210 | 2,210 | |
| **Integral Therapy Solutions, LLC** | - | 7,449 | 7,449 | |
| **Joerns - 713222** | - | 883 | 883 | |
| **Kaeser & Blair Incorporated** | - | 137 | 137 | |
| **KCI USA** | 2,504 | 1,836 | 2,504 | |
| **Medline Industries, Inc.** | 68,453 | 66,023 | 68,453 | |
| **Office Depot** | - | 1,121 | 1,121 | |
| **Premium Refreshment Service** | - | 153 | 153 | |
| **Prime Care Nursing** | - | 19,958 | 19,958 | |
| **Ravi Pande MD** | - | 2,000 | 2,000 | |
| Shred-It | 1,691 | 1,691 | 1,691 | |
| **Southern Duplicating of Clarksdale** | - | 481 | 481 | |
| **U.S. Med-Equip, Inc.** | - | 10 | 10 | |
| **Universal Hospital Services** | - | 17,439 | 17,439 | |
| **What's Cooking? Catering** | - | 652 | 652 | |
| **Willow Anesthesia** | - | 2,373 | 2,373 | |
| **UNSCHEDULED CLAIMS** | | | | |
| **IPFS Corporation** | 18,775 | - | 18,775 | |
| **LEAF Capital Funding, LLC** | 6,300 | - | 6,300 | |
| TOTAL UNSECURED CLAIMS | | | **1,404,608** | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.    Page 10 of 18

17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 10 of 18

## Schedule of Pre-petition Trade Claims - Liquidating Trust

| Houma | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| A-1 Vacuum Service | - | 221 | 221 | |
| Abbott Diabetes Care Sales Corp | - | 1,134 | 1,134 | |
| Acadian Ambulance Services | - | 10,196 | 10,196 | |
| Acadiana Management Group | - | - | - | 16,598 |
| ACell Inc | - | 14,243 | 14,243 | |
| Airgas USA, LLC | 1,205 | 1,268 | 1,268 | |
| All Industrial Medical Services, LLC | - | 3,035 | 3,035 | |
| Allscripts Healthcare, LLC | - | 906 | 906 | |
| ALSCO | - | 2,257 | 2,257 | |
| Ambu Inc | - | 1,596 | 1,596 | |
| AMG- MGMT | - | - | - | 81,782 |
| Austin Fire Systems LLC | - | 1,706 | 1,706 | |
| Background Research Solutions LLC | - | 733 | 733 | |
| Baxter | - | 5,638 | 5,638 | |
| BRG Phones Plus | - | 260 | 260 | |
| Browns Dairy | - | 31 | 31 | |
| Centurion Medical Products | - | 7,396 | 7,396 | |
| Cross Cut Shredders LLC | - | 967 | 967 | |
| Daikin | - | 5,362 | 5,362 | |
| Direct Supply Inc | 1,698 | 2,340 | 2,340 | |
| Economical Janitorial & Paper Supplies | - | 1,917 | 1,917 | |
| EHOB | - | 2,223 | 2,223 | |
| Eric Jukes, MD | - | 2,400 | 2,400 | |
| Fukuda Denshi USA Inc | - | 1,648 | 1,648 | |
| Generator Power Systems of LA LLC | - | 1,545 | 1,545 | |
| Gifted Nurses | - | 1,251 | 1,251 | |
| Gregory Maidoh, MD | - | 5,000 | 5,000 | |
| Guillot's Sanitary Supplies, INC | - | 209 | 209 | |
| Houma Healthcare Properties, LLC | - | 90,336 | 90,336 | |
| Houma Radiology Associates | - | 2,511 | 2,511 | |
| IDEXX Laboratories | - | 2,055 | 2,055 | |
| Insignia Marketing, Inc | - | 298 | 298 | |
| Joerns - 713222 | - | 2,747 | 2,747 | |
| Kaeser & Blair | - | 494 | 494 | |
| KCI USA | 5,705 | 5,705 | 5,705 | |
| Louisiana Dept. of Health | - | 38,372 | 38,372 | |
| Louisiana Kidney Care | - | 18,250 | 18,250 | |
| Medline Industries, Inc. | 62,464 | 60,559 | 62,464 | |
| Office Depot | - | 305 | 305 | |
| OPTI Medical System, Inc | - | 612 | 612 | |
| OTIS Elevator Company | - | 7,920 | 7,920 | |
| PPO Plus | - | 3,006 | 3,006 | |
| Praxair | - | 7,952 | 7,952 | |
| ProMed Staffing Agency | - | 9,157 | 9,157 | |
| Raja Talluri, MD | - | 15,000 | 15,000 | |
| Reinhart FoodService | - | 5,945 | 5,945 | |
| Respiratory Services, Inc | - | 1,169 | 1,169 | |
| Russell Henry, MD | - | 7,400 | 7,400 | |
| SHI International Corp | - | 1,530 | 1,530 | |
| Sono Tech Enterprises, Inc. | - | 1,265 | 1,265 | |
| Southeast Neuroscience Center | - | 4,088 | 4,088 | |
| Surgical & Hospital Supplies | - | 2,218 | 2,218 | |
| Tennant Sales and Service Co | - | 890 | 890 | |
| Trane U.S. Inc. | - | 47,735 | 47,735 | |
| United Ad Label | - | 552 | 552 | |
| Universal Hospital Services | - | 7,992 | 7,992 | |
| Valley Supply Company | - | 1,407 | 1,407 | |
| Vapotherm Inc | - | 1,044 | 1,044 | |
| Westport Linen Services | - | 4,955 | 4,955 | |
| **UNSCHEDULED CLAIMS** | | | | |
| IPFS Corporation | 34,848 | - | 34,848 | |
| **TOTAL UNSECURED CLAIMS** | | | **465,701** | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

# Schedule of Pre-petition Trade Claims - Liquidating Trust

| Lafayette | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| Abbott Diabetes Care Sales Corp | - | 473 | 473 | |
| Acadian Ambulance | - | 3,421 | 3,421 | |
| Acadiana Acute Care Assoc. | - | 1,038 | 1,038 | |
| Acadiana Management Group. | - | - | - | 74,421 |
| Acadiana Radiology Group, LLC | - | 72 | 72 | |
| Advantage Medical Professionals, LLC | - | 16,453 | 16,453 | |
| Ambu Inc | - | 1,645 | 1,645 | |
| AMG - Management | - | - | - | 192,241 |
| AMG Realty Youngsville, LLC | - | - | - | 329,504 |
| Background Research Solutions LLC | - | 934 | 934 | |
| Baxter Healthcare Corporation | - | 4,098 | 4,098 | |
| Centurion Medical Products | - | 3,683 | 3,683 | |
| ClarkCo LLC | - | 15,000 | 15,000 | |
| Doumit Land Management Services | - | 600 | 600 | |
| Dynamic Infusion Therapy Inc | - | 6,086 | 6,086 | |
| EHOB | - | 779 | 779 | |
| FMC Dialysis Services West Lafayette | 20,290 | 19,614 | 20,290 | |
| Frank W Courmier Jr | - | 6,000 | 6,000 | |
| Fukuda Denshi USA Inc | 1,248 | 1,248 | 1,248 | |
| Grainger | - | 299 | 299 | |
| Hanger Clinic | - | 97 | 97 | |
| Hill-Rom Company Inc | - | 2,976 | 2,976 | |
| James A Noriega Jr MD | - | 4,000 | 4,000 | |
| Joerns - 713222 | - | 22,303 | 22,303 | |
| Joerns - 714305 | - | 10,310 | 10,310 | |
| Jorge Belgodere MD | - | 4,000 | 4,000 | |
| Justin Ardoin MD | - | 2,000 | 2,000 | |
| KCI USA Inc | - | 2,579 | 2,579 | |
| Kenneth Spiller MD | - | 6,000 | 6,000 | |
| Kevin A Courville MD | - | 10,000 | 10,000 | |
| Lafayette Bargain Store | - | 487 | 487 | |
| Lafayette General Medical Center | - | 31,413 | 31,413 | |
| LifeNet Health | 2,150 | 2,150 | 2,150 | |
| Liquid Environmental Solutions | - | 273 | 273 | |
| Louisiana Dept. of Health | - | 79,055 | 79,055 | |
| Medical Specialist of Acadiana | - | 6,000 | 6,000 | |
| Medline Industries Inc | 65,171 | 63,104 | 65,171 | |
| Mehandi Haran MD | - | 2,000 | 2,000 | |
| Motorola Solutions, Inc. | - | 1,487 | 1,487 | |
| Office Depot | 2,448 | 2,448 | 2,448 | |
| Our Lady of Lourdes RMC (RENT - PP) | - | 77,043 | 77,043 | |
| Patient Point Hospital Solutions | - | 418 | 418 | |
| Physician Utilities Inc | - | 4,000 | 4,000 | |
| Professional Anesthesia Services | - | 207 | 207 | |
| Respiratory Services Inc | - | 5,254 | 5,254 | |
| Richard Fei MD | - | 2,000 | 2,000 | |
| Scrubworx | - | 1,049 | 1,049 | |
| Stryker Flex Financial | 24,736 | 1,767 | 24,736 | |
| Telemedicine Solutions LLC | - | 2,138 | 2,138 | |
| Tri-Tec Medical, Inc. | - | 6,480 | 6,480 | |
| Universal Hospital Services | - | 6,052 | 6,052 | |
| US Med-Equip Inc | - | 188 | 188 | |
| Vapotherm Inc | - | 687 | 687 | |
| YP | - | 250 | 250 | |
| **UNSCHEDULED CLAIMS** | - | | - | |
| Airgas USA, LLC | 662 | - | 662 | |
| IPFS Corporation | 24,723 | - | 24,723 | |
| **TOTAL UNSECURED CLAIMS** | | | **492,754** | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

| Las Vegas | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| Acadiana Management Group | - | - | - | 25,456 |
| Advantage On Call LLC | - | 1,332 | 1,332 | |
| Air Liquide Healthcare | - | 6,000 | 6,000 | |
| Airgas USA, LLC | - | 3,975 | 3,975 | |
| Airtec Gases | - | 5,586 | 5,586 | |
| Alternative Office Systems (DNU) | - | 147 | 147 | |
| AMR NEVADA | - | 7,725 | 7,725 | |
| Angelica | - | 2,137 | 2,137 | |
| Anthony Pollard DO | - | 8,000 | 8,000 | |
| Aspen Communications | - | 983 | 983 | |
| Associated Pathologists Chartered | - | 338 | 338 | |
| Background Research Solutions, LLC | - | 612 | 612 | |
| Batteries + Bulbs | - | 191 | 191 | |
| Baxter Healthcare Corporation | - | 3,257 | 3,257 | |
| Brady Industries, LLC | 8,628 | 8,628 | 8,628 | |
| CareFusion | - | 21,966 | 21,966 | |
| Community Ambulance | - | 1,232 | 1,232 | |
| Concentra | - | 433 | 433 | |
| Covidien | - | 625 | 625 | |
| Covington Rehab | - | 1,950 | 1,950 | |
| cpsi | - | 1,757 | 1,757 | |
| EHOB | - | 823 | 823 | |
| Eugene Porreca, MD | - | 3,000 | 3,000 | |
| EZ Flooring and Design | - | 5,660 | 5,660 | |
| Fukuda Denshi USA, Inc | 1,055 | 1,055 | 1,055 | |
| Grainger | - | 1,105 | 1,105 | |
| Hill-Rom | - | 1,387 | 1,387 | |
| Iron Mountain | - | 467 | 467 | |
| Joerns - 713222 | - | 24,069 | 24,069 | |
| Kaeser & Blair | - | 2,170 | 2,170 | |
| KCI USA | 1,269 | 1,269 | 1,269 | |
| Kolesar & Leathman | - | 6,952 | 6,952 | |
| Las Vegas Urology | - | 150 | 150 | |
| Lewis Brisbois Bisgaar | - | 5,752 | 5,752 | |
| Mantro Mobile Imaging | - | 9,184 | 9,184 | |
| Masimo Americas, Inc | - | 508 | 508 | |
| Medical Transport Company, LLC | - | 6,922 | 6,922 | |
| Medicwest Ambulance, Inc | - | 8,982 | 8,982 | |
| Medline Industries, Inc. | 41,111 | 39,998 | 41,111 | |
| Ming Wei Wu, DO | - | 3,750 | 3,750 | |
| Nawaz A. Qureshi, MD | - | 4,000 | 4,000 | |
| Neri Maria Blanco-Cuevas, MD | - | 169 | 169 | |
| North Vista Hospital | - | 4,390 | 4,390 | |
| Nova Biomedical | - | 1,162 | 1,162 | |
| Office Depot, Inc | - | 2,836 | 2,836 | |
| Owens & Minor Distribution, Inc | - | 8,097 | 8,097 | |
| Patchin Pictures, LLC | - | 1,400 | 1,400 | |
| Performance Health formally Patterson Med | - | 3,689 | 3,689 | |
| Professional Nursing Consult Services | - | 6,392 | 6,392 | |
| Quest Diagnostics | - | 15,999 | 15,999 | |
| Rehabmart, LLC | - | 1,119 | 1,119 | |
| Reliable Health Care Services, Inc | - | 2,633 | 2,633 | |
| Renal Treatment Centers-California, Inc | 3,385 | 3,385 | 3,385 | |
| SHI | - | 2,505 | 2,505 | |
| Stability Biologics | 5,775 | 5,775 | 5,775 | |
| Sunrise Hospital and Medical Center, LLC | - | 1,492 | 1,492 | |
| Sysco | 14,468 | 14,396 | 14,468 | |
| Telemedicine Solutions, LLC | - | 2,138 | 2,138 | |
| Tri-anim | - | 3,345 | 3,345 | |
| Twin Med, LLC | - | 417 | 417 | |
| United Blood Services | - | 12,956 | 12,956 | |
| Universal Hospital Services | - | 7,846 | 7,846 | |
| Vapotherm, Inc | - | 546 | 546 | |
| Welmed Inc | - | 3,111 | 3,111 | |
| Young Plumbing, Inc | - | 75 | 75 | |
| **UNSCHEDULED CLAIMS** | | | | |
| Blood Systems, Inc. | 1,164 | - | 1,164 | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

## Schedule of Pre-petition Trade Claims - Liquidating Trust

| Las Vegas | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| IPFS Corporation | 10,294 | - | 10,294 | |
| **TOTAL UNSECURED CLAIMS** | | | 322,591 | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 14 of 18

17-50799 - #650-12   File 01/11/18   Enter 01/11/18 15:14:56   Schedule VIII Pg 14 of 18

| Tulsa | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **SCHEDULED CLAIMS** | | | | |
| Abbott Laboratories Inc | - | 6,671 | 6,671 | |
| Acadiana Management Group | - | - | - | 33,340 |
| Accountable Healthcare | 43,110 | 43,110 | 43,110 | |
| AHS Walk-In Clinic | - | 256 | 256 | |
| Airgas USA Inc. | 10,368 | 7,631 | 10,368 | |
| American Solutions for Business | 212 | 212 | 212 | |
| Angiodynamics | - | 6,185 | 6,185 | |
| Audit MicroControls, Inc. | - | 380 | 380 | |
| Background Research Solutions LLC | - | 1,735 | 1,735 | |
| Baxter Healthcare Corporation | - | 2,374 | 2,374 | |
| BioTAB LLC | - | 300 | 300 | |
| Briggs Corporation | - | 151 | 151 | |
| Cardinal Health Medical | 57,259 | 44,327 | 57,259 | |
| Centurion Medical Product | - | 5,882 | 5,882 | |
| CITYPLEX TOWERS | - | 46,981 | 46,981 | |
| Complete Facility Services, LLC | - | 13,688 | 13,688 | |
| Covidien LP | - | 326 | 326 | |
| Critical Alert | - | 489 | 489 | |
| Curbell Medical | 2,260 | 2,230 | 2,260 | |
| Custom Medical Solutions | - | 224 | 224 | |
| Digiprint | - | 56 | 56 | |
| Drager Medical, Inc | - | 3,836 | 3,836 | |
| DTG Medical Electronics, Inc | - | 927 | 927 | |
| EHOB | - | 2,563 | 2,563 | |
| EMSA | 7,468 | 7,468 | 7,468 | |
| Fresenius Medical Care | 55,389 | 53,728 | 55,389 | |
| Fukuda Denshi | 3,724 | 3,724 | 3,724 | |
| GE Healthcare | - | 37,835 | 37,835 | |
| Grainger | - | 793 | 793 | |
| Health Care Logistics | - | 254 | 254 | |
| HealthRide | - | 714 | 714 | |
| Hillcrest Medical Center | - | 170 | 170 | |
| HireCall Licensing, LLC | - | 1,707 | 1,707 | |
| Hospira Worldwide Inc | - | 3,228 | 3,228 | |
| ID Consultants PLLC | - | 2,250 | 2,250 | |
| James R Higgins, MD | - | 440 | 440 | |
| Joerns - 713222 | - | 27,675 | 27,675 | |
| Kaeser | - | 1,641 | 1,641 | |
| KCI USA | 16,278 | 17,310 | 17,310 | |
| Masimo Americas Inc | - | 1,518 | 1,518 | |
| Maxim Healthcare Services | - | 20,090 | 20,090 | |
| McAlister's Deli | - | 2,997 | 2,997 | |
| Medical Technology Associates, Inc. | - | 490 | 490 | |
| Medline Industries, Inc. | 122,547 | 119,064 | 122,547 | |
| MedSupport Transporation & Mazon Associat | - | 259 | 259 | |
| Meek's Electrical Services, Inc. | - | 4,723 | 4,723 | |
| MobileXUSA | - | 14,717 | 14,717 | |
| Norlem Technology Consulting, Inc. | - | 437 | 437 | |
| Nurse Finders | - | 8,985 | 8,985 | |
| Office Depot | 4,003 | 4,003 | 4,003 | |
| Pathology Laboratory Assoicates | - | 1,050 | 1,050 | |
| Phillips Healthcare | - | 1,467 | 1,467 | |
| Physio-Control, Inc | - | 950 | 950 | |
| Precision Dynamics Corporation | - | 360 | 360 | |
| Prohab Therapy Specialists | 12,313 | 12,313 | 12,313 | |
| Pulmonary Medicine Associates, Inc. | - | 77,500 | 77,500 | |
| Regional Medical Lab (Name on bill) | - | 107 | 107 | |
| Regional Medical Laboratory | - | 91,827 | 91,827 | |
| Reliable Building Services | - | 13,688 | 13,688 | |
| Robinson Medical Resource | 165,371 | 155,193 | 165,371 | |
| SHC Services | - | 11,874 | 11,874 | |
| Sodexo, Inc & Affiliates | - | 74,440 | 74,440 | |
| SteadMed Medical LLC | - | 1,893 | 1,893 | |
| Stryker | - | 6,499 | 6,499 | |
| Superior Linen Service, Inc. | - | 5,325 | 5,325 | |
| Tacy Medical, Inc. | - | 1,622 | 1,622 | |
| Team Medical | - | 4,278 | 4,278 | |
| Telemedicine Solutions, LLC | - | 2,138 | 2,138 | |
| The Uniform Shoppe, Inc | - | 1,243 | 1,243 | |
| Total Medical Personnel | - | 54,265 | 54,265 | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

## Schedule of Pre-petition Trade Claims - Liquidating Trust

| Tulsa | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---|
| **Trust Healthcare, LLC** | 20,969 | 20,969 | 20,969 | |
| **Tulsa Emergency Medical Center** | - | 921 | 921 | |
| **Tulsa Vein Institute** | - | 14,503 | 14,503 | |
| **Tulsa World** | - | 3,220 | 3,220 | |
| **U.S. Med-Equip** | - | 10,878 | 10,878 | |
| **Universal Hospital Services** | - | 2,628 | 2,628 | |
| **Vapotherm** | - | 1,703 | 1,703 | |
| **Verathon** | - | 1,187 | 1,187 | |
| **Video Revolution Inc** | - | 206 | 206 | |
| **Vishal Aggarwal, MD** | - | 42,000 | 42,000 | |
| **Vital Systems of Oklahoma Inc** | - | 650 | 650 | |
| **Z.S. Medical Services, Inc.** | 144,858 | 144,858 | 144,858 | |
| **Ziad Sous, MD** | 17,500 | 17,500 | 17,500 | |
| UNSCHEDULED CLAIMS | | | | |
| **IPFS Corporation** | 10,593 | - | 10,593 | |
| **Oral Roberts University** | 46,961 | - | 46,961 | |
| TOTAL UNSECURED CLAIMS | | | 1,387,912 | |

\* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 16 of 18

17-50799 - #650-12   File 01/11/18   Enter 01/11/18 15:14:56   Schedule VIII Pg 16 of 18

| Wichita | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---:|---:|---:|---:|
| **SCHEDULED CLAIMS** | | | | |
| 3M Company | - | 15,915 | 15,915 | |
| Abbott Diabetes Care Sales Corp | - | 2,160 | 2,160 | |
| ACell Inc | - | 19,301 | 19,301 | |
| Affiliated Medical Services Lab, Inc. | 60,586 | 53,493 | 60,586 | |
| Air City Emerg Physicians, LLC | - | 587 | 587 | |
| Airgas USA LLC | 10,307 | 10,352 | 10,352 | |
| AMS Diagnostics, LLC | - | 2,049 | 2,049 | |
| Background Research Solutions LLC | - | 1,022 | 1,022 | |
| Baxter Healthcare Corp | - | 9,994 | 9,994 | |
| Briggs | - | 925 | 925 | |
| Butler Plumbing | - | 2,778 | 2,778 | |
| Canon Financial Services, Inc | 38,107 | 958 | 38,107 | |
| Cardinal Health | 88,124 | 71,185 | 88,124 | |
| Cardinal Health Medical Products | - | 8,411 | 8,411 | |
| Central Consolidated, Inc | - | 1,890 | 1,890 | |
| Central Kansas Commercial Laundry, LLC | - | 1,309 | 1,309 | |
| Central Power Systems & Services | - | 783 | 783 | |
| CHFG Wichita, LLC | - | - | - | 103,973 |
| Cintas Corporation | - | 183 | 183 | |
| DaVita | 22,791 | 22,791 | 22,791 | |
| De Lage Landen Financial Services, Inc | - | 1,987 | 1,987 | |
| Digital Office Systems Inc | - | 3,100 | 3,100 | |
| Direct Supply Inc | - | 4,759 | 4,759 | |
| Division of Health Care Finance | - | 51,543 | 51,543 | |
| EHOB | - | 2,359 | 2,359 | |
| FFF Enterprises Inc | - | 1,368 | 1,368 | |
| Fukuda Denshi USA Inc | 1,123 | 1,123 | 1,123 | |
| George Lay Signs, Inc. | - | 914 | 914 | |
| HD Supply Facilities Maintenance Ltd | - | 3,087 | 3,087 | |
| Health Care Logistics Inc. | - | 482 | 482 | |
| Health Care Systems, Inc | - | 2,189 | 2,189 | |
| Heartland Pest Control, Inc. | - | 177 | 177 | |
| Hometown Logo | - | 22 | 22 | |
| IDC LLC | - | 4,000 | 4,000 | |
| Infusion LLC | - | 2,530 | 2,530 | |
| Joerns - 713222 | - | 8,206 | 8,206 | |
| Joerns - 714305 | - | 166 | 166 | |
| Kaeser & Blair Inc | - | 2,821 | 2,821 | |
| Kansas Medical Center | - | 5,000 | 5,000 | |
| Life Touch EMS Inc | - | 2,300 | 2,300 | |
| Life Uniform | - | 4,697 | 4,697 | |
| Lifesaver Learning, Inc. | - | 100 | 100 | |
| Lunch Mony Inc | - | 1,315 | 1,315 | |
| Masimo Americas, Inc | - | 550 | 550 | |
| Medical Equipment Services of Kansas Inc | - | 1,426 | 1,426 | |
| MedicusHealth | - | 409 | 409 | |
| Medline Industries, Inc. | 36,460 | 34,622 | 36,460 | |
| Medwise Services LLC | - | 905 | 905 | |
| Mercy Surgical Dressing Group, Inc | - | 16,286 | 16,286 | |
| Midwest Roofing Services Inc | - | 333 | 333 | |
| Midwest Single Source | - | 133 | 133 | |
| Midwest Surgical PA | - | 3,250 | 3,250 | |
| Office Depot | 3,818 | 3,819 | 3,819 | |
| Panera Bread | - | 162 | 162 | |
| Philips Healthcare | - | 33,905 | 33,905 | |
| Phoenix Textile Corporation | - | 1,451 | 1,451 | |
| Premier Hospitalists of Kansas | - | 12,850 | 12,850 | |
| Pulmonary and Sleep Consultants of Kansas | - | 16,360 | 16,360 | |
| RC Medical, Inc. | - | 347 | 347 | |
| Respironics, Inc | - | 184 | 184 | |
| Schlotzsky"s | - | 192 | 192 | |
| Sedgwick County EMS | - | 1,975 | 1,975 | |
| SHI International Corp | - | 2,422 | 2,422 | |
| Smiths Medical ASD, Inc. | - | 1,140 | 1,140 | |
| Speech, Swallowing and Voice Center | - | 750 | 750 | |
| Staples | - | 7,249 | 7,249 | |
| Supply Access Center, Inc | - | 1,653 | 1,653 | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

| Wichita | Claimed Amount | AP Balance | Unsecured Claim | Debtor Affiliates |
|---|---|---|---|---|
| **Sysco of Kansas City, Inc.** | - | 594 | 594 | |
| **Telemedicine Solutions LLC** | - | 2,138 | 2,138 | |
| **Underground Vaults & Storage** | - | 1,656 | 1,656 | |
| **Unified Services Inc** | - | 11,002 | 11,002 | |
| **United Healthcare** | - | 1,316 | 1,316 | |
| **Universal Hospital Services** | - | 574 | 574 | |
| **US Med-Equip Inc** | - | 1,363 | 1,363 | |
| **USIC Locating Services, Inc.** | - | 125 | 125 | |
| **Vapotherm Inc** | - | 2,012 | 2,012 | |
| **Via Christi Health Lab** | - | 1,823 | 1,823 | |
| **Via Christi Hospital Wichita (OP)** | - | 3,452 | 3,452 | |
| **Via Christi Hospitals - Wichita Inc (lab)** | - | 6,948 | 6,948 | |
| **Via Christi OCC Medicine** | - | 535 | 535 | |
| **Vijay Khurana** | - | 17,500 | 17,500 | |
| **Wesley Medical Center** | - | 2,423 | 2,423 | |
| **Wichita Radiological Group PA** | - | 15,268 | 15,268 | |
| **Zoll Medical Corporation** | - | 814 | 814 | |
| UNSCHEDULED CLAIMS | | | | |
| **IPFS Corporation** | 7,818 | - | 7,818 | |
| TOTAL UNSECURED CLAIMS | | | **613,081** | |

* Unsecured claims exclude amounts owed to critical vendors in accordance with the terms of the Critical Vendor Motion.

Page 18 of 18

17-50799 - #650-12  File 01/11/18  Enter 01/11/18 15:14:56  Schedule VIII Pg 18 of 18