# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

IN RE:

**ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.**[1]          **CASE NO. 17-50799**

**DEBTORS**                                              **CHAPTER 11**

---

### BALLOT SUMMARY
### FOURTH AMENDED PLAN OF REORGANIZATION

**Class 3 - Secured Claims**

Number of Votes Cast: 1          Amounts held by Voting Creditors:   $11,499,372.00
Acceptances: 1                   Rejections: none

This class accepts the plan.

**Class 5A - Secured Claims**

Number of Votes Cast: 1          Amounts held by Voting Creditors:   $10,698,149.97
Acceptances: 1                   Rejections: none

This class accepts the plan.

**Class 5B - Secured Claims**

Number of Votes Cast: 1          Amounts held by Voting Creditors:   14,750,000.00
Acceptances: 0                   Rejections: 1

This class rejects the plan.

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

**Class 8A - Unsecured Claims - Non-Critical Vendors**

Number of Votes Cast: 39     Amounts held by Voting Creditors: $14,459,039.80
Acceptances:  12 / $705,662.82       Rejections:  27 / $13,753,376.98

This class rejects the plan.


**Class 8B - Unsecured Claims - Critical Vendors**

Number of Votes Cast: 4     Amounts held by Voting Creditors: $207,235.57
Acceptances: 4     Rejections: None.

This class accepts the plan.


Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By:     /s/Bradley L. Drell
        Bradley L. Drell (Bar Roll #24387)
        Heather M. Mathews (Bar Roll # 29967)
        B. Gene Taylor, III (Bar Roll #33407)
        P. O. Box 6118
        Alexandria, LA   71307-6118
        Telephone: (318) 445-6471
        Facsimile:  (318) 445-6476
        e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS
IN POSSESSION: ACADIANA MANAGEMENT
GROUP, L.L.C., ET AL.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (x) and 8B ( ) Claim in the unpaid amount of $ 91,691.24 _____ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [x] REJECT THE PLAN

Date: February 13, 2018
Signature: Sherrie Slater
Print Name: Sherrie Slater
Company/Creditor: 3M Company
Title (if appropriate): Credit Supervisor
Address: 3M Health Information Systems, Taylorsville, UT 84123
Telephone: (801) 265-4706

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3. **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (X )and 8B ( ) Claim in the unpaid amount of $15,215.26 _____ hereby votes to:

Check one box only [X] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2/14/2018 _____

Signature: _____

Print Name: Eric R. Von Helms _____

Company/Creditor: Abbott Diabetes Division of Abbott Laboratories, Inc. _____

Title (if appropriate): Attorney in Fact/Agent _____

Address: Kohner, Mann & Kailas, S.C., 4650 N. Port Washington Rd., Milw, WI 53212

Telephone: (414) 962-5110 _____

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.ʹ     The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.     The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.     **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (x) and 8B ( ) Claim in the unpaid amount of $ 5,183.60_____ hereby votes to:

Check one box only [x] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: ___2/14/2018_____

Signature: _____

Print Name: __Eric R. Von Helms_____

Company/Creditor: __Abbott Point of Care Inc._____

Title (if appropriate): __Attorney in Fact/Agent_____

Address: __Kohner, Mann & Kailas, S.C., 4650 N. Port Washington Rd., Milw, WI__ 53212

Telephone: __(414) 962-5110_____

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 (X), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ **110,448.79** hereby votes to: **Account Ending: 1004**

Check one box only [ ] ACCEPT THE PLAN (X) REJECT THE PLAN

Date: **February 14, 2018**

Signature: _____

Print Name: **Kenneth W. Kleppinger**

Company/Creditor: **American Express Travel Related Services Company, Inc.,**

Title (if appropriate): **Attorneys/Agent for creditor**

Address: **c/o Becket & Lee LLP, PO Box 3001, Malvern PA 19355**

Telephone: **(610) 644-7800**

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 **(X)**, 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $**110,448.79**___ hereby votes to:  **Account Ending: 1004**

Check one box only [ ] ACCEPT THE PLAN **(X)** REJECT THE PLAN

Date: __**February 14, 2018**__

Signature: _____

Print Name: __**Kenneth W. Kleppinger**_____

Company/Creditor: **American Express Travel Related Services Company, Inc.,**

Title (if appropriate): **Attorneys/Agent for creditor**_____

Address: **c/o Becket & Lee LLP, PO Box 3001, Malvern PA  19355**____

Telephone: **(610) 644-7800**_____

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 3,072.92 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: Feb. 9, 2018

Signature: Dauleine

Print Name: Dale Vidrine

Company/Creditor: American Mobile Digital LLC

Title (if appropriate): President / CEO

Address: 174 Grant Road

Telephone: 337 594-9637

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B (X), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 14,750,000.00*  hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: February 23, 2018

Signature: _____

Print Name: Rudy J. Cerone

Company/Creditor: BOKF, N.A. dba Bank of Oklahoma

Title (if appropriate): Attorney-in-Fact

Address: 601 Poydras Street, Suite 1200, New Orleans, LA 70130

Telephone: (504) 596-2786

*For purposes of voting only, all rights reserved.

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (X) and 8B ( ) Claim in the unpaid amount of $ 11,292,763.30*  hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: February 23, 2018

Signature: _____

Print Name: Rudy J. Cerone

Company/Creditor: BOKF, N.A. dba Bank of Oklahoma

Title (if appropriate): Attorney-in-Fact

Address: 601 Poydras Street, Suite 1200, New Orleans, LA  70130

Telephone: (504) 596-2786

*For purposes of voting only, all rights reserved.

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A (X), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $10,698,149.97 hereby votes to:

Check one box only [X] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2/5/18_

Signature: _W. Page Barnes_

Print Name: _W. Page Barnes_

Company/Creditor: _CHCT Louisiana LLC_

Title (if appropriate): _____

Address: _Suite 150, 3326 Aspen Grove Drive, Franklin, TN 37067_

Telephone: _(615) 771-3052_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 (X), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 11,499,372 hereby votes to:

Check one box only (X) ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2/5/18_
Signature: _W. Page Beene_
Print Name: _W. Page Beene_
Company/Creditor: _CHCT Louisiana LLC_
Title (if appropriate): _____
Address: _Suite 150, 3326 Aspen Grove Drive, Franklin, TN 37067_
Telephone: _(615) 771-3052_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _14 439-_ hereby votes to:

Check one box only [✓]-ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2-12-18_

Signature: _Albert Grasso_

Print Name: _ALBERT GRASSO_

Company/Creditor: _COMPUTER CONFIGURATION SERVICES LLC_

Title (if appropriate): _CFO_

Address: _3002 DOW AVE - SUITE 402  TUSTIN, CA - 92780_

Telephone: _948-476-0874_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _3 970.05_ hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2-19-2018_

Signature: _____

Print Name: _Douglas J Crawley_

Company/Creditor: _Praeger Medical_

Title (if appropriate): _Treasury Mgr._

Address: _3135 Quarry Rd Telford PA_

Telephone: _215-660-2406_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.     The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.     The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.     **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $800 hereby votes to:

Check one box only [x] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2/9/2018
Signature: *Jerrad Edwards*_____
Print Name: Jerrad Edwards_____
Company/Creditor: Eight Hats_____
Title (if appropriate): President_____
Address: 1304 Bertand Drive, Lafayette LA 70506_____
Telephone: 337-889-0262_____

**VOTING INFORMATION AND INSTRUCTIONS**
**FOR COMPLETING THE BALLOT**

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _4500.00_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: _28 JAN 2018_

Signature: _Eugene G Porrena_

Print Name: _EUGENE G PORRENA MD_

Company/Creditor: _Eugene Porrena_

Title (if appropriate): _MD_

Address: _9728 FOXTRAP AVE LAS VEGAS NV 89145_

Telephone: _702 245 1452_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.     The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.     The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to vote and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.     **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 1,348.64 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: 1/31/18
Signature: _Lee B. Goddard_
Print Name: Lee B. Goddard ℠
Company/Creditor: Express Transportation of New Mexico, LLC.
Title (if appropriate): Chief Financial Officer
Address: 2451 Executive Drive Suite 101 St. Charles, mo. 62303
Telephone: 636-447-7474

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 (✓), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 309,344.80 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: 2/19/18

Signature: _Brenne Edge_

Print Name: _J Brannen Edge III_

Company/Creditor: _Flagship Keystone Covington_

Title (if appropriate): _Authorized Signer_

Address: _2701 Coltsgate Rd. Ste 300 Charlotte, NC 28211_

Telephone: _704-492-0222_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✗) and 8B ( ) Claim in the unpaid amount of $ _75, 968.⁰⁰_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✗] REJECT THE PLAN

Date: _2-1-18_
Signature: _[signature]_
Print Name: _Amy Blumenthal_
Company/Creditor: _Focus One Solutions, LLC_
Title (if appropriate): _Corporate Counsel_
Address: _13609 California St., Omaha, NE 68154_
Telephone: _402-891-6995_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (x) and 8B ( ) Claim in the unpaid amount of $ _17,007.62_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [x] REJECT THE PLAN

Date: _February 14, 2018_

Signature: _____

Print Name: _Sean Mallen_

Company/Creditor: _Gifted Nurses, LLC d/b/a Gifted Healthcare_

Title (if appropriate): _Chief Financial Officer_

Address: _2748 Metairie Lawn Drive, Metairie, LA 70002_

Telephone: _(504) 831-2123_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _33196_____ hereby votes to:

Check one box only ☒ ACCEPT THE PLAN [ ] REJECT THE PLAN

| | |
|---|---|
| Date: | 2/8/18 |
| Signature: | _(signature)_ |
| Print Name: | Karen Janiszewski |
| Company/Creditor: | Health Care Software Inc |
| Title (if appropriate): | CFO |
| Address: | PO Box 2430  Farmingdale  NJ  07727 |
| Telephone: | 732 938 5600  x2319 |

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ ~~98,432.48~~ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: _2/12/18_

Signature: _Michael R. Hofman_

Print Name: _Michael R. Holeman_

Company/Creditor: _Holeman Horner PLLC_

Title (if appropriate): _Member_

Address: _1875 I St NW Suite 500, Washington DC 20006_

Telephone: _202-531-6696_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3. **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 392,311.96 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2/19/18

Signature: _Robert A. Maurin_

Print Name: Robert A. Maurin, III

Company/Creditor: Houma Healthcare Properties, LLC

Title (if appropriate): Manager

Address: 110 N. Oak St. Hammond, LA 70401

Telephone: 995 · 902 - 9550

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 79,422.00 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2|19|18

Signature: _(signature)_

Print Name: Robert A. Maurin, III

Company/Creditor: Imperial Healthcare Leasing, LLC

Title (if appropriate): Manager

Address: 110 N. Oak St. Hammond, LA 70401

Telephone: 985 . 902 - 9550

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (X) and 8B ( ) Claim in the unpaid amount of $ _16,803.11_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN (X) REJECT THE PLAN

Date: _02-01-2018_
Signature: _____
Print Name: _Janiva Back, Practice Manager_
Company/Creditor: _Infectious Diseases & Internal Medicine Associates, PC_
Title (if appropriate): _Practice Manager_
Address: _500 Walter St NE, Ste 104, ABQ, NM 87102-2541_
Telephone: _(505) 848-3730 option 4_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _27,823.79_ hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _FEB. 2, 2018_
Signature: _[signature]_
Print Name: _ROBERT M. SONNIER, JR. P.D._
Company/Creditor: _INSTITUTIONAL PHARMACIES of LOUISIANA, LLC._
Title (if appropriate): _OWNER / MG. PARTNER_
Address: _106 ABIGAYLES ROW, SCOTT, LA 70583_
Telephone: _(337) 268-4023_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3. **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _120,540_____ hereby votes to:

Check one box only [X] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2/16/2018_____
Signature: _____
Print Name: _Billy Taylor_____
Company/Creditor: _Soerns Healthcare LLC_
Title (if appropriate): _Credit Manager_
Address: _2430 Whitehall Park Drive, Ste 100_
Telephone: _800-826-0270_____
_Charlotte, NC 28273_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.    The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.    The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.    **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 217,425.78 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: FEBRUARY 1, 2018

Signature: _____

Print Name: STEVEN E. ADAMS, Attorney

Company/Creditor: LA Department of HEALTH

Title (if appropriate): Attorney

Address: 4845 JAMESTOWN AVE - Suite 204 - Baton Rouge, LA 70808

Telephone: 225 - 926 - 4333

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (X) and 8B ( ) Claim in the unpaid amount of $ 272.74 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: 1/29/2018
Signature: _____
Print Name: JOFFROY S. SWEREN
Company/Creditor: LIQUID ENVIRONMENTAL SOLUTIONS OF TEXAS, LLC
Title (if appropriate): REVENUE CYCLE CONTROLLER
Address: 7651 ESTERS BLVD, SUITE 200, IRVING TX 75063
Telephone: 214-524-6105

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3. **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 8373.27 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: 1-30-18
Signature: _Jay Ge_
Print Name: Troy Grimes
Company/Creditor: Mesa Detection Agency
Title (if appropriate): President / Owner
Address: Po Box 91328 Albuquerque NM 87199
Telephone: 505-821-7620

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $2,493.46 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 1/30/18
Signature: Elena Sullivan
Print Name: Elena Sullivan
Company/Creditor: Nuvo Biomedical Corporation
Title (if appropriate): Credit Manager
Address: 200 Prospect Street, Waltham, MA 02453
Telephone: 781 647 3700 Ext. 1337

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth in the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (X) and 8B ( ) Claim in the unpaid amount of $**251,720** hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: 1/31/2018
Signature: *Rakesh Shrivastava*
Print Name: Rakesh Shrivastava
Company/Creditor: Oklahoma Independent Providers Network, LLC
Title (if appropriate): Manager
Address: c/o Tom Russell 201 Robert S. Kerr Ave. Ste. 1600 OKL, OK 73102
Telephone: 405.235.7020

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _8,871.58_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN ☒ REJECT THE PLAN

Date: _1/29/18_
Signature: _William S. Ray_
Print Name: _WILLIAM S. RAY_
Company/Creditor: _OWENS & MINOR_
Title (if appropriate): _HOME OFFICE CREDIT MGR._
Address: _9120 LOCKWOOD BLVD, MECHANICSVILLE, VA 23116_
Telephone: _804-723-7532_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 44,065.80 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2-16-2018

Signature: SB

Print Name: Shane Beaty

Company/Creditor: Philips Healthcare

Title (if appropriate): _____

Address: 511 Union St, Suite 900, Nashville, TN 37219

Telephone: 629 215 7298

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1. The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2. The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3. **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 134,771.78 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2/20/18

Signature: _____

Print Name: _Matt D. McConnell_

Company/Creditor: _Rader Solutions_

Title (if appropriate): _Counsel_

Address: _1021 Coolidge Blvd., Lafayette, LA 70503_

Telephone: _337-347-6404_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to vote and to actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 261 722.05 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: 2/18/2018
Signature: James H. Morgan
Print Name: James H. Morgan
Company/Creditor: Rehabilitation Hospital of Acadiana, L.L.C.
Title (if appropriate): CEO / Owner
Address: 4018 Old Jeanerette Rd, New Iberia, LA 70563
Telephone: 337-369-3976

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.     The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.     The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.     **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ _6422.46._ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: _2/19/18_

Signature: _[signature]_

Print Name: _Andrew L. Suprean_

Company/Creditor: _Respiratory Services, Inc_

Title (if appropriate): _Owner / President_

Address: _59038 Amber St   Slidell, LA  70461_

Telephone: _(985) 643-3198   (985) 960-0950 Cell_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (x) and 8B ( ) Claim in the unpaid amount of $172,005.79 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [x] REJECT THE PLAN

Date: February 14, 2018
Signature: _____
Print Name: Sean Mallen
Company/Creditor: Robinson Medical Resource Group, LLC
Title (if appropriate): Chief Financial Officer
Address: 2748 Metairie Lawn Drive, Metairie, LA 70002
Telephone: (504) 831-2123

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

*Attached. 7. [handwritten]*

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _264,280.00_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [X] REJECT THE PLAN

Date: _2/15/2018_

Signature: _[signed]_

Print Name: _BRIAN MARTIN_

Company/Creditor: _STABILITY BIOLOGICS_

Title (if appropriate): _CEO_

Address: _2910 POSTON AVE  NASHVILLE TN 37203_

Telephone: _~~[struck through]~~  615 - 921 - 5551_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B (✓) Claim in the unpaid amount of $ 3574.00 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: 2/1/18
Signature: Sarah Canady
Print Name: Sarah Canady
Company/Creditor: Superior Linen Service, Inc.
Title (if appropriate): Credit Manager
Address: 6959 E. 12th Street, Tulsa, OK 74112
Telephone: 918-513-8639

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B (✓) Claim in the unpaid amount of $ 5324.74 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: 2/1/18
Signature: *Sarah Canady*
Print Name: Sarah Canady
Company/Creditor: Superior Linen Service, Inc.
Title (if appropriate): Credit Manager
Address: 6959 E 12th St., Tulsa OK 74112
Telephone: 918 513-8639

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.       The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.       The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.       **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 14,467.53 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: Feb. 5, 2018
Signature: Frank Lee
Print Name: Frank N. White
Company/Creditor: Sysco Las Vegas, a division of Sysco USA I, Inc.
Title (if appropriate): Counsel for Sysco
Address: 171 17th Street NW, Suite 2100, Atlanta, GA 30363
Telephone: (404) 873-8744

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ _30,990.⁵⁵_ hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: _Feb. 5, 2018_
Signature: _Frank White_
Print Name: _Frank N. White_
Company/Creditor: _Sysco New Mexico, a division of Sysco USA I, Inc._
Title (if appropriate): _Counsel for Sysco_
Address: _171 17th Street NW, Suite 2100, Atlanta, GA 30363_
Telephone: _(404) 873-8744_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 32,891.09 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: Feb. 5, 2018

Signature: Frank White

Print Name: Frank N. White

Company/Creditor: Sysco Oklahoma, a division of Sysco USA II, Inc.

Title (if appropriate): Counsel for Sysco

Address: 171 17th Street NW, Suite 2100, Atlanta, GA 30363

Telephone: (404) 872-8744

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ _16 21.52_ hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _Jan. 29, 2018_

Signature: _a C Tacy_

Print Name: _CURT TACY_

Company/Creditor: _Tacy Medical, Inc._

Title (if appropriate): _President_

Address: _2386 Shannon Rd. Fernandina Beach, Fl. 32034_

Telephone: _1-904-261-0151_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A ( ) and 8B ( ) Claim in the unpaid amount of $ 17,107.20 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: February 8, 2018

Signature: Mike D

Print Name: Mike Diamond

Company/Creditor: Telemedicine Solutions LLC

Title (if appropriate): Chief Executive Officer

Address: 425 N. Martingale Road Suite 1250, Schaumburg, IL 60173

Telephone: 847 519-3500

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $ 706.66 hereby votes to:

Check one box only [ ] ACCEPT THE PLAN [✓] REJECT THE PLAN

Date: _1/31/18_

Signature: _Lee B. Goddard_

Print Name: _Lee B. Goddard_ CFO

Company/Creditor: _Triple D Medical Transportation, LLC._

Title (if appropriate): _Chief Financial Officer_

Address: _2451 Executive Drive Suite 101 St. Charles, MO. 63303_

Telephone: _626-447-7974_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot.**

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court.** Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows:

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned holder of a Class 3 ( ), 4 ( ), 5A ( ), 5B ( ), 6 ( ), 8A (✓) and 8B ( ) Claim in the unpaid amount of $22,352.2 hereby votes to:

Check one box only [✓] ACCEPT THE PLAN [ ] REJECT THE PLAN

Date: _2/20/18_
Signature: _Gurmit Bhatia_
Print Name: _Gurmit Bhatia_
Company/Creditor: _US Med-Equip INC_
Title (if appropriate): _CEO_
Address: _7628 Gessner Rd Houston TX 77040_
Telephone: _713-983-8860_

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

1.      The enclosed Ballot is submitted to you to solicit your vote to accept or reject the Debtors' Fourth Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC, et al., dated January 3, 2018 (the "Plan"), which is described in the Immaterially Modified Fourth Amended Disclosure Statement, dated January 11, 2018 (the "Disclosure Statement"). **Please read the Plan dated January 3, 2018, and the Disclosure Statement carefully before completing the Ballot**.

2.      The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each impaired class of creditors who are entitled to and actually vote on the Plan. If you are a creditor entitled to vote on the Plan, your vote will be counted in the amount set forth on the Proof of Claim filed by you or on your behalf or, if no claim has been filed, in the amount scheduled by the Debtors as undisputed, non-contingent and liquidated. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Bankruptcy Code.

3.      **To have your vote counted, you must complete, sign, and deliver the Ballot to Debtors' counsel on or before February 20, 2018, at 5:00 p.m. CST ("Voting Deadline"), unless such time is extended by the Court**. Ballots sent via facsimile or other electronic means will not be accepted. Deliveries of Ballots by mail, overnight courier, or hand delivery should be addressed to Debtors' counsel as follows: