

FILED
FEB 27 2018
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

17-50799 Acadiana Management Group, LLC, ET AL    Chapter: 11

Fourth Amended Chapter 11 Plan

**APPEARANCES:**

Bradley L. Drell and Heather M. Mathews representing DIP
Tristan E. Manthey and William H. Patrick III representing
    Official Unsecured Creditors Committee
Tim Lupinacci for CHCT
Rudy Cerone and Sarah Edwards for Bank of Oklahoma
Kent Aguillard and Amy Williams for Flagstone
Chris Caplinger for First American Equipment
JP Hebert for Wells Fargo
Elizabeth Futrell for University of Indiana Health
Brent Wyatt for THC of Nevada

**RULING:** Plan is confirmed.

The objection of Gifted Nurses LLC is overruled.

**ORDER TO BE PREPARED BY:** Drell

Date:   February 27, 2018