# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-50799 |
| | § | |
| ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[1] | § § § | CHAPTER 11 |
| | § | JOINTLY ADMINISTERED |
| DEBTORS | § | |

## SUMMARY COVER SHEET OF FEE APPLICATION

| Name of applicant: | Stout Risius Ross Advisors, LLC |
|---|---|
| Name of client: | Acadiana Management Group, L.L.C. et al |
| Time period covered by this application | July 28, 2017 through May 8, 2018 |
| Total compensation sought this period | $1,280,000.00 |
| Total expenses sought this period | $17,170.43 |
| Petition date | June 23, 2017 |
| Retention date | July 28, 2017 |
| Date of order approving employment | September 20, 2017 [Docket No. 310] |
| Total allowed compensation paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Compensation sought in this application already paid pursuant to a monthly compensation order, but not yet allowed | $300,000.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $13,868.71 |
| Date of Application | May 10, 2018 |
| Interim or Final | Final |

---

[1] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 17-50799 |
| ACADIANA MANAGEMENT GROUP, L.L.C., ET AL.[2] | § § § | CHAPTER 11 |
| DEBTORS | § § § | JOINTLY ADMINISTERED |

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY STOUT RISIUS ROSS ADVISORS, LLC <u>FOR THE PERIOD OF JULY 28, 2017 THROUGH MAY 8, 2018</u>

**NOW INTO COURT**, comes Stout Risius Ross Advisors, LLC ("SRRA", "Stout" or "Applicant"), who file this final application ("Application") for reasonable compensation in the amount of (i) One Million Two Hundred and Eighty Thousand Dollars ($1,280,00.00) for services performed by SRRA during the period July 28, 2017 through May 8, 2018 (the "Fee Period") and Seventeen Thousand One Hundred and Seventy Dollars and 43/100 ($17,170.43) for actual and necessary out-of-pocket expenses incurred during the Fee Period by SRRA represents as follows:

---

[2] AMG Hospital Company, L.L.C., Case No. 17-50800; AMG Hospital Company II, L.L.C., Case No. 17-50801; Albuquerque - AMG Specialty Hospital, L.L.C., Case No. 17-50802; Central Indiana - AMG Specialty Hospital, L.L.C., Case No. 17-50803; Tulsa - AMG Specialty Hospital, L.L.C., Case No. 17-50804; LTAC Hospital of Louisiana - Denham Springs, L.L.C., Case No. 17-50805; Las Vegas - AMG Specialty Hospital, L.L.C., Case No. 17-50806; LTAC Hospital of Greenwood, L.L.C., Case No. 17-50807; LTAC of Louisiana, L.L.C., Case No. 17-50808; Houma - AMG Specialty Hospital, L.L.C., Case No. 17-50809; LTAC Hospital of Edmond, L.L.C., Case No. 17-50810; LTAC Hospital of Wichita, L.L.C., Case No. 17-50811; AMG Realty I, L.L.C., Case No. 17-50812; CHFG Albuquerque, L.L.C., Case No. 17-50813; and AMG Realty Youngsville, L.L.C., Case No. 17-50814

## Jurisdiction and Venue

1. This Court has jurisdiction over these cases and this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these proceedings and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408, 1409 and 1412.

## Background

2. The Debtors are Acadiana Management Group, LLC ("AMG"), and fifteen (15) of AMG's affiliates, including:

    a. AMG's real estate holding companies, AMG Realty I, LLC, CHFG Albuquerque, LLC, and AMG Realty Youngsville, LLC ("Real Estate Affiliates");

    b. AMG's operating entity holding companies, AMG Hospital Company, LLC, and AMG Hospital Company II, LLC ("Holding Company Affiliates"); and

    c. AMG's affiliated hospital operating companies, Albuquerque - AMG Specialty Hospital, LLC, Central Indiana - AMG Specialty Hospital, LLC, Tulsa - AMG Specialty Hospital, LLC, LTAC Hospital of Louisiana - Denham Springs, LLC, Las Vegas - AMG Specialty Hospital, LLC, LTAC Hospital of Greenwood, LLC, LTAC of Louisiana, LLC, Houma - AMG Specialty Hospital, LLC, LTAC Hospital of Edmond, LLC, and LTAC Hospital of Wichita, LLC ("Operating Company Affiliates").

3. On June 23, 2017 ("Petition Date"), the Debtors each filed for voluntary relief under Chapter 11 of the Bankruptcy Code. Since that time the Debtors have continued to operate their businesses as debtors-in-possession pursuant to §§

1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Bankruptcy Cases.

4. AMG and its filing affiliates own and operate Long Term Acute Care ("LTAC") hospitals and associated real estate for facilities across the United States.

5. The Operating Company Affiliates operate LTAC hospitals in twelve (12) locations:

   a. Kansas – Wichita;

   b. Oklahoma – Edmond, Oklahoma City, Tulsa;

   c. Mississippi – Greenwood;

   d. New Mexico – Albuquerque;

   e. Nevada – Las Vegas

   f. Indiana – West Greenfield, Muncie;

   g. Louisiana – Houma, Lafayette, Denham Springs.

6. Central Indiana - AMG Specialty Hospital, LLC operates the West Greenfield and Muncie hospitals, and LTAC Hospital of Edmond, LLC operates the Edmond and Oklahoma City hospitals.

7. After extensive negotiations with secured creditors, unsecured creditors, potential lenders and investors, AMG filed a plan of reorganization and a disclosure statement on November 17, 2017.

8. The disclosure statement was subsequently revised and the Debtors' "First Amended Disclosure Statement Relating to First Amended Chapter 11 Plan of Reorganization for Acadiana Management Group, LLC et al" was filed on December 8, 2017.

9. The Debtors subsequently filed their *Second Immaterially Modified Fourth Amended Chapter 11 Plan of Reorganization* on February 26, 2018.

10. This Court confirmed the Debtors' plan of reorganization on February 27, 2018 and the order was entered on March 13, 2018.

### Retention of Stout and Compensation

11. On August 3, 2017, the Debtors filed their *Debtors' Application for Order Authorizing Retention and Employment of Stout Risius Ross Advisors, LLC and Stout Risius Ross, LLC as Financial Advisor to the Debtors* [Docket No. 137]. Stout, through Stout Risius Ross Advisors, LLC, was retained to provide investment banking services and, through Stout Risius Ross, LLC, ("SRR") to provide financial advisory services.

12. Stout had no relationship with the Debtors prior to retention.

13. The engagement letter and employment application describe the segregation of responsibilities between SRRA and SRR. SRRA was primarily responsible for external or market facing activities. SRR was responsible for internal activities, with a focus on advising management throughout the bankruptcy process. SRRA and SRR worked closely together to coordinate efforts and avoid duplication of efforts.

14. SRRA provided investment banking services and focused on the following responsibilities.

    a. assisted the Debtors in the development of a financial model and distribution of selected information, documents and other materials, and advising the Debtors in the preparation of an offering memorandum;

b. assisted the Debtors in evaluating indications of interest and proposals regarding transaction proposals from current and potential lenders, equity investors, acquirers and strategic partners;

c. assisted the Debtors and participating with creditors and other parties in the negotiation of any transaction;

d. provided expert advice and testimony regarding financial matters related to any transaction;

e. attended meetings of the Debtors' Board of Directors, creditor groups, official constituencies and other interested parties as mutually agreed; and

f. provided other financial advisory and investment banking services as required by additional issues and development during the course of the bankruptcy cases.

15. SRR focused on provided financial advisory services and focused on the following responsibilities:

a. preparation of cash forecasts, including creation and roll-forward of 13-week cash budget by the Debtors;

b. analysis of receivables and development of short term forecasting tool;

c. cash reporting on an individual Debtor basis if so requested;

d. weekly budget to actual variance analysis;

e. analysis of planned disbursements and proposed critical vendor payments;

f. overall vendor management;

g. identification of other short and long term liquidity enhancements;

h. preparation of schedules, analyses and projections to support a plan of reorganization;

  i. assistance with preparation of monthly operating reports;

  j. analysis of assumption and rejection issues regarding executory contracts and leases;

  k. assistance with claims and resolution procedures, including but not limited to analyses of creditor claims by type and entity; and

  l. other services required by additional issues and developments not anticipated as of the date of the engagement letter.

16. On August 24, 2017, this Court entered an order authorizing the Debtors to retain and employ SRRA as financial advisor on an interim basis [Docket No. 228].

17. On September 20, 2017, this Court entered a final order authorizing the Debtors to retain and employ SRRA as financial advisor under Section 328(a) of the Bankruptcy Code [Docket No. 310].

18. Pursuant to Section 3(i) of its engagement letter, SRRA has already been paid $50,000 per month for 6 months (the "Monthly Fees"), beginning in August and terminating after the final payment in January for a total of $300,000 of Monthly Fees. In addition, in connection with the consummation of the transaction, under Section 3(ii)(a) of its engagement letter, SRRA is entitled to a Restructuring Transaction Fee of $750,000. Finally, under Section 3(ii)(c) of its engagement letter, SRRA is entitled to a Financing Transaction Fee in connection with the $23mm of exit financing provided by CHCT. Although the CHCT financing is actually "unitranche financing", which would entitle SRRA to bifurcate such financing as senior/unsecured, SRRA is only requesting compensation for such financing on purely a senior basis as opposed to the higher fees associated with

unitranche financing. As such, SRRA is entitled to a Financing Transaction Fee of 2% of such proceeds ($23mm), which equals $460,000, subject to 50% crediting against the Restructuring Transaction Fee, resulting in a "net" Financing Transaction Fee of $230,000. For purposes of clarity, SRRA is requesting payment for a total of $980,000 of "success fees" having already been paid the $300,000 of Monthly Fees.

## Case Status

19. The Debtors' *Second Immaterially Modified Fourth Amended Chapter 11 Plan of Reorganization* was approved and the confirmation order was entered on March 13, 2018.

20. The Debtors' plan was declared effective on May 8, 2018.

## Relief Sought

21. By this Application, Stout seeks entry of an order granting final allowance of compensation for SRRA's investment banking services in the total sum of $1,297,170.43. This amount represents One Million Two Hundred Eighty Thousand Dollars and Zero Cents ($1,280,000.00) for fees and Seventeen Thousand One Hundred and Seventy and 43/100 ($17,170.43) for expenses incurred during SRRA's work for the Debtors.

22. SRRA believes the services its professionals provided were instrumental in assisting the Debtors in negotiating case resolution alternatives with the various constituents and reaching a consensual plan of reorganization.

## Services Provided

23. SRRA provided investment banking services to the Debtors. These services included preparing a data room and detailed, "bottoms up" financial model to show pro forma projections; pursuing Debtor-In-Possession financing and negotiating the terms of such loan; initiating and managing a dual track financing (debt and equity) and comprehensive sale process in which, collectively, SRRA contacted over 100 strategic and financial parties; negotiating the terms of a plan of reorganization with secured lenders and the unsecured creditors committee; negotiating the terms of the exit financing to support the Debtors' plan of reorganization; as well as ongoing communications with all stakeholders throughout the duration of the case.

**WHEREFORE,** SRRA prays that this Court enter an order granting SRRA final allowance of compensation in the amount of One Million Two Hundred and Eighty Thousand Dollars ($1,280,00.00) for services performed by SRRA during the period July 28, 2017 through May 8, 2018 (the "Fee Period") and Seventeen Thousand One Hundred and Seventy Dollars and 43/100 ($17,170.43) for actual and necessary out-of-pocket expenses incurred during the Fee Period by SRRA.

**Dated: May 10, 2018**

                                        Respectfully submitted,
                                        **Stout Risius Ross Advisors, LLC**

By: _____

Michael Krakovsky
mkrakovsky@stoutadvisory.com
10100 Santa Monica Blvd, Suite 1050
Los Angeles, CA 90067
Telephone: (310) 846-8895